B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Allied Systems Holdings, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>Allied Holdings, Inc. |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>58-0360550 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>2711 Centerville Road, Suite 400<br>Wilmington, Delaware 19808 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>2302 Parklake Drive, Building 15<br>Suite 600, Atlanta, GA 30345 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New Castle<br>ZIP CODE 19808 | ZIP CODE 30345 |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☐ Chapter 7    ☑ Chapter 11 |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) |||
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>     or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor **Allied Systems Holdings, Inc.**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ (signature) | x /s/ Kerri Mumford 5/17/12 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| **BDCM Opportunity Fund II, LP** | Landis Rath & Cobb LLP By Kerri K. Mumford (DE 4186) |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Stephen H. Deckoff, Managing Principal | 919 Market St., Sutie 1800 Wilmington, DE 19801 |
| Name & Mailing   BDCM Opportunity Fund II, LP | Address |
| Address of Individual   By: BDCM Opportunity Fund II, Adviser, L.L.C. | (302) 467-4400 |
| Signing in Representative   One Sound Shore Drive | Telephone No. |
| Capacity   Suite 200 | |
| Greenwich, CT 06830 | |

| x /s/ (signature) | x /s/ Kerri Mumford 5/17/12 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| **Black Diamond CLO 2005-1 Ltd.** | Landis Rath & Cobb LLP |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Stephen H. Deckoff, Managing Principal | 919 Market St., Sutie 1800 Wilmington, DE 19801 |
| Name & Mailing   Black Diamond CLO 2005-1 Ltd. | Address |
| Address of Individual   By: Black Diamond CLO 2005-1 Adviser, L.L.C. | (302) 467-4400 |
| Signing in Representative   One Sound Shore Drive | Telephone No. |
| Capacity   Suite 200 | |
| Greenwich, CT 06830 | |

| x | x |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| **Spectrum Investment Partners LP** | Landis Rath & Cobb LLP |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Jeffrey A. Schaffer, Managing Member | 919 Market St., Sutie 1800 Wilmington, DE 19801 |
| Name & Mailing   Spectrum Investment Partners LP | Address |
| Address of Individual   By: Spectrum Group Management LLC | (302) 467-4400 |
| Signing in Representative | Telephone No. |
| Capacity   1250 Broadway, 19th Floor | |
| New York, NY 10001 | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| BDCM Opportunity Fund II, LP | Bus. debt - loan default | At Least $26.8 million |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Black Diamond CLO 2005-1 Ltd. | Bus. debt - loan default | At Least $4.5 million |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Spectrum Investment Partners LP | Bus. debt - loan default | At Least $21.5 million |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims At Least $52.8 million |

___0___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor **Allied Systems Holdings, Inc.**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
**BDCM Opportunity Fund II, LP**

Name of Petitioner                    Date Signed
                                      Stephen H. Deckoff, Managing Principal
Name & Mailing                        BDCM Opportunity Fund II, LP
Address of Individual                 By: BDCM Opportunity Fund II, Adviser, L.L.C.
Signing in Representative             One Sound Shore Drive
Capacity                              Suite 200
                                      Greenwich, CT 06830

x_____
Signature of Attorney                 Date
Landis Rath & Cobb LLP By Kerri K. Mumford (DE 4186)
Name of Attorney Firm (If any)
919 Market St., Suite 1800 Wilmington, DE 19801
Address
(302) 467-4400
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
**Black Diamond CLO 2005-1 Ltd.**

Name of Petitioner                    Date Signed
                                      Stephen H. Deckoff, Managing Principal
Name & Mailing                        Black Diamond CLO 2005-1 Ltd.
Address of Individual                 By: Black Diamond CLO 2005-1 Adviser, L.L.C.
Signing in Representative             One Sound Shore Drive
Capacity                              Suite 200
                                      Greenwich, CT 06830

x_____
Signature of Attorney                 Date
Landis Rath & Cobb LLP
Name of Attorney Firm (If any)
919 Market St., Suite 1800 Wilmington, DE 19801
Address
(302) 467-4400
Telephone No.

x_____
Signature of Petitioner or Representative (State title)
**Spectrum Investment Partners LP**

Name of Petitioner                    Date Signed
                                      Jeffrey A. Schaffer, Managing Member
Name & Mailing                        Spectrum Investment Partners LP
Address of Individual                 By: Spectrum Group Management LLC
Signing in Representative
Capacity                              1250 Broadway, 19th Floor
                                      New York, NY 10001

x_____
Signature of Attorney                 Date
Landis Rath & Cobb LLP
Name of Attorney Firm (If any)
919 Market St., Suite 1800 Wilmington, DE 19801
Address
(302) 467-4400
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| BDCM Opportunity Fund II, LP | Bus. debt - loan default | At Least $26.8 million |
| Black Diamond CLO 2005-1 Ltd. | Bus. debt - loan default | At Least $4.5 million |
| Spectrum Investment Partners LP | Bus. debt - loan default | At Least $21.5 million |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims. At Least $52.8 million |

____0____ continuation sheets attached