**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------------------------x
In re:                                                                        :
                                                                              :    Chapter 11
ALLIED SYSTEMS HOLDINGS, INC.,                                                :
                                                                              :    Case No. 12-11564 (CSS)
        Alleged Debtor.                                                   :
                                                                              :
---------------------------------------------------------------------------------x
In re:                                                                        :
                                                                              :    Chapter 11
ALLIED SYSTEMS, LTD. (L.P.),                                                  :
                                                                              :    Case No. 12-11565 (CSS)
        Alleged Debtor.                                                   :
                                                                              :
---------------------------------------------------------------------------------x

**NOTICE OF AMENDED[1] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 31, 2012 AT 2:00 P.M.[2]**

**CONTESTED MATTERS:**

1. Motion of Alleged Debtors to Transfer Venue of these Cases to the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (Filed May 21, 2012, Docket No. 29)

   Objection Deadline: May 29, 2012 at 5:00 p.m.

   Responses Received:

   **A. Objection of the Petitioning Creditors to Motion of the Alleged Debtors to Transfer Venue of these Involuntary Cases to the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (Filed May 29, 2012, Docket No. 51)**

   Related Documents:

   B. Declaration of Scott D. Macaulay (Filed May 21, 2012, Docket No. 30)

   Status: This matter will be going forward.

---

[1] **Amended items appear in bold.**
[2] Any party who wishes to participate in the hearing via telephone must contact CourtCall by telephone at (866) 582-6878 or by facsimile at (866) 533-2946 no later than 12:00 p.m. one business day before the hearing.

{935.000-W0021076.}

2. Alleged Debtors' Motion to File Unredacted Version of the Motion of Alleged Debtors to Transfer Venue of these Cases to the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (Filed May 21, 2012, Docket No. 32)

Objection Deadline:  May 29, 2012 at 5:00 p.m.

Responses Received:

A. **United States Trustee's Omnibus Objection to Petitioning Creditors Motion To File Redacted Versions Of Confidential Pleadings And To File Certain Exhibits Thereto Under Seal; Motion To File Under Seal Unredacted Version Of Alleged Debtors Response To Petitioning Creditors Motion Pursuant To Del. Bankr. L.R. 9006-1(E) For An Order Shortening Time; Alleged Debtors Motion To File Under Seal Unredacted Version Of The Motion Of Alleged Debtors To Transfer Venue Of This Case To The United States Bankruptcy Court For The Northern District Of Georgia, Atlanta Division, Under Seal (Filed May 29, 2012, Docket No. 50)**

**Status: The parties are working on a consensual resolution. This matter is going forward.**

Dated: May 30, 2012
Wilmington, Delaware                **LANDIS RATH & COBB LLP**

*/s/ Kerri K. Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Jeffrey Drobish (No. 5437)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:    (302) 467-4400
Facsimile:    (302) 467-4450
Email:    landis@lrclaw.com
          mumford@lrclaw.com
          drobish@lrclaw.com

-and-

Adam C. Harris
David Hillman
Robert J. Ward
Victoria A. Lepore
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Telephone:    (212) 756-2000
Facsimile:    (212) 593-5955

*Counsel to the Petitioning Creditors*