IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALLIED SYSTEMS HOLDINGS, INC. | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtor. | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| ALLIED SYSTEMS, LTD. (L.P.) | : | Case No. 12-11565 (CSS) |
| | : | |
| Debtor. | : | |
| | : | Re: Docket No. 29 |

ORDER DENYING MOTION OF ALLEGED
DEBTORS TO TRANSFER VENUE OF THESE CASES
TO THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

This matter having come before the Court on the motion (the "Motion to Transfer Venue") of the Alleged Debtors Allied Systems Holdings, Inc, and Allied Systems, Ltd. for entry of an order transferring the venue of these cases to the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division; the Court having considered the Motion to Transfer Venue and having heard evidence and statements of counsel regarding the relief requested in the Motion to Transfer Venue at a hearing on May 31, 2012 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion to Transfer Venue and the Hearing on the Petitioning Creditors (as defined in the Motion to Transfer Venue) and the Office

of the United States Trustee was sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT:

1. The Motion to Transfer Venue is DENIED for the reasons set forth on the record at the Hearing.

2. This Court retains jurisdiction in connection with this Order and all matters related thereto.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: June 1, 2012