THE HONORABLE CHRISTOPHER S. SONCHI
Chapter 11

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

In re:

ALLIED SYSTEMS HOLDINGS, INC.,

Debtor.

CASE NO.    12-11564-CSS

NOTICE OF APPEARANCE & REQUEST
FOR SPECIAL NOTICE

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT;

AND TO:    Mark D. Collins of Richards Layton & Finger, attorneys for Debtor.

YOU ARE HEREBY NOTIFIED that the undersigned attorneys enter their notice of appearance in the above-entitled case on behalf of creditor, Western Conference of Teamsters Pension Trust Fund, and give this notice of appearance, and request notice of all hearings and conferences herein and make demand for service of all papers herein, including without limitation all papers and notice pursuant to Federal Rules of Bankruptcy procedure 2002, 3017, 4001, 9007 and 9010 and Sections 342 and 1109(b) of the Bankruptcy Code.

All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the undersigned at the following address:

Russell J. Reid
Reid, Pedersen, McCarthy & Ballew, L.L.P.         Telephone:  (206) 285-0464
100 West Harrison Street                          Facsimile: (206) 285-8925
North Tower, Suite 300
Seattle, Washington 98119

NOTICE OF APPEARANCE & REQUEST FOR SPECIAL NOTICES
Page 1 of 2

1          PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

2   notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy

3   Procedure specified above, but also includes, without limitation, the schedules, statement of

4   financial affairs, operating reports, plan of reorganization and disclosure statement, and all

5   applications, formal or informal, whether written or oral, and whether transmitted or conveyed by

6   mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, filed with or delivered to

7   the Clerk of the Court in connection with and with regard to the above bankruptcy case, and any

8   proceedings related thereto.

9          THAT FURTHER, the foregoing name and address be added to the Master Mailing List.

10         DATED this _27th_ day of _____June_____, 2012.

11                                              REID, PEDERSEN, McCARTHY & BALLEW,
                                                L.L.P.

12

13

14

15                                              _____
                                                Russell J. Reid, WSBA #2560
16                                              Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

THE HONORABLE CHRISTOPHER S. SONTCHI

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| ALLIED SYSTEMS HOLDINGS, INC., | NO.  12-11564-CSS |
|---|---|
| Debtor. | CERTIFICATE OF SERVICE |

I hereby certify that on June 26, 2012, I mailed by United States Postal Service the

original Notice of Appearance & Request for Special Notice on behalf of Western Conference

of Teamsters Pension Trust Fund to:

> Clerk
> United States Bankruptcy Court
> District of Delaware
> 824 North Market Street, 3rd Floor
> Wilmington DE 19801

and mailed a copy of the Proof of Claim to:

> Carolyn Peterson Richter
> Troutman Sanders LLP
> Bank of America Plaza
> 600 Peachtree Street, Suite 5200
> Atlanta GA 30308-2216

> Christopher M. Samis
> Richards Layton & Finger, P.A.
> 920 N. King Street
> One Rodney Square
> Wilmington DE 19801

Reid, Pedersen, McCarthy & Ballew, L. L. P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON  98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

1

2   Ezra H. Cohen
Troutman Sanders LLP
3   Bank of America Plaza
600 Peachtree Street, Suite 5200
4   Atlanta GA 30308-2216

5
Jeffrey W. Kelley
6   Troutman Sanders LLP
Bank of America Plaza
7   600 Peachtree Street, Suite 5200
Atlanta GA 30308-2216
8

9   Marisa A. Terranova
Richards Layton & Finger, P.A.
10   920 N. King Street
One Rodney Square
11   Wilmington DE 19801

12
Mark D. Collins
13   Richards Layton & Finger, P.A.
920 N. King Street
14   One Rodney Square
Wilmington DE 19801
15

16   U.S. Trustee
United States Trustee
17   844 King Street, Room 2207
Lockbox #35
18   Wilmington DE 19899-0035

19
U.S. Trustee
20   Office of the U.S. Trustee
J. Caleb Boggs Federal Building
21   Suite 227
Wilmington DE 19801

22

23

24

25

26

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON  98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

1

And mailed two copies of the Proof of Claim to:

2

        The Honorable Christopher S. Sontchi

3

        United States Bankruptcy Court
        District of Delaware

4

        824 North Market Street, 3rd Floor
        Wilmington DE 19801

5

6

7

                                 Shelly Trahin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE  12-11564-CSS
G:\01-01999\516\Allied Systems Holdings - WL Bankruptcy\Certificate of Service - Notice of Appearance.docx

Reid, Pedersen, McCarthy & Ballew, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925