# SIGN-IN SHEET

**CASE NAME:** Allied
**CASE NO:** 12-11564 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 5/31/13 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Neumhra | Landis Rath & Cobb | Pehharry Creditors |
| Roger Stark | Brown Rudnick | Special Committee of Board |
| Jeff Wenner | Morris James | General Mtrs |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Allied
**CASE NO:** 12-11564 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 5/31/13 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Kelley | Troutman Sanders | Debtors |
| Mark D. Collins | Richards Layton | (1) |
| Robert J. Stearn, Jr. | (1) | (1) |
| Christopher M. Samis | (1) | (1) |
| Robert Klyman | Latham & Watkins | Yucaipa |
| Russell Sever | " | " |
| Colman Myton | YCST | " |
| Susan Kaufman | Cooch and Taylor | TNATINC |
| Richard Seltzer | Cohen Weiss + Simon | " |
| Nicholas Lazarow | Sidley Austin | Committee |
| Michael Burke | Sidley Austin | " |
| Dennis Klyb | Sidley Austin | " |
| William Hazeltine | Sullivan Hazeltine | " |
| Sommer Ross | Duane Morris | CIT Group/ Business Credit Inc. |
| Gary Kaplan | Fried Frank Harris | " " " |
| Adam Harris | Schulte Roth Zabel | Pehhenny Creditors |
| Dean Hilman | " | " |
| Robert Ward | " | " |
| Adam Lands | Lowls Roth + Cohn | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi #6

Calendar Date: 05/31/2013
Calendar Time: 10:00 AM ET

Re-sent Calendar 05/30/2013 12:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5625491 | Jesse H. Austin | (404) 572-2882 | King & Spalding LLP | Interested Party, Jack Cooper / LIVE |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5636158 | Stephanie Bond | (213) 485-1234 | Stephanie Bond - Client | Client, Bond / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5634832 | Brandon Boxler | (202) 942-5966 | Arnold & Porter, LLP | Interested Party, Mark Gendregake / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5628282 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5625518 | Theo Ciupitu | (404) 350-7934 | Theo Ciupitu - Client | Client, Theo Ciupitu / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5637720 | Mark Gendregske | (302) 651-7000 | Allied System Holdings | Defendant(s), Mark Gendregske / LIVE |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5634816 | Ronald Ghatan | (202) 942-5966 | Arnold & Porter | Interested Party, Mark Gendregake / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5633184 | Sabina Jacobs | (213) 485-1234 | Latham & Watkins LLP | Representing, Yucaipa / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5636368 | Stephen Jacobs | (702) 362-7800 | Spectrum Group | Creditor, BDCM Opportunity Fund; et al. / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5634834 | Michael E. Johnson | (404) 885-3646 | Troutman Sanders, LLP | Debtor, Allied Systems Holdings, Inc. / LIVE |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5629602 | Stephen S. LaPlante | (313) 496-8478 | Miller Canfield Padock & Stone, PLC | Creditor, Ford Motor Company / LIVE |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5633698 | Daniel W. Linna | 313-465-7508 | Honigman Miller Schwartz and Cohn L | Creditor, General Motors LLC / LIVE |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5637659 | Meghan E. Marek | 410-321-0990 | Abato, Rubenstein & Abato, P.A. | Creditor, Freight Drivers and Helpers, et al / LISTEN ONLY |
| | | Allied Systems Holdings, Inc. | 12-11564 | Hearing | 5636424 | Les Meier | (847) 615-9000 | Black Diamond Capital Management | Interested Party, Black Diamond Capital Management / LISTEN ONLY |

Peggy Drasal ext. 802       CourtConfCal2012       Page 1 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Allied Systems Holdings, Inc. | 12-11564 | Hearing | | 5636394 | Jeffrey A. Schaffer | (212) 687-9555 | Spectrum Group | Creditor, Black Diamond / LISTEN ONLY |
| Allied Systems Holdings, Inc. | 12-11564 | Hearing | | 5636445 | Erik Schneider | (212) 756-2464 | Schulte Roth & Zabel LLP | Creditor, Petitioning Creditors / LISTEN ONLY |
| Allied Systems Holdings, Inc. | 12-11564 | Hearing | | 5634823 | Amy Sennett | (202) 942-5814 | Arnold & Porter | Interested Party, Mark Gendregake / LISTEN ONLY |
| Allied Systems Holdings, Inc. | 12-11564 | Hearing | | 5628510 | Jennifer Stam | (416) 862-5697 | Gowlings Lafleur & Henderson LLP | Debtor, Allied Systems Holdings, Inc. / LIVE |
| Allied Systems Holdings, Inc. | 12-11564 | Hearing | | 5638539 | Carl Stapen | (212) 859-8022 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, CIT / LISTEN ONLY |
| Allied Systems Holdings, Inc. | 12-11564 | Hearing | | 5628532 | Noah ~~Viminsky~~ Goldstein | (212) 277-0138 | Duff & Phelps | Debtor, Allied Systems Holdings Inc. / LIVE |
| Allied Systems Holdings, Inc. | 12-11564 | Hearing | | 5636141 | Derex Walker - Client | (213) 485-1234 | Latham & Watkins LLP | Client, Walker / LISTEN ONLY |