IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ALLIED SYSTEMS HOLDINGS, INC. | : | Case No. 12-11564 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Docket No.: 1490 |

## ORDER

Upon consideration of the Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Del. Bankr. L.R. 9006-001(e) For an Order Shortening the Time for Notice of the Hearing to Consider Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I.L.P., Yucaipa America Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund II, L.P., and the Allied Director Defendants Purusant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving the Settlement Agreement By and Between the Official Committee of the Unsecured Creditors, Yucaipa and the Allied Directors [D.I. 1490] filed on July 26, 2013 (the "Motion to Shorten"). The Court having reviewed the Motion to Shorten and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion to Shorten at a hearing before the Court on July 30, 2013 (the "Hearing"); the Court

having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2), (iii) notice of the Motion to Shorten and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion is DENIED.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: July 30, 2013