IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ALLIED SYSTEMS HOLDINGS, INC.,** *et al.*,[1] | **Case No. 12-11564 (CSS)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

**NOTICE OF AUCTION AND SALE HEARING IN CONNECTION
WITH THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS**

   1. PLEASE TAKE NOTICE that pursuant to the order dated June 21, 2013 [Docket No. 1320] (the "**Bidding Procedures Order**")[2] of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") (a) approving bidding procedures with respect to the sale of substantially all of the assets (the "**Sale**") of the above-captioned debtors (the "**Debtors**") and (b) scheduling an Auction, as necessary, and a Sale Hearing in connection with the Sale, the Debtors will hold an Auction for the Sale. Pursuant to the Bidding Procedures Order, the Debtors, in consultation with the Consultation Parties, have determined that two (2) Qualifying Bids have been submitted for the Sale.

   2. PLEASE TAKE FURTHER NOTICE that the Auction shall commence on **August 14, 2013 at 10:00 a.m. (Eastern Daylight Time)** at the offices of Richards, Layton & Finger, P.A. located at 920 N. King Street, Wilmington, Delaware 19801. Only parties that submitted a Qualifying Bid by the Bid Deadline may participate in the Auction.

   3. PLEASE TAKE FURTHER NOTICE that only the Debtors, any representative of the Consultation Parties, the U.S. Trustee, any creditor of the Debtors that submitted written notice to the Debtors' counsel at least five (5) business days in advance of the Auction of his, her, or its intent to attend the Auction, any Qualified Bidder, Duff & Phelps and the professional advisors to each of the foregoing may attend the Auction.

   4. PLEASE TAKE FURTHER NOTICE that the Sale Hearing to consider approval of the Sale will be held on **August 22, 2013 at 1:00 p.m. (Eastern Daylight Time)**

---

[1]  The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

RLF1 9077307v.1

before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.  Please refer to the Bidding Procedures Order for further information regarding the Sale and the Sale Hearing.

Dated: August 12, 2013
       Wilmington, Delaware

/s/ Marisa A. Terranova
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone No.:    (302) 651-7700
Facsimile No.:    (302) 651-7701
E-Mail:    collins@rlf.com
E-Mail:    samis@rlf.com
E-Mail:    terranova@rlf.com

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
Carolyn P. Richter (GA Bar No. 944751)
Matthew R. Brooks (GA Bar No. 378018)
Benjamin R. Carlsen (GA Bar No. 940614)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.:    (404) 885-3000
Facsimile No.:    (404) 885-3900
E-Mail:    jeffrey.kelley@troutmansanders.com
E-Mail    ezra.cohen@troutmansanders.com
E-Mail:    carolyn.richter@troutmansanders.com
E-Mail:    matthew.brooks@troutmansanders.com
E-Mail:    Benjamin.carlsen@troutmansanders.com

*Counsel for Debtors*