**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **ALLIED SYSTEMS HOLDINGS, INC.,** *et al.*,[1] | Case No. 12-11564 (CSS) |
| | **(Jointly Administered)** |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 19, 2013 AT 2:00 P.M. (EDT)**

**\*\*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT\*\***

I. **CONTINUED MATTER:**

1. Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors [Docket No. 1489; filed 7/26/13]

    Objection/Response Deadline:   August 14, 2013 at 4:00 p.m. (EDT); extended to August 19, 2013 at 4:00 p.m. (EDT)

    Objections/Responses Received:   None.

    Related Documents:

    i.  Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Del. Bankr. L.R. 9006-1(c) for an Order Shortening the Time for Notice of the Hearing to Consider Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

       Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors [Docket No. 1490; filed 7/26/13]

ii. Objection of the Petitioning Creditors to the Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors [Docket No. 1491; filed 7/29/13]

iii. Reply in Support of Motion for an Order Shortening the Time for Notice of the Hearing to Consider Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors [Docket No. 1501; filed 7/30/13]

iv. Order (Denying Joint Motion to Shorten the Time for Notice of the Hearing to Consider the Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement by and Between the Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors) [Docket No. 1508; filed 7/31/13]

v. Re-Notice of Motion [Docket No. 1521; filed 8/1/13]

vi. Amended Notice of Motion [Docket No. 1528; filed 8/2/13]

<u>Status</u>: The hearing regarding this matter has been continued until August 22, 2013 at 1:00 p.m.

RLF1 9116197v.1

Dated: August 15, 2013
       Wilmington, Delaware

                                    */s/* Marisa A. Terranova
                                    Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone No.: (302) 651-7700
Facsimile No.: (302) 651-7701
Email: collins@rlf.com
       samis@rlf.com
       terranova@rlf.com

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
Carolyn P. Richter (GA Bar No. 574097)
Matthew R. Brooks (GA Bar No. 378018)
Benjamin R. Carlsen (GA Bar No. 940614)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.: (404) 885-3000
Facsimile No.: (404) 885-3900
Email: jeffrey.kelley@troutmansanders.com
       ezra.cohen@troutmansanders.com
       carolyn.richter@troutmansanders.com
       matthew.brooks@troutmansanders.com
       benjamin.carlsen@troutmansanders.com