IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., *et al.*,[1] | Case No. 12-11564 (CSS) |
| | **(Jointly Administered)** |
| Debtors. | |

## NOTICE OF SUCCESSFUL BIDDER AT AUCTION IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS

1. PLEASE TAKE NOTICE that pursuant to the order dated June 21, 2013 [Docket No. 1320] (the "**Bidding Procedures Order**")[2] of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") (a) approving bidding procedures with respect to the sale of substantially all of the assets (the "**Sale**") of the above-captioned debtors (the "**Debtors**") and (b) scheduling an Auction, as necessary, and a hearing in connection with the Sale, the Debtors conducted an Auction for the Sale from August 14, 2013 through August 15, 2013 at the offices of Richards, Layton & Finger, P.A. in Wilmington, Delaware.

2. PLEASE TAKE FURTHER NOTICE that pursuant to the Bidding Procedures Order, within one (1) business day after the conclusion of the Auction, the Debtors are required to file with the Bankruptcy Court a notice identifying the Successful Bidder.

3. PLEASE TAKE FURTHER NOTICE that in compliance with this requirement under the Bidding Procedures Order, the Debtors hereby announce that the Successful Bidder is New Allied Acquisition Co. LLC, a Delaware entity established by the Co-Administrative Agents under the First Lien Credit Agreement at the direction of the Requisite Lenders.

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order.

RLF1 9129308v.1

Dated: August 16, 2013
      Wilmington, Delaware

          /s/ Marisa A. Terranova
          Mark D. Collins (No. 2981)
          Christopher M. Samis (No. 4909)
          Marisa A. Terranova (No. 5396)
          RICHARDS, LAYTON & FINGER, P.A.
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone No.:  (302) 651-7700
          Facsimile No.:  (302) 651-7701
          E-Mail:  collins@rlf.com
          E-Mail:  samis@rlf.com
          E-Mail:  terranova@rlf.com

          -and-

          Jeffrey W. Kelley (GA Bar No. 412296)
          Ezra H. Cohen (GA Bar No. 173800)
          Carolyn P. Richter (GA Bar No. 944751)
          Matthew R. Brooks (GA Bar No. 378018)
          Benjamin R. Carlsen (GA Bar No. 940614)
          TROUTMAN SANDERS LLP
          Bank of America Plaza
          600 Peachtree Street, Suite 5200
          Atlanta, Georgia 30308-2216
          Telephone No.:  (404) 885-3000
          Facsimile No.:  (404) 885-3900
          E-Mail:  jeffrey.kelley@troutmansanders.com
          E-Mail  ezra.cohen@troutmansanders.com
          E-Mail:  carolyn.richter@troutmansanders.com
          E-Mail:  matthew.brooks@troutmansanders.com
          E-Mail:  Benjamin.carlsen@troutmansanders.com

          *Counsel for Debtors*