# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., *et al.*, [1] | Case No. 12-11564 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF FILING OF TRANSCRIPT OF AUCTION
## HELD FROM AUGUST 14, 2013 THROUGH AUGUST 15, 2013

PLEASE TAKE NOTICE that an auction concerning the sale of substantially all of the assets of the above-captioned debtors and debtors-in-possession was held at the law firm of Richards, Layton & Finger, P.A. from August 14, 2013 through August 15, 2013 (the "**Auction**").

PLEASE TAKE FURTHER NOTICE that a copy of the transcript of the first day of the Auction, August 14, 2013, is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that a copy of the transcript of the second day of the Auction, August 15, 2013, is attached hereto as **Exhibit B**.

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

RLF1 9182063v.1

Dated: August 20, 2013
      Wilmington, Delaware

                                          /s/ Marisa A. Terranova
                                          Mark D. Collins (No. 2981)
                                          Christopher M. Samis (No. 4909)
                                          Marisa A. Terranova (No. 5396)
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          One Rodney Square
                                          920 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone No.:   (302) 651-7700
                                          Facsimile No.:   (302) 651-7701
                                          E-Mail:   collins@rlf.com
                                          E-Mail:   samis@rlf.com
                                          E-Mail:   terranova@rlf.com

                                          -and-

                                          Jeffrey W. Kelley (GA Bar No. 412296)
                                          Ezra H. Cohen (GA Bar No. 173800)
                                          Carolyn P. Richter (GA Bar No. 944751)
                                          Matthew R. Brooks (GA Bar No. 378018)
                                          Benjamin R. Carlsen (GA Bar No. 940614)
                                          TROUTMAN SANDERS LLP
                                          Bank of America Plaza
                                          600 Peachtree Street, Suite 5200
                                          Atlanta, Georgia 30308-2216
                                          Telephone No.:   (404) 885-3000
                                          Facsimile No.:   (404) 885-3900
                                          E-Mail:   jeffrey.kelley@troutmansanders.com
                                          E-Mail    ezra.cohen@troutmansanders.com
                                          E-Mail:   carolyn.richter@troutmansanders.com
                                          E-Mail:   matthew.brooks@troutmansanders.com
                                          E-Mail:   Benjamin.carlsen@troutmansanders.com

                                          *Counsel for Debtors*

RLF1 9182063v.1