# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Allied Systems Holdings, Inc.
2711 Centerville Road
Suite 400
Wilmington, DE 19808
 **EIN:** 58–0360550

**Chapter:** 11

*Case No.*: 12–11564–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 8/20/13 was filed on 8/22/13 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 9/12/13 .

If a request for redaction is filed, the redacted transcript is due 9/23/13 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/20/13 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 8/22/13

(ntc)