# Notice Recipients

District/Off: 0311−1         User: Leslie              Date Created: 8/22/2013
Case: 12−11564−CSS           Form ID: ntcBK            Total: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| ust | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| aty | Christopher M. Samis | samis@rlf.com |
| aty | Jeffrey W Kelley | jeffrey.kelley@troutmansanders.com |
| aty | Marisa A. Terranova | terranova@rlf.com |
| aty | Mark D. Collins | collins@RLF.com |
| aty | Robert J. Stearn Jr. | stearn@rlf.com |

                                                                    TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Allied Systems Holdings, Inc. | 2711 Centerville Road    Suite 400    Wilmington, DE 19808 |
| aty | Carolyn Peterson Richter | Troutman Sanders LLP    Bank of America Plaza    600 Peachtree Street    Suite 5200    Atlanta, GA 30308−2216 |
| aty | Ezra H. Cohen | Troutman Sanders LLP    Bank of America Plaza    600 Peachtree Street    Suite 5200    Atlanta, GA 30308−2216 |
| aty | Jeffery W. Cavender | Troutman Sanders LLP    Bank of America Plaza    600 Peachtree Street, N.E.    Suite 5200    Atlanta, GA 30308−2216 |
| aty | Michael E. Johnson | Troutman Sanders LLP    Bank of America Plaza    600 Peachtree Street    Suite 5200    Atlanta, GA 30308−2216 |

                                                                    TOTAL: 5