IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ALLIED SYSTEMS HOLDINGS, INC.,** *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 1320 and 1640 |

**AMENDED NOTICE OF SALE HEARING AND RELATED
DEADLINES IN CONNECTION WITH THE SALE OF
SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS**

NOTICE IS HEREBY GIVEN as follows:

1.  On May 17, 2013, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed a motion seeking approval of, among other things, (a) bid procedures (the "**Bid Procedures**") in connection with the sale (the "**Sale**") of substantially all of the Debtors' assets (the "**Purchased Assets**"), (b) procedures to determine cure amounts and deadlines for objections to certain contracts and leases being assumed and assigned by the Debtors, (c) the date, time, and place for a sale hearing (the "**Sale Hearing**") and a deadline for objections to the Sale, and (d) related relief with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). By order dated June 21, 2013 [Docket No. 1320], the Bankruptcy Court approved the Bid Procedures (the "**Bid Procedures Order**").[2]

2.  Pursuant to the Bid Procedures Order, from August 14, 2013 through August 15, 2013, the Debtors conducted an Auction for the purpose of determining the highest and best bid for the Purchased Assets. At the Auction, the Debtors determined that the Successful Bidder is New Allied Acquisition Co. LLC, a Delaware entity established by the Co-Administrative Agents under the First Lien Credit Agreement at the direction of the Requisite Lenders.

3.  Following the conclusion of the Auction, the Debtors, the Successful Bidder and other parties in interest sought to continue the Sale Hearing which was scheduled for August 22, 2013. On August 20, 2013, the Bankruptcy Court conducted a telephonic hearing to consider this request for a continuance. At the conclusion of the telephonic hearing, the Bankruptcy Court adjourned the Sale Hearing to **September 10, 2013 at 12:00 p.m. (Noon) (Prevailing Eastern**

---

[1]  The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (87568828); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

**Time).** In addition, the Bankruptcy Court directed the Debtors to modify certain deadlines associated with the Sale. To that end, on August 23, 2013, the Debtors submitted a scheduling order (the "**Scheduling Order**") to the Bankruptcy Court. The Bankruptcy Court entered that order on August 27, 2013 [Docket No. 1640]. The relevant modified deadlines are set forth in paragraph 5 below.

4. At the Sale Hearing, the Debtors intend to seek the Bankruptcy Court's approval of the Sale and the assumption and assignment of certain unexpired leases and executory contracts (collectively, the "**Assumed and Assigned Agreements**") to the Successful Bidder. The Sale Hearing will be held before The Honorable Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware, 19801. At the Sale Hearing, the Bankruptcy Court may enter such orders as it deems appropriate under applicable law and as required by the circumstances and equities of these Chapter 11 cases.

5. Objections, if any, to the Sale of the Purchased Assets or the assumption and assignment of the Assumed and Assigned Agreements to the Successful Bidder, including Objections to the assumption, assignment, and/or transfer of any Assumed and Assigned Agreement on the issue of whether the Successful Bidder can provide adequate assurance of future performance as required by Section 365 of the Bankruptcy Code, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the District of Delaware, shall set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtors' estates, the basis for the objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court by **5:00 p.m. (Prevailing Eastern Time) on September 3, 2013**, and be served upon: (i) co-counsel to the Debtors, Troutman Sanders LLP, Bank of America Plaza, 600 Peachtree Street, Suite 5200, Atlanta, Georgia 30308 (Attn: Jeffrey W. Kelley, Esq.) and Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq.); (ii) Rothschild Inc., 1251 Ave of the Americas, 51st Fl, New York, New York 10020 (Attn: Stephen Antinelli); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Wilmington, Delaware, 19801 (Attn: David L. Buchbinder, Esq.); (iv) co-counsel to the Committee, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Michael G. Burke, Esq.) and Sullivan Hazeltine Allinson LLC, 901 North Market Street, Suite 1300, Wilmington, Delaware 19801 (Attn: William D. Sullivan, Esq.); (v) co-counsel to BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 LTD and Spectrum Investment Partners LP, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022 (Attn: Adam Harris, Esq.) and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19899 (Attn: Adam Landis, Esq.); and (vi) co-counsel to Yucaipa, Latham & Watkins LLP, 355 South Grant Avenue, Los Angeles, CA 90071-1560 (Attn: Robert A. Klyman, Esq.) and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801 (Attn. Michael R. Nestor, Esq.). Please note that responses, if any, to any Objections to the Sale shall be filed with the Bankruptcy Court by **12:00 p.m. (Noon) (Prevailing Eastern Time) on September 9, 2013**.

Dated: August 27, 2013
      Wilmington, Delaware

    */s/* Marisa A. Terranova
    Mark D. Collins (No. 2981)
    Robert J. Stearn, Jr. (No. 2915)
    Christopher M. Samis (No. 4909)
    Marisa A. Terranova (No. 5396)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone No.:   (302) 651-7700
    Facsimile No.:   (302) 651-7701
    E-Mail:   collins@rlf.com
    E-Mail:   stearn@rlf.com
    E-Mail:   samis@rlf.com
    E-mail:   terranova@rlf.com

    -and-

    Jeffrey W. Kelley (GA Bar No. 412296)
    Ezra H. Cohen (GA Bar No. 173800)
    Carolyn P. Richter (GA Bar No. 944751)
    Matthew R. Brooks (GA Bar No. 378018)
    Benjamin R. Carlsen (GA Bar No. 940614)
    TROUTMAN SANDERS LLP
    Bank of America Plaza
    600 Peachtree Street, Suite 5200
    Atlanta, Georgia 30308-2216
    Telephone No.:   (404) 885-3000
    Facsimile No.:   (404) 885-3900
    E-Mail:   jeffrey.kelley@troutmansanders.com
    E-Mail   ezra.cohen@troutmansanders.com
    E-Mail:   carolyn.richter@troutmansanders.com
    E-Mail:   matthew.brooks@troutmansanders.com
    E-Mail:   Benjamin.carlsen@troutmansanders.com

    *Counsel for Debtors*

RLF1 9214404v.1