IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 12-11564 (CSS) |
| ALLIED SYSTEMS HOLDINGS, INC. *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

### NOTICE OF FILING ADEQUATE ASSURANCE PACKAGE

PLEASE TAKE NOTICE that pursuant to the *Order (A) Approving Bid Procedures, (B) Approving Cure Procedures, (C) Establishing Date for Auction and Approving Related Procedures, (D) Scheduling Sale Hearing and Related Deadline, (E) Approving Form and Manner of Notices, and (F) Granting Related Relief* (the "Bidding Procedures Order") dated June 21, 2013, attached hereto as Exhibit A is the Successful Bidder's adequate assurance package.

Dated: August 29, 2013
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

---

[1] The Debtors in these cases, along with the federal tax identification number (business number where applicable) for each of the Debtors, are) Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta. LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services. Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems. LLC (45-4241751); Logistic Technology, LLC (45-4242057)) QAT, Inc. (59-2876863)) RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

{935.001-W0027531.}

**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
Robert J. Ward
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile:  (212) 593-5955

*Counsel to the Successful Bidder*