# **<u>EXHIBIT A</u>**




New Allied Acquisition Co. LLC.

Adequate Assurance Package

August 2013

## New Allied Acquisition Co. LLC Adequate Assurance Package

- Sale Process – Adequate Assurance
- New Allied/About the Investors
- Financial Information for Designated Purchasers
- Forward Looking Statements
- Exhibit 1 – Summary of Post-Closing Organizational Structure

2

## Sale Process – Adequate Assurance

- On May 17, 2012, involuntary petitions for reorganization under chapter 11 were filed against Allied Systems Holdings, Inc. and Allied Systems, Ltd. (LP) (collectively "Allied") in the US Bankruptcy Court for the District of Delaware.
  - On June 10, 2012, Allied consented to the entry of orders for relief and became debtors in possession under chapter 11 of the Bankruptcy Code. On that same date, 17 of Allied's subsidiaries (collectively with Allied the "Debtors") filed voluntary petitions for chapter 11 relief. The cases are being jointly administered under case number 12-11564-CSS.
  - The Honorable Christopher Sontchi is the presiding judge.
- The Debtors determined to sell substantially all of their assets to maximize and preserve the value of their business. On June 20, 2013, the Bankruptcy Court approved procedures governing the solicitation and submission of bids and the conduct of an auction, and set certain deadlines relating to the process. The Debtors, with the assistance of their investment bankers, have conducted a comprehensive marketing process to identify bidders for the Debtors' assets pursuant to the Court-approved sale and bidding procedures.

3

## Sale Process – Adequate Assurance (cont'd)

- On August 14, 2013, New Allied Acquisition Co. LLC ("Purchaser" or "New Allied") submitted a bid to acquire substantially all of the Debtors' assets for a purchase price equal to $105 million plus the assumption of certain liabilities. The purchase price will be comprised of not less than $40.5 million of cash with the balance being the forgiveness and waiver of secured obligations under Allied's existing first lien credit agreement.   Pursuant to the terms of the bid, Allied would be obligated to assume and assign to Purchaser certain executory contracts and unexpired leases.

- On August 27, 2013, New Allied exercised its rights under the asset purchase agreement to designate certain "Designated Purchasers" to acquire certain assets, take the assignment of certain contracts and leases, and to assume certain liabilities. In that regard, New Allied has designated the following entities as "Designated Purchasers": (a) New Axis Acquisition LLC, (b) New Allied LeaseCo Acquisition LLC, (c) New Allied LeaseCo (Canada) Acquisition Inc., (d) New Allied Opco LLC, (e) New Allied (Canada) Opco Inc. and (f) New Allied Management Services LLC.  The assets, contracts, leases and liabilities that will be in each of the foregoing entities post-closing are more fully set forth on the Notice of Designated Purchasers, dated August 27, 2013, filed with the Bankruptcy Court. A summary of the post-closing organizational structure is attached hereto as Exhibit 1.

- Pursuant to the Court-approved bid procedures, Purchaser is providing the information in this adequate assurance package to the Debtors and counterparties to executory contracts and unexpired leases.

4

# New Allied/About the Investors

- New Allied is a Delaware limited liability company. New Allied Opco LLC and New Allied (Canada) Opco Inc. will be indirect wholly owned subsidiaries of New Allied. Upon closing, the membership interests of New Allied will be owned by the persons who are currently lenders under Allied's first lien credit agreement. It is anticipated that, at closing, a majority of the equity interests will be owned by affiliates of Black Diamond Capital Management, L.L.C., and Spectrum Group Management LLC.

- Axis/Allied LeaseCo Holdings, LLC is a Delaware limited liability company. New Axis Acquisition LLC, New Allied LeaseCo Acquisition LLC and New Allied LeaseCo (Canada) Acquisition Inc. will be direct or indirect wholly-owned subsidiaries of Axis/Allied LeaseCo Holdings, LLC. Upon closing, the membership interests of Axis/Allied LeaseCo Holdings, LLC will be owned by the persons who are currently lenders under Allied's first lien credit agreement and that participate in a new financing facility, the proceeds of which will be used to fund the cash portion of the purchase price under the asset purchase agreement. It is anticipated that, at closing, a majority of the equity interests will be owned by affiliates of Black Diamond Capital Management, L.L.C., and Spectrum Group Management LLC.

- Black Diamond Capital Management, L.L.C. ("Black Diamond" or "BDCM") is an independently owned credit focused alternative investment firm founded in 1995, with more than $10 billion in assets under management. BDCM is a registered Investment Adviser with offices in Greenwich, CT, Lake Forest, IL, U.S.V.I. and London, England.

- Founded in 1999, Spectrum Group Management LLC ("Spectrum" or "SGM") is an alternative asset management firm that focuses on event driven investing in the distressed, special situations, and asset-backed credit markets. SGM looks to invest in a mix of public, private and proprietarily sourced transactions across diversified industries and asset classes. SGM is a registered Investment Adviser with offices in New York City.

