# EXHIBIT A

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Jesse H. Austin, III
Partner
Direct Dial: +1 404 572 2882
Direct Fax: +1 404 572 5100
jaustin@kslaw.com

September 6, 2013

**VIA EMAIL**

Jeffrey W. Kelley, Esq.
Troutman Sanders LLP
Bank of America Plaza
Suite 5200
600 Peachtree Street, NE
Atlanta, GA 30308-2216

Mark D. Collins, Esq.
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Re:  Allied Systems Holdings, Inc. and certain of its subsidiaries (collectively, the "Debtors"), United States Bankruptcy Court for the District of Delaware, Ch. 11 Case No. 12-11564 (CSS) (Jointly Administered) (the "Bankruptcy Case")

Gentlemen:

Reference is made to that certain order entered in the Bankruptcy Case on June 21, 2013 (the "Bid Procedures Order"), which order, among other things, approved certain bid procedures (the "Bid Procedures") for the sale of all or substantially all of the Debtors' assets pursuant to, among other provisions, section 363 of the Bankruptcy Code. Except as otherwise defined, capitalized terms used in this letter shall be as defined in the Bid Procedures Order and the Bid Procedures.

As you know, we represent Jack Cooper Holdings Corp. ("Jack Cooper") which submitted two all cash Qualified Bids at the recently conducted Auction for the sale of the Debtors' assets. As indicated in the *Objections of Jack Cooper Holdings Corp. to Sale of the Debtors' Assets to New Allied Acquisition Co. LLC* filed in the Bankruptcy Case on September 3, 2013 (Dkt. No. 1724), Jack Cooper requested that the Debtors' reopen the Auction and consider an additional bid by Jack Cooper to acquire the Debtors' assets. Accordingly, and in conjunction therewith, the following is enclosed:

21580922.1

Jeffrey W. Kelley, Esq.
Mark D. Collins, Esq.
September 6, 2013
Page 2

1. A copy of a letter from Michael Riggs, Chairman of Jack Cooper, to Brian Cullen and Mark Gendregske, the independent Special Committee of the Debtors' Board of Directors which we understand was designated to evaluate bids for the sale of the Debtors' assets;

2. A revised asset purchase agreement ("APA") executed by Jack Cooper proposing to pay $135,000,000 in consideration as the purchase price under the revised APA;

3. A full and complete set of schedules and exhibits to accompany the APA; and

4. A copy of the financing commitment letter similar to what was previously presented indicating Jack Cooper's financial ability to close the proposed purchase of the Debtors' assets.

The $135,000,000 in purchase price consideration is comprised of $125,000,000 in cash plus the issuance of $10,000,000 in face amount of senior secured notes substantially identical in all material respects to (and pari passu with) those notes issued under that certain Indenture governing Jack Cooper's 9.25% Senior Secured Notes due 2020. As indicated in the enclosed APA, Jack Cooper reserves the right to substitute an additional $10,000,000 in cash rather than issue the notes at closing, and if the notes are issued, to purchase thereafter either directly or by way of a third party purchaser, the notes at face value plus accrued and unpaid interest. Further, with respect to its enhanced proposal, Jack Cooper has excluded as a "Purchased Asset" that owned real property located at 1791 Provincial Road, Windsor, Ontario, having an ascribed fair market value of approximately $3,344,000.

For ease of reference, the enclosed APA is presented in "clean" form, "blackline" form to what was the "bid package" asset purchase agreement, and a separate attachment showing solely the changed pages from the blackline of the enclosed clean version. Please note that pursuant to Section 3.4(f)(i) of the APA, this enhanced proposal and the APA will terminate if Jack Cooper's bid is not determined by the Court to be the "highest or best" bid for the Debtors' assets at the Sale Hearing now scheduled to begin on September 10, 2013 and the U.S. Sale Order is not entered in the Bankruptcy Case on or before the close of business on Friday, September 13, 2013.

[signature on next page]

21580922.1

Jeffrey W. Kelley, Esq.
Mark D. Collins, Esq.
September 6, 2013
Page 3

    Please let us know if you have any questions concerning the enclosures or the points set forth in this letter.

Very truly yours,

Jesse H. Austin, III<br>for King & Spalding LLP

JHA:ld

Enclosures

cc:    Robert J. Stark, Esq. (w/enclosures via e-mail)
      Michael G. Burke, Esq. (w/enclosures via e-mail)
      William D. Sullivan, Esq. (w/enclosures via e-mail)
      Richard M. Seltzer, Esq. (w/enclosures via e-mail)
      Susan E. Kaufman, Esq. (w/enclosures via e-mail)
      Frederick B. Rosner, Esq. (w/enclosures via e-mail)
      Brad R. Berliner, Esq. (w/enclosures via e-mail)
      Robert A. Klyman, Esq. (w/enclosures via e-mail)
      Michael R. Nestor, Esq. (w/enclosures via e-mail)
      William B. Chipman, Esq. (w/enclosures via e-mail)