**CERTIFICATE OF SERVICE**

      I, William A. Hazeltine, do hereby certify I am not less than 18 years of age and that on this 6th day of September 2013, I caused copies of the foregoing document to be served upon the parties listed below by electronic mail and First Class U.S. Mail and on the persons listed on the attached service list by First Class U.S. Mail.

| | |
|---|---|
| Jeffrey W. Kelley, Esq.<br>Ezra Cohen, Esq.<br>Michael E. Johnson, Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street, NE Suite 5200<br>Atlanta, GA 30308-2216<br>Email: jeffrey.kelley@troutmansanders.com<br>      ezra.cohen@troutmansanders.com<br>      michael.johnson@troutmansanders.com | Mark D. Collins, Esq.<br>Robert J. Stearn, Jr., Esq.<br>Christopher M. Samis, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 King Street<br>Wilmington, DE 19801<br>Email: collins@rlf.com<br>      stearn@rlf.com<br>      samis@rlf.com |
| Robert A. Klyman, Esq.<br>Glen B. Collyer, Esq.<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Email: robert.klyman@lw.com<br>      glen.collyer@lw.com | Michael R. Nestor, Esq.<br>John T. Dorsey, Esq.<br>Donald J. Bowman, Jr., Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: mnestor@ycst.com<br>      jdorsey@ycst.com<br>      dbowman@ycst.com |
| Adam C. Harris, Esq.<br>Robert J. Ward, Esq.<br>Lawrence V. Gelber, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Email: adam.harris@srz.com<br>      robert.ward@srz.com<br>      lawrence.gelber@srz.com | Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Jeffrey Drobish, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>      mumford@lrclaw.com<br>      drobish@lrclaw.com |

| | |
|---|---|
| William E. Chipman, Jr., Esq.<br>Cousins Chipman & Brown, LLP<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801<br>Email: chipman@ccpllp.com | Jesse H. Austin, Esq.<br>Paul K. Ferdinands, Esq.<br>King & Spaulding LLP<br>1180 Peachtreet Street<br>Atlanta, GA 30309<br>Email: jaustin@kslaw.com |
| David L. Buchbinder, Esq.<br>Office of the United States Trustee<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Email: David.L.Buchbinder@usdoj.gov | Robert J. Stark, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, New York 1003<br>Email: rstark@brownrudnick.com |

September 6, 2013             */s/ William A. Hazeltine*
Date                                           William A. Hazeltine

Alcentral, Inc
Attn: Legal Department
10877 Willshire Blvd Suite 1550
Los Angeles, CA 90024

Avenue Capital Group
Attn: Heather Kaiser
399 Park Avenue, 6th Floor
New York, NY  10022
(212) 878-3545

AVL Loan Funding, Inc.
Attn: Terry Conner-Graham
540 West Madison Street, Suite 1900-3N
Chicago, IL  60661

Bank of America
Attn: Kathleen Ross
SVP, Senior Client Manager
135 South Lasalle Street
Chicago, IL 60603

Black Diamond Capital Management LLC
Attn: Richard Ehrlich
1 Sound Shore Drive, Suite 200
Greenwich, CT  06830
(203) 552-1012

Blackrock
fka R3capital
Attn: Carly Wilson
55 East 52nd Street
New York, NY 10055

BNSF Railway Company
Attn: Rachel Belue
2400 Western Center Blvd
Fort Worth, TX76131

Cedarview Capital Management LP
Attn: Irving Bodner
One Penn Plaza, 45th Floor
New York, NY  10119

Central Pennsylvania Teamsters Pension Fund
c/o Stevens & Lee, P.C.
Attn: Frank Sabatino/John Kilgannon
1818 Market St., 29th Floor
Philadelphia, PA 19103
(215) 851-0214

Central Pennsylvania Teamsters Pension Fund
c/o Stevens & Lee, P.C.
Attn: Maria Aprile Sawczuk
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Central States Pension Fund
Attn: Robert A. Coco
Attn: Brad R. Berliner
Central States Law Dept.
9377 West Higgins Rd.
Rosemont, IL 60018-4938
(847) 518-9797

