IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., *et al.*,[1] | Case No. 12-11564 (CSS) |
| | **(Jointly Administered)** |
| Debtors. | Re: Docket No. 1320 |

## AMENDED NOTICE OF SUCCESSFUL BIDDERS AT AUCTION IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS

1. PLEASE TAKE NOTICE that, pursuant to the order dated June 21, 2013 [Docket No. 1320] (the "**Bidding Procedures Order**")[2] of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") (a) approving bidding procedures with respect to the sale of substantially all of the assets (the "**Sale**") of the above-captioned debtors (the "**Debtors**") and (b) scheduling an Auction and a hearing in connection with the Sale, the Debtors conducted an Auction for the Sale from August 14, 2013 through August 15, 2013 (the "**August Auction Session**") at the offices of Richards, Layton & Finger, P.A. in Wilmington, Delaware.

2. PLEASE TAKE FURTHER NOTICE that, at the August Auction Session, the Debtors determined that the Successful Bidder was New Allied Acquisition Co. LLC, a Delaware entity established by the Co-Administrative Agents under the First Lien Credit Agreement at the direction of the Requisite Lenders.

3. PLEASE TAKE FURTHER NOTICE that, on September 6, 2013, the Creditors' Committee filed the *Motion of the Official Committee of Unsecured Creditors to Reopen the Auction Relating to the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests* [Docket No. 1769] (the "**Motion to Reopen**"). On September 8, 2013, the Debtors joined in the Motion to Reopen [Docket No. 1772].

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order.

4. PLEASE TAKE FURTHER NOTICE that, on September 9, 2013, the Bankruptcy Court conducted a telephonic hearing to consider the Motion to Reopen and the Debtors' joinder to the Motion to Reopen and reopened the Auction. Accordingly, the Debtors reopened the Auction on September 11, 2013, which concluded on September 12, 2013.

5. PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding Procedures Order, within one (1) business day after the conclusion of the Auction, the Debtors are required to file with the Bankruptcy Court a notice identifying the Successful Bidder.

6. PLEASE TAKE FURTHER NOTICE that, in compliance with this requirement under the Bidding Procedures Order, the Debtors hereby announce that, subject to final documentation, the Successful Bidder for substantially all of the Debtors' assets other than certain owned real and personal property (the "**Excluded Assets**") is Jack Cooper Holdings Corp. Further, the Successful Bidder for the Excluded Assets is an entity that will be formed by the Co-Administrative Agents under the First Lien Credit Agreement.

Dated: September 12, 2013
Wilmington, Delaware

/s/ Marisa A. Terranova
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Christopher M. Samis (No. 4909)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone No.:    (302) 651-7700
Facsimile No.:    (302) 651-7701
E-Mail:    collins@rlf.com
E-Mail:    stearn@rlf.com
E-Mail:    samis@rlf.com
E-Mail:    terranova@rlf.com

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
Carolyn P. Richter (GA Bar No. 944751)
Matthew R. Brooks (GA Bar No. 378018)
Benjamin R. Carlsen (GA Bar No. 940614)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.:    (404) 885-3000
Facsimile No.:    (404) 885-3900
E-Mail:    jeffrey.kelley@troutmansanders.com
E-Mail     ezra.cohen@troutmansanders.com
E-Mail:    carolyn.richter@troutmansanders.com
E-Mail:    matthew.brooks@troutmansanders.com
E-Mail:    benjamin.carlsen@troutmansanders.com

*Counsel for Debtors*