IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., *et al.*, 1 | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING OF TRANSCRIPT OF REOPENED AUCTION HELD FROM SEPTEMBER 11, 2013 THROUGH SEPTEMBER 12, 2013

PLEASE TAKE NOTICE that an auction (the "**Auction**") concerning the sale of substantially all of the assets of the above-captioned debtors and debtors-in-possession was reopened on September 11, 2013 and conducted through September 12, 2013 at the law firm of Richards, Layton & Finger, P.A.

PLEASE TAKE FURTHER NOTICE that a copy of the transcript of the first day of the reopened Auction, September 11, 2013, is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that a copy of the transcript of the second day of the reopened Auction, September 12, 103, is attached hereto as **Exhibit B**.

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

RLF1 9374262v.1

Dated: September 16, 2013
      Wilmington, Delaware

    */s/* Marisa A. Terranova
    Mark D. Collins (No. 2981)
    Robert J. Stearn, Jr. (No. 2915)
    Christopher M. Samis (No. 4909)
    Marisa A. Terranova (No. 5396)
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone No.:    (302) 651-7700
    Facsimile No.:    (302) 651-7701
    E-Mail:    collins@rlf.com
    E-Mail:    stearn@rlf.com
    E-Mail:    samis@rlf.com
    E-Mail:    terranova@rlf.com

    -and-

    Jeffrey W. Kelley (GA Bar No. 412296)
    Ezra H. Cohen (GA Bar No. 173800)
    Carolyn P. Richter (GA Bar No. 944751)
    Matthew R. Brooks (GA Bar No. 378018)
    Benjamin R. Carlsen (GA Bar No. 940614)
    TROUTMAN SANDERS LLP
    Bank of America Plaza
    600 Peachtree Street, Suite 5200
    Atlanta, Georgia 30308-2216
    Telephone No.:    (404) 885-3000
    Facsimile No.:    (404) 885-3900
    E-Mail:    jeffrey.kelley@troutmansanders.com
    E-Mail    ezra.cohen@troutmansanders.com
    E-Mail:    carolyn.richter@troutmansanders.com
    E-Mail:    matthew.brooks@troutmansanders.com
    E-Mail:    benjamin.carlsen@troutmansanders.com

    *Counsel for Debtors*