IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIED SYSTEMS HOLDINGS, INC., *et al.*,[1] | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1837 |

## REPORT OF SALE OF DEBTORS' ASSETS

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), in accordance with Federal Rule of Bankruptcy Procedure 6004(f) and pursuant to the Court's *Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of the Debtors Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Related Relief* [Docket No. 1837] (the "Sale Order"), report that on December 27, 2013, the Debtors closed and consummated the sale contemplated in the Asset Purchase Agreement, executed by and between Allied Systems Holdings, Inc. ("Allied Systems"), the subsidiaries of Allied Systems set forth on the signature pages to the Asset Purchase Agreement, and Jack Cooper Holdings Corp. on September 12, 2013 (as amended, the "Asset Purchase Agreement")

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: Allied Systems Holdings, Inc. (58-0360550); Allied Automotive Group, Inc. (58-2201081); Allied Freight Broker LLC (59-2876864); Allied Systems (Canada) Company (90-0169283); Allied Systems, Ltd. (L.P.) (58-1710028); Axis Areta, LLC (45-5215545); Axis Canada Company (875688228); Axis Group, Inc. (58-2204628); Commercial Carriers, Inc. (38-0436930); CT Services, Inc. (38-2918187); Cordin Transport LLC (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

21623751v2
RLF1 9745161v.1

[Docket No. 1812], and conveyed the Purchased Assets[2] to Jack Cooper Holdings Corp. and the Designated Purchasers ("Jack Cooper"). The Purchase Price paid by Jack Cooper for the Purchased Assets was $135,000,000.00 in cash,[3] paid in accordance with the Asset Purchase Agreement and the Sale Order,[4] and the assumption of the Assumed Liabilities as set forth in the Asset Purchase Agreement and the Sale Order.

Dated: December 31, 2013
Wilmington, Delaware

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
E-mail: samis@rlf.com
E-mail: terranova@rlf.com

---

[2] Capitalized terms not defined herein shall have the meaning given thereto in the Asset Purchase Agreement.

[3] A portion of the Purchase Price in the amount of $9,500,000, which was being held in escrow as the Good Faith Deposit, is continuing to be held in escrow pursuant to the Asset Purchase Agreement and the Sale Order as a source of funds to satisfy any post-closing adjustments to the Purchase Price.

[4] The Sale Order provided for the Purchase Price to be paid to the Prepetition First Lien Agents and the Disputed Obligations Escrow (as such terms are defined in the Sale Order) on the terms set forth therein, less the cash necessary to fund a wind down budget in a form and amount agreed to by the Debtors (following consultation with Yucaipa and the Committee (as such terms are defined in the Sale Order)) and the Prepetition First Lien Agents or approved by order of the U.S. Bankruptcy Court (the "Wind Down Budget"). At the closing, the Wind Down Budget was not funded and instead a portion of the Purchase Price in the amount of $6,000,000 was deposited with the Prepetition First Lien Agents to be held in a segregated account to potentially fund a portion of the Wind Down Budget. The Debtors reserve all rights under the Sale Order with respect to the funding of the Wind Down Budget.

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
Matthew R. Brooks (GA Bar No. 378018)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.: (404) 885-3000
Facsimile No.: (404) 885-3900
Email: jeffrey.kelley@troutmansanders.com
Email: ezra.cohen@troutmansanders.com
Email: matthew.brooks@troutmansanders.com

*Attorneys for the Debtors and Debtors-in-Possession*

21623751v2
RLF1 9745161v.1