# Exhibit A



**Revised Adjustment Invoice**

**FOR INSURANCE IN FAVOR OF:**
ALLIED SYSTEMS HOLDINGS INC
2302 PARKLAKE DRIVE
ATLANTA, GA 30345

**PRODUCER:**
LOCKTON COMPANIES, LLC
444 W. 47TH STREET
KANSAS CITY, MO 64112
ATTN: Jason Miles

| PROFIT CENTER | VALUATION DATE |
|---|---|
| 89 | 7/31/2013 |
| **PRODUCER** | **BILLING DATE** |
| 36877 | 1/15/2014 |
|  | Due Upon Receipt ☐ |

| ADJUSTMENT DETAILS | | | |
|---|---|---|---|
| Policy # | POLICY PERIOD | COMMISSION | PREMIUM |
| 834851 | 01/01/2007 - 01/01/2008 | $0 | -$1,236 |
| 834852 | 01/01/2008 - 01/01/2009 | $0 | -$1,424 |
| 834855 | 01/01/2011 - 01/01/2012 | $140,610 | -$2,915 |
| 834856 | 01/01/2012 - 01/01/2013 (Revised) | $0 | $1,146,676 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL COMMISSION DUE AIG / (BROKER) | TOTAL INVOICE $ |
|  |  | $140,610 | $1,141,100 |

Please review the attached documentation to ensure that the invoice is consistent with your records.
Address any inquiries to: Robert M. Grimm
By email: robert.grimm@aig.com or by phone: 908-679-3208

**REMIT TO:**
AMERICAN INTERNATIONAL GROUP
**Regular Mail:**
PO Box 10472, Newark, NJ 07193-0472
**Express Mail:**
4 Chase Metrotech Center, 7th Floor East
Lockbox 10472, Brooklyn, NY 11245

**WIRING INSTRUCTIONS:**
Chase Manhattan Bank, 55 Water Street, NY, NY 10005
ABA # ▮▮▮▮▮▮
National Union Fire Insurance Co. of Pittsburgh, PA
Bank A/C # ▮▮▮▮▮▮ Phone #: 1-877-204-1124

*Revised 12/21/2005*