IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ASHINC CORPORATION, et al., | : | Case No. 12-11564 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Re: Docket Nos.: 1489 and 2554 |

## ORDER

Upon consideration of the Joint Motion of the Official Committee of Unsecured Creditors, Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., and the Allied Director Defendants Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Order Approving the Settlement Agreement By and Between The Official Committee of Unsecured Creditors, Yucaipa, and the Allied Directors (the "Motion") [Docket No. 1489] filed on July 26, 2013; and Request for Hearing on Settlement Motion by Mark J. Gendregske and Brain Cullen (the "Request") [Docket No. 2554] filed on August 25, 2014; the Court having reviewed the Motion and Request and the objections thereto; the Court having heard the statements of counsel and parties in interest regarding the Motion and Request at a hearing before the Court on October 6, 2014 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion, Request and the Hearing were sufficient notice under the

circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing, the Motion and Request are DENIED.

Christopher S. Sontchi
United States Bankruptcy Judge

Date:    October 6, 2014