**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 2939, 2940, 3004, 3013 & 3014 |

**NOTICE OF FILING OF REVISED PLAN AND DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that, on May 4, 2015, the above-captioned debtors (the "**Debtors**"), the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "**Committee**"), and the First Lien Agents[1] (together with the Debtors and the Committee, the "**Plan Proponents**") filed the *Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents* [Docket No. 2939] (the "**Plan**") and the *Disclosure Statement in Support of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents* [Docket No. 2940] (the "**Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). Also on May 4, 2015, the Debtors filed the *Motion to (I) Approve Disclosure Statement, (II) Approve Voting and Tabulation Procedures, and (III) Set Confirmation Hearing and Related Deadlines* [Docket No. 2941] (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that, on June 15, 2015, the Plan Proponents filed revised versions of the Plan (the "**June 15 Plan**") and Disclosure Statement (the "**June 15 Disclosure Statement**") under a *Notice of Filing Revised Plan and Disclosure Statement* [Docket No. 3004].

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan (defined below).

RLF1 12252217v.1

- 2 -

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Plan Proponents are filing further revised versions of the Plan [Docket No. 3013] (the "**Revised Plan**") and Disclosure Statement [Docket No. 3014] (the "**Revised Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that, the Bankruptcy Court has scheduled a hearing to consider approval of the Motion, including approval of the Disclosure Statement, for **June 18, 2015**.

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and parties in interest, the Plan Proponents have attached hereto as (i) **Exhibit A**, a blackline comparison of the Plan and the Revised Plan, (ii) **Exhibit B**, a blackline comparison of the Disclosure Statement and the Revised Disclosure Statement, (iii) **Exhibit C**, a blackline comparison of the June 15 Plan and the Revised Plan, and (iv) **Exhibit D**, a blackline comparison of the June 15 Disclosure Statement and the Revised Disclosure Statement.

Dated:  June 17, 2015
       Wilmington, Delaware

                              */s/* Marisa A. Terranova
                              Mark D. Collins (No. 2981)
                              Marisa A. Terranova (No. 5396)
                              RICHARDS, LAYTON & FINGER, P.A.
                              One Rodney Square
                              920 North King Street
                              Wilmington, Delaware 19801
                              Telephone No.:  (302) 651-7700
                              Facsimile No.:  (302) 651-7701
                              Email: collins@rlf.com
                                             terranova@rlf.com

RLF1 12252217v.1

- 3 -

        -and-

Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
Matthew R. Brooks (GA Bar No. 378018)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.:  (404) 885-3000
Facsimile No.:  (404) 885-3900
Email: jeffrey.kelley@troutmansanders.com
       ezra.cohen@troutmansanders.com
       matthew.brooks@troutmansanders.com

*Counsel for the Debtors*