**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **ASHINC CORPORATION,** *et al.* [1] | ) | Case No. 12-11564 (CSS) |
| | ) | |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | Re: Docket No 3068 |

## NOTICE OF DEADLINE FOR FILING ADMINISTRATIVE EXPENSE REQUESTS

**TO ALL PERSONS AND ENTITIES WITH AN ADMINISTRATIVE EXPENSE AGAINST ANY OF THE DEBTORS LISTED BELOW:**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On May 17, 2012 (the "**Involuntary Petition Date**"), involuntary petitions were filed against Allied Systems Holdings, Inc. ("**Allied Holdings**") and its subsidiary Allied Systems, Ltd. (L.P.) ("**Allied Systems**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the Bankruptcy Court for the District of Delaware (the "**Court**"). On June 10, 2012 (the "**Voluntary Petition Date**," and together with the Involuntary Petition Date, the "**Petition Date**," as applicable to the particular Debtor), certain affiliates of Allied Holdings and Allied Systems (together with Allied Holdings and Allied Systems, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors, and their respective street address, case numbers and federal tax identification numbers or Canadian Business Numbers are as follows:

| **DEBTOR** | **ADDRESS** | **CASE NO.** | **EID #/CBN** |
|---|---|---|---|
| **Allied Systems Holdings, Inc.** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11564 (CSS) | 58-0360550 |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

RLF1 12568551v.1

| DEBTOR | ADDRESS | CASE NO. | EID #/CBN |
|---|---|---|---|
| **Allied Systems, Ltd. (L.P.)** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11565 (CSS) | 58-1710028 |
| **Allied Automotive Group, Inc.** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11768 (CSS) | 58-2201081 |
| **Axis Group, Inc.** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11770 (CSS) | 58-2204628 |
| **F.J. Boutell Driveaway LLC** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11767 (CSS) | 38-0365100 |
| **Allied Systems (Canada) Company** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11773 (CSS) | 90-0169283 and 872969969 (Canadian Business Number) |
| **Commercial Carriers** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11775 (CSS) | 38-0436930 |
| **GACS Incorporated** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11777 (CSS) | 58-1944786 |
| **Cordin Transport LLC** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11781 (CSS) | 38-1985795 |
| **CT Services, Inc.** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11782 (CSS) | 38-2918187 |
| **Axis Canada Company** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11783 (CSS) | 875688228 (Canadian Business Number) |
| **Terminal Services LLC** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11780 (CSS) | 91-0847582 |
| **Allied Freight Broker LLC** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11769 (CSS) | 59-2876864 |
| **Logistic Technology, LLC** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11771 (CSS) | 45-4242057 |
| **Logistic Systems, LLC** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11772 (CSS) | 45-4241751 |
| **Axis Areta, LLC** | 2302 Parklake Drive, Suite 400 Decatur, GA 30345 | 12-11774 (CSS) | 45-5215545 |
| **Transport Support LLC** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11776 (CSS) | 38-2349563 |
| **RMX LLC** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11778 (CSS) | 31-0961359 |
| **QAT, Inc.** | 2302 Parklake Drive, Suite 600 Decatur, GA 30345 | 12-11779 (CSS) | 59-2876863 |

On July 17, 2015, the Bankruptcy Court entered an order [D.I. 3068] (the "**Administrative Expense Bar Date Order**") establishing a deadline and procedures for filing requests for the allowance of administrative expenses in the Debtors' chapter 11 cases ("**Administrative Expense Requests**").

Pursuant to the Administrative Expense Bar Date Order, all persons and entities, including without limitation individuals, partnerships, joint ventures, corporations, estates, and

trusts, that assert an administrative expense (as such term is defined in sections 101(5) and 503(b) of the Bankruptcy Code) ("**Administrative Expense**") against any Debtor that arose on or after the applicable Petition Date through and including July 31, 2015 **MUST** file an Administrative Expense Request on or before **August 31, 2015 at 5:00 p.m. (prevailing Eastern Time)** (the "**Administrative Expense Bar Date**"), by sending the original Administrative Expense Request to ASHINC Corporation, *et al.* Claims Processing, c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite # 100, Woodland Hills, CA 91367 so that it is **actually received** on or before the Administrative Expense Bar Date.

The Administrative Expense Bar Date and the procedures set forth below for the filing of Administrative Expense Requests apply to all Administrative Expenses that arose on or prior to the Petition Date other than those specifically excluded below.

