## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 3013 |

### RESERVATION OF RIGHTS OF YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.

Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "*Yucaipa*"), by and through their undersigned counsel, hereby file this reservation of rights (the "*Reservation of Rights*") with respect to the *Debtors' Joint Chapter 11 Plan of Reorganization Proposed by The Debtors, The Committee and The First Lien Agents* (D.I. 3013) (the "*Plan*")[1] filed by the above-captioned debtors (the "*Debtors*"). In support of this Reservation of Rights, Yucaipa respectfully represents as follows:

### RESERVATION OF RIGHTS

On August 12, 2015, during a telephonic hearing (the "*August 12 Hearing*"), Yucaipa and the Plan Proponents informed this Court that they had reached a settlement in principle with respect to Yucaipa's objections to confirmation of the Plan. In reliance on the settlement as articulated on the record at the August 12 Hearing, Yucaipa will neither file an objection to the Plan nor submit a voting ballot by the Plan objection deadline and the voting deadline–both deadlines being today, August 17, 2015. However, the settlement is subject to final documentation and Yucaipa is awaiting a revised draft Plan reflecting the settlement terms.

---

[1] Capitalized terms not defined in this Reservation of Rights shall have the meaning ascribed to them in the Plan.

Accordingly, Yucaipa hereby reserves all rights to object to, or vote against, the Plan in the event the settlement is not ultimately finalized.

Dated: Wilmington, Delaware
       August 17, 2015

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael R. Nestor*
Michael R. Nestor (No. 3526)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
rnnestor@ycst.com

- and –

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Sabina Jacobs
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
rklyman@gibsondunn.com

- and –

GIBSON, DUNN & CRUTCHER LLP
Matthew K. Kelsey
Mary Kate Hogan
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
mkelsey@gibsondunn.com

*Attorneys for Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.*