IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 3111 |

**RESERVATION OF RIGHTS OF THE FIRST LIEN AGENTS WITH RESPECT
TO YUCAIPA'S MOTION FOR TEMPORARY ALLOWANCE OF ITS
FIRST LIEN CREDIT AGREEMENT CLAIMS FOR THE PURPOSES
OF VOTING TO ACCEPT OR REJECT THE PLAN**

Black Diamond Commercial Finance, L.L.C. and Spectrum Commercial Finance LLC, each in its capacity as Co-Administrative Agent under the Debtors' prepetition first lien credit facility, and Black Diamond Commercial Finance, L.L.C., in its capacity as Collateral Agent thereunder (together, the "First Lien Agents"), by and through their undersigned counsel, hereby file this reservation of rights with respect to the *Motion of Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. for Temporary Allowance of its First Lien Credit Agreement Claims for the Purpose of Voting to Accept or Reject the Plan* (the "3018 Motion") [D.I. 3111], and respectfully state as follows:

**RESERVATION OF RIGHTS**[1]

As the Court is aware, Yucaipa and the Plan Proponents are working towards finalizing a settlement with respect to Yucaipa's objections to confirmation of the Plan. That compromise, which is subject to final documentation, will also resolve Yucaipa's 3018 Motion. In reliance upon the representations made on the record at the August 12, 2015 telephonic hearing, and in furtherance of settlement discussions, the First Lien Agents will not file an objection to the 3018

---

[1] Capitalized terms used and not defined have the meanings ascribed to them in the 3018 Motion.

{935.001-W0038117.}

Motion at this time. However, the First Lien Agents reserve all rights with respect to Yucaipa's 3018 Motion, as well as Yucaipa's Plan objections, to the extent that settlement is not ultimately reached.

WHEREFORE, for all of the foregoing reasons, the First Lien Agents reserve their right to object to the 3018 Motion and request that the Court grant the First Lien Agents such other and further relief as this Court deems just and proper.

Dated: August 24, 2015
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

**SCHULTE ROTH & ZABEL LLP**
Adam C. Harris
Robert J. Ward
David M. Hillman
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel to the First Lien Agents*