# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.* [1] | Case No. 12-11564 (CSS) |
| | Jointly Administered |
| Debtors. | |
| | Re: Docket Nos. 3013 & 3164 |

## NOTICE OF FILING OF BLACKLINE OF DEBTORS' FIRST
## AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION PROPOSED
## BY THE DEBTORS, THE COMMITTEE AND THE FIRST LIEN AGENTS

PLEASE TAKE NOTICE that, on June 17, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), the official committee of unsecured creditors in the above-captioned chapter 11 cases (the "**Committee**") and Black Diamond Commercial Finance, L.L.C. and Spectrum Commercial Finance LLC (the "**First Lien Agents**," and together with the Debtors and the Committee, the "**Plan Proponents**") filed the *Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents* [Docket No. 3013] (the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, a hearing to consider confirmation of the Plan is scheduled for **September 10, 2015 at 9:30 a.m. (EDT)** (the "**Confirmation Hearing**").

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).  The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

PLEASE TAKE FURTHER NOTICE that, on the date hereof, the Plan Proponents have filed the *Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents* [Docket No. 3164] (the "**Revised Plan**").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and parties in interest, the Plan Proponents have attached hereto as **Exhibit A** a blackline comparison of the Plan and the Revised Plan.

PLEASE TAKE FURTHER NOTICE that, the Plan Proponents reserve the right to file additional revisions to the Plan prior to the Confirmation Hearing.

Dated:  August 28, 2015
       Wilmington, Delaware

/s/ Marisa A. Terranova
Mark D. Collins (No. 2981)
Marisa A. Terranova (No. 5396)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone No.:  (302) 651-7700
Facsimile No.:  (302) 651-7701
Email:  collins@rlf.com
     terranova@rlf.com
     maddox@rlf.com

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Matthew R. Brooks (GA Bar No. 378018)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.:  (404) 885-3000
Facsimile No.:  (404) 885-3900
Email:  jeffrey.kelley@troutmansanders.com
     matthew.brooks@troutmansanders.com

*Attorneys for Debtors and Debtors-in-Possession*