IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ASHINC CORPORATION, et al.[1] | ) Case No. 12-11564 (CSS) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket Nos. 3049 & 3167 |

**ORDER APPROVING SUPPLEMENT TO DISCLOSURE STATEMENT IN SUPPORT OF DEBTORS' FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE DEBTORS, THE COMMITTEE AND THE FIRST LIEN AGENTS**

Upon the request (the "**Request**") of the Plan Proponents[2] for entry of an order (i) approving the *Supplement to Disclosure Statement in Support of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents* [Docket No. 3166] (the "**Supplement to Disclosure Statement**"), (ii) extending the holders of First Lien Lender Claims' deadline to object to confirmation of the Plan (the "**Objection Deadline**"), and (iii) extending the Voting Deadline solely for holders of First Lien Lender Claims; and the Court having jurisdiction to consider the Request pursuant to 28 U.S.C. §

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents* [Docket No. 3164] (the "**Amended Plan**") and if not defined therein, as defined in the *Motion to (I) Approve Disclosure Statement, (II) Approve Voting and Tabulation Procedures, and (III) Set Confirmation Hearing and Related Deadline* [Docket No. 2941].

1334; and consideration of the Request being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief requested in the Request is in the best interest of the Debtors, their estates and creditors, and all parties in interest; IT IS HEREBY ORDERED THAT:

1. The Supplement to Disclosure Statement is approved as containing adequate information pursuant to section 1125 of the Bankruptcy Code.

2. The Objection Deadline solely for holders of First Lien Lender Claims is extended through 12:00 p.m. (EDT) (noon) on September 8, 2015.

3. The Voting Deadline solely for holders of First Lien Lender Claims is extended through 4:00 p.m. (EDT) on September 8, 2015.

4. The Court shall retain jurisdiction to enforce the terms of this Order and any disputes arising thereunder

Dated: August 28, 2015

---
UNITED STATES BANKRUPTCY JUDGE