# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 3070 |

**RESERVATION OF RIGHTS OF YUCAIPA AMERICAN ALLIANCE FUND I, L.P. AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.**

Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "*Yucaipa*"), by and through their undersigned counsel, hereby file this reservation of rights (the "*Reservation of Rights*") with respect to the *Notice of Deadline For Filing Administrative Expense Requests* (D.I. 3070) (the "*Administrative Expense Notice*")[1] filed by the above-captioned debtors (the "*Debtors*"). In support of this Reservation of Rights, Yucaipa respectfully represents as follows:

## RESERVATION OF RIGHTS

On August 12, 2015, during a telephonic hearing (the "*August 12 Hearing*"), Yucaipa and the Plan Proponents informed the Court that they had reached a settlement in principle with respect to Yucaipa's objections to confirmation of the Plan (the "*Settlement*"), including Yucaipa's Administrative Expense Claim in an amount no less than $16.5 million (the "*Yucaipa Administrative Expense Claim*"). The Yucaipa Administrative Expense Claim arises from the diminution in value of collateral securing its First Lien Credit Agreement Claim resulting from,

---

[1] Capitalized terms not defined in this Reservation of Rights shall have the meaning ascribed to them in the Amended Plan.

among other things, certain debtor in possession financing, which primed Yucaipa's secured claims.

The Settlement has been memorialized in that certain Amended Plan, *Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents* (D.I. 3164), filed on August 28, 2015. In reliance on the Settlement, Yucaipa will not file an Administrative Expense Claim by the Administrative Expense Bar Date of August 31, 2015. Accordingly, Yucaipa hereby reserves all rights to file an Administrative Expense Claim in the event the Settlement is not ultimately approved and the Amended Plan is not confirmed by the Court.

Dated: Wilmington, Delaware
       August 31, 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Laurel D. Roglen*
Michael R. Nestor (No. 3526)
Laurel D. Roglen (No. 5759)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
rnnestor@ycst.com
lroglen@ycst.com

- and –

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Sabina Jacobs
333 South Grand Avenue
Los Angeles, CA  90071
Telephone: (213) 229-7000
rklyman@gibsondunn.com

- and –

GIBSON, DUNN & CRUTCHER LLP
Matthew K. Kelsey
Mary Kate Hogan
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
mkelsey@gibsondunn.com

*Attorneys for Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.*