5

## New Allied/About the Investors (cont'd)

- New Axis Acquisition LLC and New Allied LeaseCo Acquisition LLC have secured commitments for $80 million of financing, the proceeds of which shall be used to fund the cash portion of the purchase price and to provide working capital to New Axis Acquisition LLC and New Allied LeaseCo Acquisition LLC to operate their businesses post-closing.
- New Allied Opco LLC has secured a commitment for $6.5 million of financing, the proceeds of which shall be used to provide working capital to New Allied Opco LLC to operate its business post-closing.
- The purpose of this presentation is to provide counterparties to executory contracts and lessors under unexpired leases with "adequate assurance" of the various entities' ability to perform their obligations under contracts and leases to be assumed by the Debtors and assigned under the asset purchase agreement.

6

## Financial Information for Designated Purchasers

| | 2014E | | | 2015E | | | 2016E | | |
|---|---|---|---|---|---|---|---|---|---|
| | OpCo | LeaseCo[1] | Axis[2] | OpCo | LeaseCo[1] | Axis[2] | OpCo | LeaseCo[1] | Axis[2] |
| Revenue | $342,691 | $17,080 | $40,267 | $393,489 | $28,838 | $45,470 | $426,607 | $38,389 | $49,788 |
| EBITDA | 6,789 | 9,173 | 11,709 | 8,344 | 14,115 | 13,638 | 9,358 | 17,457 | 15,283 |
| CAPEX | - | 21,300 | 1,200 | - | 20,357 | 500 | - | 22,106 | 500 |

| | OpCo 12/31/13E Balance Sheet |
|---|---|
| Current Assets | $20,454 |
| Long-Term Assets | 34,546 |
| Total Assets | 55,000 |
| | |
| Current Liabilities | 26,427 |
| Long-Term Liabilities | - |
| Total Liabilities | 26,427 |
| Equity | 28,573 |

[1] Capital expenditure amounts for the period 2014-2016 include substantial amounts to account for deferred capital expenditures from prior periods. It is anticipated that capital expenditures for the period 2017 and thereafter would be normalized at significantly lower levels.

[2] The projections set forth herein have not been adjusted to reflect notifications recently received from customers regarding their intention to not renew their existing contracts or to put such contracts out for proposal upon their expiration. In addition, the projections do not reflect Axis capital expenditures that may be deferred from 2013.

Please note: Allied Management Services LLC will provide certain services to each of New Axis Acquisition LLC, New Allied LeaseCo Acquisition LLC and New Allied Opco LLC (and their respective subsidiaries) on a cost pass through basis with respect to expenses incurred to third party vendors, and on an allocation basis with respect to G&A expenses.

7

# Forward Looking Statements

This presentation contains forward looking statements about New Allied and the Designated Purchasers. These forward looking statements are based on the data included in the Debtors' Confidential Information Memorandum dated June 2013. Furthermore, these forward-looking statements are based on assumptions by the Debtors' management regarding New Allied's and the Designated Purchasers' businesses and performance, the economy and other future conditions and forecasts of future events, circumstances and results. As with any projection or forecast, they are inherently susceptible to uncertainty and changes in circumstances. Actual results may vary materially from those expressed or implied in these forward-looking statements. Important factors that could cause the New Allied's and/or the Designated Purchasers' actual results to differ materially from those in these forward-looking statements include government regulation, economic, strategic, political and social conditions. Any forward-looking statements made herein speak only as of the date on which they are made; neither New Allied nor any Designated Purchaser is under any obligation to, and expressly disclaims any obligation to, update or alter these forward-looking statements, whether as a result of new information, subsequent events or otherwise.

8

# EXHIBIT 1: SUMMARY OF POST-CLOSING ORGANIZATIONAL STRUCTURE[1]



[1] Post-closing, each of New Allied OpCo LLC, New Allied Acquisition Co. LLC, New Allied LeaseCo Acquisition LLC and New Axis Acquisition LLC (for themselves and on behalf of their respective subsidiaries) will have its own management team and Board of Managers (which will include one or more independent managers).
[2] Membership interests in Axis/Allied LeaseCo Holdings LLC will be issued to Lenders, including BDCM and Khroma, that participate in the new $60 million second lien facility for New Axis Acquisition LLC and New Allied LeaseCo Acquisition LLC.
[3] New Axis Acquisition LLC and New Allied LeaseCo Acquisition LLC will be co-borrowers under (a) a $20 million first lien revolving credit facility, and (b) a $60 million second lien term loan facility.
[4] New Allied LeaseCo Acquisition LLC and New Allied OpCo LLC will be parties to (a) a master vehicle lease, and (b) a master real estate lease. The parties' respective Canadian subsidiaries will enter into substantially identical leases.
[5] New Allied OpCo LLC will be the borrower under a $6.5 million first lien revolving credit facility.
[6] New Allied Management Services LLC will enter into a shares services agreement with each of New Axis Acquisition LLC, New Allied LeaseCo Acquisition LLC and New Allied OpCo LLC (and their respective subsidiaries).
[7] The membership interests otherwise distributable to any Person that is a Restricted Sponsor Affiliate shall be held in reserve pending entry of a final order resolving all disputes relating to the status of such Person as a Lender, the amount of Obligations validly held by such Person, and/or whether the Obligations held by such person are subject to subordination (in whole or in part). Under all circumstances any Restricted Sponsor Affiliate receiving a distribution of membership interests that will receive membership interests that will be non-voting for so long as such membership interests are held by the Restricted Sponsor Affiliate.

20509635.4