City of Memphis, Ellis County, Tarrant County
Northwest ISD
c/o Linebarger Goggan Blair & Simpson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Ste 1600
Dallas, TX 75201
(214) 754-7167

Connolly Gallagher LLP
Attn: Karen C. Bifferato
Christina M. Thompson
Attn: Kelly M. Conlan
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE 19801


Credit Capital Investments
Attn: Legal Department
51 JFK Parkway, Third Floor
Short Hills, NJ  07078
(973) 315-3015


Credit-Suisse
Attn: Micheal Chaisanguanthum
Attn: Jill Guerrido/James Potesky
Attn: Michelle Wagner
1 Madison Avenue, 9th Floor
New York, NY  10010
(212) 325-2000


Dallas County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Ste 1600
Dallas, TX 75201
(214) 754-7167


Delaware Secretary Of State
Division Of Corporations
Franchise Tax Division
PO Box 898
Dover, DE 19903
(302) 739-3811

Delaware State Treasury
Attn: Chip Flowers
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(302) 739-5635


Division Of Unemployment Ins.
Department Of Labor
4425 N. Market Street
Wilmington, DE 19802
(302) 761-6636


Drum Special Situation Partners III LP
Attn: Joseph Russick
107 Elm Street, 10th Floor
Stamford, CT 06902


Durham Asset Management LLC
c/o Duggan Asset Management LLC
Attn: Legal Department
60 East 42nd Street, Suite 840
New York, NY  10165


Fidelity National Bank
Attn: Herb McCoy
Decatur Branch Manager
160 Clairemont Ave
Decatur, GA 30030


Florida Self-Insurers Guaranty Assoc. Inc.
c/o Williams Gautier Gwynn DeLoach & Sorenson, P.A.
Attn: James E. Sorenson
PO Box 4128
Tallahassee, FL 32315-4128
(850) 386-3663

Ford Motor Company
c/o Miller Canfield
Attn: Jose J. Bartolomei, Esq.
101 N. Main Street, 7th Floor
Ann Arbor, MI 48104
(734) 747-7147

Ford Motor Company
c/o Miller Canfield
Attn: Stephen S. LaPlante, Esq.
150 West Jefferson, Suite 2500
Detroit, MI 48226-4415
(313) 496-7500

Freight Drivers and Helpers Local
Union No. 557 Pension Fund
c/o Abato, Rubenstein and Abato, P.A.
Attn: Corey Bott/Meghan Marek
809 Gleneagles Court, Suite #320
Baltimore, MD 21286
(410) 321-1419

General Motors LLC
c/o Honigman Miller Schwartz and Cohn LLP
Attn: Daniel W. Linna Jr., Esq.
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
(313) 465-8000

GSO Capital Partners, LLC
Attn: Legal Department
345 Park Avenue, 34th Floor
New York, NY 10154

Honigman Miller Schwartz and Cohn LLP
Attn: Daniel W. Linna Jr., Esq.
Attn: Lawrence J. Murphy, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-8000

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

International Business Machines Corp.
c/o Satterlee Stephens Burke & Burke LLP
Attn: Christopher R. Belmonte
Attn: Pamela A. Bosswick
230 Park Avenue, Suite #1130
New York, NY 10169
(212) 818-9606

International Business Machines Corp.
Attn: Marie-Josee Dube
1360 Rene Levesque W., Suite 400
Montreal, QC  H3G 2W6
Canada

Iron Mountain Information Mgmt Inc.
Attn: Joseph Corrigan
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

JP Morgan Chase
Attn: Jessica Strange, Client Service Officer
10410 Highland Manor Drive
Floor 3, FL3-3317
Tampa, FL 33610

Landis Rath & Cobb LLP
Attn: Adam G. Landis, Esq.
Attn: Kerri K. Mumford, Esq.
919 Market Street, Suite 1800
Wilmington, DE 19899

Latham & Watkins LLP
Attn: Sara E. Barr, Esq.
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 993-9767

Latham & Watkins LLP
Attn: Robert A. Klyman, Esq.
Attn: Glen B. Collyer, Esq.
Attn: Gregory O. Lunt, Esq.
355 South Grand Avenue
Los Angeles, CA 90071-1560
(213) 891-8763