1. WHO MUST FILE AN ADMINISTRATIVE EXPENSE REQUEST

You **MUST** file an Administrative Expense Request if you have an Administrative Expense that arose during the Administrative Expense Period, and you do not fit into the categories described in Section 2 below.

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE AN ADMINISTRATIVE EXPENSE AGAINST THE DEBTORS OR THAT THE DEBTORS OR THE BANKRUPTCY COURT BELIEVE THAT YOU HOLD AN ADMINISTRATIVE EXPENSE AGAINST THE DEBTORS.**

**YOU SHOULD NOT FILE AN ADMINISTRATIVE EXPENSE REQUEST IF YOU DO NOT HOLD AN ADMINISTRATIVE EXPENSE AGAINST THE DEBTORS.**

2. WHO NEED **NOT** FILE AN ADMINISTRATIVE EXPENSE REQUEST

You are **not** required to file an Administrative Expense Request on or before the applicable Administrative Expense Bar Date if you are:

   a. professionals retained by the Debtors or the Creditors' Committee and whose employment applications have been approved by this Court, including any member of the Creditors' Committee solely in its capacity as a member of such;

   b. the Office of the United States Trustee pursuant to 28 U.S.C. § 1930;

   c. any party holding or previously holding an Administrative Expense that has been previously paid by the Debtors in the ordinary course of business or otherwise, that has had its Administrative Expense otherwise satisfied or that is no longer entitled to assert such Administrative Expense; and

   d. any party holding an Administrative Expense that has previously been allowed by order of the Court.

3. **INSTRUCTIONS FOR FILING AN ADMINISTRATIVE EXPENSE REQUEST**

Each Administrative Expense Request must (i) be written in English, (ii) be denominated in lawful currency of the United States, (iii) conform substantially with the Administrative Expense Request Form, (iv) have attached to it supporting documentation and (v) be executed by the individual to whom service of any papers relating to such Administrative Expense shall be directed. If an Administrative Expense Request Form is not enclosed with this Notice, you may obtain an Administrative Expense Request Form by contacting the Debtors' claims agent, in writing, at ASHINC Corporation, *et al.* Claims Processing, c/o Rust Consulting/Omni Bankruptcy, 5955 DeSoto Avenue, Suite # 100, Woodland Hills, CA 91367, or by visiting http://www.omnimgt.com/alliedsystems.

In order to file an Administrative Expense Request you must deliver the original Administrative Expense Request in person, by courier service, by hand delivery or by mail so as to be **actually received** by the Debtors' claims agent on or before the applicable Bar Date at the following:

By first-class mail, overnight mail or hand delivery:

ASHINC Corporation, *et al.* Claims Processing
c/o Rust Consulting/Omni Bankruptcy
5955 DeSoto Avenue, Suite # 100
Woodland Hills, CA 91367

*Administrative Expense Requests sent by facsimile, telecopy or electronic mail will not be accepted.*

4. **CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE EXPENSE REQUEST ON OR BEFORE THE ADMINISTRATIVE EXPENSE BAR DATE**

**EXCEPT WITH RESPECT TO THE PARTIES SET FORTH IN SECTION 2 ABOVE, ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE AN ADMINISTRATIVE EXPENSE REQUEST IN THE DEBTORS' CHAPTER 11 CASES, BUT THAT FAILS TO PROPERLY DO SO IN ACCORDANCE WITH THE TERMS OF THE ADMINISTRATIVE EXPENSE BAR DATE ORDER ON OR BEFORE THE ADMINISTRATIVE EXPENSE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM ASSERTING SUCH ADMINISTRATIVE EXPENSE AGAINST THE DEBTORS OR THEIR PROPERTY, OR THEREAFTER FILING A REQUEST WITH RESPECT THERETO, AND (II) SHALL NOT BE PERMITTED TO PARTICIPATE IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH ADMINISTRATIVE EXPENSE.**

Dated: July 20, 2015      BY ORDER OF THE COURT:
       Wilmington, Delaware    THE HONORABLE CHRISTOPHER S. SONTCHI

RLF1 12568551v.1

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
E-mail:  stearn@rlf.com
E-mail:  terranova@rlf.com

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Matthew R. Brooks (GA Bar No. 378018)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.: (404) 885-3000
Facsimile No.: (404) 885-3900
Email:  jeffrey.kelley@troutmansanders.com
Email:  ezra.cohen@troutmansanders.com
Email:  matthew.brooks@troutmansanders.com

*Attorneys for the Debtors and Debtors-in-Possession*