Latham & Watkins LLP
Attn: Melinda C. Franek
885 Third Avenue
New York, NY 10022
(212) 751-4864

LSREF2 Clover Property 6, LLC
c/o Gebhardt & Smith LLP
Attn: Lisa Bittle Tancredi
901 Market Street, Suite 451
Wilmington, DE 19801

Mayer Brown LLP
Attn: Craig E. Reimer, Esq.
71 South Wacker Drive
Chicago, IL 60606
(312) 7001-7711

THL Credit Senior Loan Strategies, LLC
Attn: Christian Champ
1515 W. 22nd Street, 12th Floor
Oak Brook, IL 60523
(732) 380-3337

THL Credit Senior Loan Strategies, LLC
Attn: Kathleen Zarn
1515 West 22nd Street, Suite 1200
Oak Brook, IL 60523
(732) 380-3337

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475

MJX Asset Management
Attn: Fred Taylor
12 East 49th Street, 29th Floor
New York, NY 10017
(212) 705-5390

Monarch Alternative Capital LP
Attn: Patrick Bartels
535 Madison Avenue
New York, NY 10022
(212) 554-1701

New England Teamsters & Trucking
Pension Fund
c/o Feinberg, Campbell & Zack, P.C.
Attn: Catherine M. Campbell, Esq.
177 Milk Street, Suite 300
Boston, MA 02109
(617) 388-7070

New York City Economic Development Corporation
c/o Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007
Attn: Zachary B. Kass, Esq.

North American Transaction Services - NATS
c/o Roetzel & Andress, LPA
Attn: Patricia B. Fugee
One SeaGate, Suite 1700
Toledo, OH 43604
(419) 242-0316

Office of Unemployment Compensation Tax Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Attn: Joseph Kots
625 Cherry St, Room 203
Reading, PA 19602-1152

Ore Hill Partners LLC
Attn: Johannes L Homan
452 Fifth Avenue, 25th Floor
New York, NY  10018

Palacios ISD, Jackson County, & Harris County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
PO Box 3064
Houston, TX 77253-3064
(713) 844-3501

Par-Four Investment Management
Attn: Joe Matteo
Attn: Michael Bailey
50 Tice Boulevard
Woodcliff Lake, NJ 07677
(201) 573-7535

Pension Benefit Guaranty Corporation (PBGC)
Attn: Frank A. Anderson
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Platinum Grove Contingent Capital Master Fund
c/o Platinum Grove Asset Management, L.P.
Attn: Legal Department
287 Bowman Ave., 3rd Floor
Purchase, NY 10577
(914) 690-2118

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins
Attn: Christopher M. Samis
One Rodney Square
920 King Street
Wilmington, DE 19801

Ricoh USA Inc
dba Ikon Office Solutions
Recovery & Bankruptcy Group
Attn: Olivia Moody
3920 Arkwright Road, Suite 400
Macon, GA 31210

Schulte Roth & Zabel LLP
Attn: Adam C. Harris/Robert J. Ward
Attn: Victoria A. Lepore/David M. Hillman
919 Third Avenue
New York, NY 10022
(212) 593-5955

Scotia Bank
Attn: Homaira Rahimi
Attn: Rhonda Fairley
20 Queen Street West, 4th floor
Toronto, ON M5H 3R3
Canada

Scroggins & Williamson, P.C.
Attn: J. Robert Williamson
Attn: Ashley Reynolds Ray
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
(404) 893-3886

Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220
(202) 622-6415

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022
(212) 336-1323

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

ShipCarsNow
Attn: Jeffrey J. Grandstaff
1400 Douglas St., MS 0430
Omaha, NE 68179
(402) 501-2609

Sidley Austin LLP
Attn: Matthew Clemente
One South Dearborn Street
Chicago, IL 60603
(312) 853-7036

Sidley Austin LLP
Attn: Michael G. Burke
Attn: Brian J. Lohan
Attn: Dennis Kao
787 Seventh Avenue
New York, NY 10019
(212) 839-5599

Spectrum Group Management LLC
Attn: Jeffrey Buller
Attn: Jeffrey Schaffer
Attn: Stephen Jacobs
1250 Broadway, Suite 810
New York, NY 10001
(212) 983-2322

Spectrum Investment Partners LP
Attn: Jeffrey Schaffer
1250 Broadway, 19th Floor
New York, NY 10001
(212) 983-2322

Stanfield Capital Partners
Attn: Legal Department
430 Park Avenue, 12th Floor
New York, NY 10022
(212) 891-9620

State of Delaware
Division Of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 1980

Teamsters Joint Council No. 83
of Virginia Pension Fund
c/o Beins Axelrod, P.C.
Attn: H. David Kelly, Jr.
1625 Massachusetts Ave, N.W., Suite 500
Washington, DC 20036
(202) 328-7030

Teamsters Pension Trust Fund
of Philadelphia & Vicinity
c/o Stevens & Lee, P.C.
Attn: Frank Sabatino/John Kilgannon
1818 Market St., 29th Floor
Philadelphia, PA 19103
(215) 851-0214

Teamsters Pension Trust Fund
of Philadelphia & Vicinity
c/o Stevens & Lee, P.C.
Attn: Maria Aprile Sawczuk
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Tennessee Deparment of Labor &
Workforce Dev-Unemployment Insurance
c/o TN Attorney General Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202
(615) 741-2009

The Bank of New York Mellon
Attn: Melinda Valentine
600 East Las Colinas, Suite #1300
Irving, TX 75039

The CIT Group/Business Credit, Inc.
c/o Fried, Frank, Harris, Shriver & Jacobson LLP
Attn: Gary L. Kaplan/Carl I. Stapen
One New York Plaza
New York, NY 10004
(212) 859-4800

The CIT Group/Business Credit, Inc.
c/o Duane Morris LLP
Attn: Richard W. Riley/Sommer L. Ross
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

The Yucaipa Companies
Attn: Derex Walker
9130 West Sunset Boulevard
Los Angeles, CA 90069
(310) 789-1791

TNATINC
c/o Cohen, Weiss & Simon
Attn: Richard Seltzer
330 West 42nd Street
New York, NY 10036-6901
(212) 695-5436

TNATINC
c/o Cooch & Taylor, P.A.
Attn: Susan E. Kaufman
1000 West Street, 10th Floor
Brandywine Bldg, PO Box 1680
Wilmington, DE 19899

TNATINC
c/o Batiste & Wilder
Attn: James F. Wallington
1150 Connecticut Ave., N.W.
Suite 500
Washington, DC 20036
(202) 223-9677


TNATINC
c/o International Brotherhood of Teamsters
Attn: Edward Gleason
25 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 624-6884


Troutman Sanders LLP
Attn: Jeffrey W. Cavender
Attn: Ezra Cohen
600 Peachtree Street, NE Suite 5200
Atlanta, GA 30308-2216
(404) 885-3900


U.S. Attorney's Office
PO Box 2046
1201 Market St., Ste. 1100
Wilmington, DE 19899-2046


Union Pacific Railroad Company
Attn: Mary Ann Kilgore, Shawn Lanka
1400 Douglas St., MS 1580
Omaha, NE 68179


United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

United States Trustee
Attn: David L. Buchbinder
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE  19801


Venor Capital Management LP
Attn: Michael Scott
7 Times Square, Suite 3505
New York, NY  10036
(202) 703-2111


Western Conf. of Teamsters Pension Trust Fund
c/o Reid, Pedersen, McCarthy & Ballew LLP
Attn: Russell J. Reid
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
(206) 285-8925


Young Conaway Stargatt & Taylor
Attn: Michael R. Nestor
Rodney Square
1000 North King Street
Wilmington, DE 19801


Yucaipa American Alliance (Parallel) Fund I, LP
Yucaipa American Alliance Fund I, LP
Attn: Robert Bermingham
9130 W. Sunset Blvd.
Los Angeles, CA 90069
(310) 789-1791

ComVest Investment Partners III, L.P. and
ComVest III Partners, LLC
c/o Jones, Foster, Johnson & Stubbs, PA
Attn: Robert Wilkins
Flagler Center Tower
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
(561) 650-5300