**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASHINC CORPORATION, *et al.*,[1] | ) | Case No. 12-11564 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 29, 2015 AT 1:00 P.M. (EDT)**

**I.   CONTINUED MATTERS:**

1. Motion of National Union Fire Insurance Company of Pittsburgh, PA., AIG Insurance Company of Canada, and Other Insurers Affiliated with AIG Property Casualty, Inc. to Compel Enforcement of Order Authorizing Assumption of Chartis Insurance Programs, to Allow and Direct Payment of Administrative Expense, and to Grant Related Relief [Docket No. 2190; filed January 16, 2014]

   <u>Objection/Response Deadline</u>:   February 21, 2014 at 4:00 p.m. (EST); extended to March 18, 2014 at 4:00 p.m. (EDT); further extended to May 12, 2014 at 4:00 p.m. (EDT); further extended to June 10, 2014 at 4:00 p.m. (EDT); further extended to July 7, 2014 at 4:00 p.m. (EDT); further extended to July 29, 2014 at 4:00 p.m. (EDT); further extended to August 29, 2014 at 4:00 p.m. (EDT); further extended to September 29, 2014 at 4:00 p.m. (EDT); further extended to October 27, 2014 at 4:00 p.m. (EDT); further extended to November 25, 2014 at 4:00 p.m. (EST); further extended to December 30, 2014 at 4:00 p.m. (EST); further extended to February 11, 2015 at 4:00 p.m. (EST); further extended to April 8, 2015 at 4:00 p.m. (EDT); further extended to May 4,

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

                        2015 at 4:00 p.m. (EDT); further extended to June 1, 2015 at 4:00 p.m. (EDT); further extended to July 16, 2015 at 4:00 p.m. (EDT); further extended to August 6, 2015 at 4:00 p.m. (EDT); further extended to September 11, 2015 at 4:00 p.m. (EDT); further extended to October 22, 2015 at 4:00 p.m. (EDT).

        Objections/Responses:  None.

        Status:   The matter has been resolved pursuant to a settlement agreement attached as an exhibit to the Debtors' proposed plan or reorganization.  Full resolution of this matter remains subject to confirmation of the plan, and accordingly, this matter should be adjourned until the hearing to consider confirmation of the plan.  The Debtors and counsel for the movant have agreed to such adjournment.

2.    Application of Northwest Administrators Inc. for Allowance of Administrative Expense Claim [Docket No. 2292; filed March 3, 2014]

        Objection/Response Deadline:   March 18, 2014 at 4:00 p.m. (EDT); extended to April 14, 2014 at 4:00 p.m. (EDT); further extended to May 12, 2014 at 4:00 p.m. (EDT) for the Debtors; further extended to June 10, 2014 at 4:00 p.m. (EDT) for the Debtors; further extended to July 7, 2014 at 4:00 p.m. (EDT) for the Debtors; further extended to July 29, 2014 at 4:00 p.m. (EDT) for the Debtors; further extended to August 29, 2014 at 4:00 p.m. (EDT) for the Debtors; further extended to September 29, 2014 at 4:00 p.m. (EDT) for the Debtors; further extended to October 27, 2014 at 4:00 p.m. (EDT) for the Debtors; further extended to November 25, 2014 at 4:00 p.m. (EST) for the Debtors); further extended to December 30, 2014 at 4:00 p.m. (EST); further extended to February 11, 2015 at 4:00 p.m. (EST); further extended to April 8, 2015 at 4:00 p.m. (EDT); further extended to May 4, 2015 @ 4:00 p.m. (EDT); further extended to June 1, 2015 @ 4:00 p.m. (EDT); further extended to July 16, 2015 @ 4:00 p.m. (EDT); further extended to August 6, 2015 at 4:00 p.m. (EDT); further extended to September 11, 2015 at 4:00 p.m. (EDT); further extended to October 22, 2015 at 4:00 p.m. (EDT).

      Objections/Responses:  None.

      Status:  The hearing on this matter is adjourned to December 7, 2015 at 11:00 a.m. (EST).

3. Application of New York State Department of Taxation and Finance for Allowance of Administrative Expense Claim [Docket No. 3209; filed September 4, 2015]

    Objection/Response Deadline:  October 22, 2015 at 4:00 p.m. (EDT).

    Objections/Responses:  None.

    Status:  This matter is an improperly docketed proof of claim for administrative expenses.  The Debtors are currently in the process of reviewing proofs of claims filed in this case.  Accordingly, there is no need to go forward with a hearing on this matter.

4. Request and Application of AIG Insurance Company of Canada, Commerce and Industry Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh PA, New Hampshire Insurance Company, and Certain Other Affiliates of AIG Property Casualty, Inc. for Payment of Administrative Claim [Docket No. 3210; filed September 3, 2015]

    Objection/Response Deadline:  October 22, 2015 at 4:00 p.m. (EDT).

    Objections/Responses:  None.

    Status:  The hearing on this matter is adjourned to December 7, 2015 at 11:00 a.m. (EST).

## II. UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

5. Debtors' Motion Seeking Entry of an Order, Pursuant To Sections 105(a) and 363(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 9014, and Local Rules 2002-1 and 6004-1, Approving the Sale of Certain Real Property Located in Memphis, Tennessee [Docket No. 3272; filed October 8, 2015]

    Objection/Response Deadline:  October 22, 2015 at 4:00 p.m. (EDT).

    Objections/Responses:  None at this time.

    Related Documents:

    i. Notice of Filing of Executed Sale Agreement Regarding Debtors' Motion Seeking Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 9014, and Local Rules 2002-1 and 6004-1, Approving the Sale of Certain Real Property Located in Memphis, Tennessee [Docket No. 3299; filed October 21, 2015]

ii. Certification of No Objection Regarding Debtors' Motion Seeking Entry of an Order, Pursuant To Sections 105(a) and 363(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 6004 and 9014, and Local Rules 2002-1 and 6004-1, Approving the Sale of Certain Real Property Located in Memphis, Tennessee [Docket No. 3308; filed October 26, 2015]

Status: On October 26, 2015, the Debtors' filed a certification of no objection regarding this matter. Accordingly, a hearing on this matter is required only to the extent the Court has any questions or concerns.

**III.     STATUS CONFERENCES:**

6. Debtors' Motion to Approve Termination of Retiree Medical Benefits [Docket No. 2064; filed December 9, 2013]

   Objection/Response Deadline:  December 19, 2013 at 12:00 p.m. (EST).

   Objections/Responses:

   A. Objection to Debtors' Motion to Approve Termination of Retiree Medical Benefits filed by Marzena Lodato [Docket No. 2088; filed December 18, 2013]

   B. Objection to Debtors' Motion to Approve Termination of Retiree Medical Benefits filed by L. Lodato [Docket No. 2119; filed December 30, 2013]

   C. Objection of the Official Committee of Medical Benefits Retirees to the Termination of Retiree Medical Benefits Plans and the Debtors' Retiree Obligations Pursuant to (1) the First Amended Joint Plan of Reorganization and (2) the Debtors' Motion to Terminate Retiree Medical Benefits Pursuant to 11 U.S.C. § 1114 [Docket No. 3187; filed September 8, 2015]

   Related Documents:

   i. Exhibits to Objection to Debtors' Motion to Approve Termination of Retiree Medical Benefits [Docket No. 2099; filed December 23, 2013]

   ii. Order Pursuant to 11 U.S.C. Section 1114(d), the Court Hereby Orders the Office of the United States Trustee Form an Official Committee of Retired Employees as the "Authorized Representative" of Retired Employees Under 11 U.S.C. Section 1114(b) [Docket No. 2101; filed December 23, 2013]

   iii. Notice of Appointment of Committee of Retirees [Docket No. 2143; filed January 8, 2014]

   Status: The Debtors will provide a brief status update on this matter at the hearing. This matter is otherwise adjourned to the hearing on December 7, 2015 at 11:00 a.m. (EST).

RLF1 13176838v.3

7. Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3164; filed August 28, 2015]

    Response/Objection Deadline: August 17, 2015 at 4:00 p.m. (EDT); extended through August 24, 2015 at 4:00 p.m. (EDT) for the United States Trustee; extended through August 28, 2015 at 4:00 p.m. (EDT) for the ACE Companies; extended through September 1, 2015 at 4:00 p.m. (EDT) for Georgia Self-Insurers Guaranty Trust Fund; extended through September 8, 2015 at 4:00 p.m. (EDT) for the Official Committee of Retiree Creditors and Mark J. Gendregske and Brian Cullen

    Responses/Objections Received:

A. The State of Michigan, Department of Treasury's Objection to the Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. 3132; filed August 14, 2015]

    Status: This objection has been resolved by including language in the proposed confirmation order.

B. Objection by the Internal Revenue Service to Joint Plan of Reorganization [Docket No. 3135; filed August 17, 2015]

    Status: This objection has been resolved by including language in the proposed confirmation order.

C. Reservation of Rights of Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. [Docket No. 3138; filed August 17, 2015]

    Status: This response is a reservation of rights, not an objection to the Plan. Accordingly, the Plan Proponents do not believe that this response should impact confirmation of the Plan.

D. Tennessee Department of Revenue's Objection to Confirmation of Debtors' Joint Chapter 11 Plan [Docket No. 3139; filed August 17, 2015]

    Status: This objection has been resolved by including language in the proposed confirmation order.

E. United States Trustee's Objection to Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents (D.E. 3013) [Docket No. 3153; filed August 24, 2015]

Status: The Court ruled on this objection at the hearing held on September 10, 2015. Accordingly, language has been included in the proposed confirmation order to reflect the Court's ruling.

F. Limited Objection of the ACE Companies to the Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3169; filed August 28, 2015]

Status: This objection has been resolved by including language in the proposed confirmation order.

G. Plan Proponents' Reply to United States Trustee's Objection to Confirmation [Docket No. 3183; filed September 8, 2015]

H. Mark J. Gendregske and Brian Cullen's Objection to Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents (D.I. 3013) [Docket No. 3184; filed September 8, 2015]

Status: This objection has been resolved by including language in the proposed confirmation order.

I. Objection of the Official Committee of Medical Benefits Retirees to the Termination of Retiree Medical Benefits Plans and the Debtors' Retiree Obligations Pursuant to (1) the First Amended Joint Plan of Reorganization and (2) the Debtors' Motion to Terminate Retiree Medical Benefits Pursuant to 11 U.S.C. § 1114 [Docket No. 3187; filed September 8, 2015].

Status: The Court sustained this objection at the hearing held on September 10, 2015. In response, the Debtors filed the Modification Motion (defined herein) seeking to resolve this objection. The hearing with respect to this objection is adjourned to December 7, 2015 at 11:00 a.m. (EST).

J. Objection of the Official Committee of Medical Benefits Retirees to the Plan Proponents' September 9, 2015 Amendment to Plan of Reorganization Seeking Confirmation without Complying with Bankruptcy Code Sections 1114 and 1129(a)(13) [Docket No. 3194; filed September 9, 2015]

Status: The Court sustained this objection at the hearing held on September 10, 2015. In response, the Debtors filed the Modification Motion (defined herein) seeking to resolve this objection. The hearing with respect to this objection is adjourned to December 7, 2015 at 11:00 a.m. (EST).

Related Documents:

i. Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 2939; filed May 4, 2015]

ii. Disclosure Statement in Support of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 2940; filed May 5, 2015]

iii. Notice of Filing of Revised Plan and Disclosure Statement [Docket No. 3004; filed June 15, 2015]

iv. Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3013; filed June 17, 2015]

v. Disclosure Statement in Support of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3014; filed June 17, 2015]

vi. Notice of Filing of Revised Plan and Disclosure Statement [Docket No. 3015; filed June 17, 2015]

vii. Order (I) Approving Disclosure Statement, (II) Approving Voting and Tabulation Procedures, (III) Setting Confirmation Hearing and Related Deadlines and (IV) Granting Related Relief [Docket No. 3049; filed July 8, 2015]

viii. Notice of Hearing to Consider Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents and Related Objection Deadline [Docket No. 3052; filed July 8, 2015]

ix. Plan Proponents' Memorandum of Law in Support of Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3072; filed July 20, 2015]

x. Order Authorizing the Plan Proponents to Exceed Page Limit with Respect to the Plan Proponents' Memorandum of Law in Support of Confirmation of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3122; filed August 11, 2015]

xi. Notice of Filing of Plan Supplement [Docket No. 3126; filed August 12, 2015]

xii. Notice of Filing of Blackline of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3165; filed August 28, 2015]

xiii. Supplement to Disclosure Statement in Support of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the

            Committee and the First Lien Agents [Docket No. 3166; filed August 28, 2015]

xiv.    Order Approving Supplement to Disclosure Statement in Support of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3168; filed August 28, 2015]

xv.    Notice of Rescheduled State Date for Confirmation Hearing [Docket No. 3170; filed August 28, 2015]

xvi.    Notice of Continued Objection and Voting Deadlines for the First Lien Lenders with Respect to Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3171; filed August 28, 2015]

xvii.    Declaration of John F. Blount in Support of Confirmation of Debtors' First Amended Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3185; filed September 8, 2015]

xviii.    Notice of Filing of Additional Exhibit and Revised Exhibits to the Plan Supplement [Docket No. 3189; filed September 8, 2015]

xix.    Declaration of Catherine Nownes-Whitaker Regarding Analysis of Ballots for Accepting or Rejecting Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3192; filed September 9, 2015]

xx.    Notice of Filing Amended Version of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents and Related Blacklines [Docket No. 3196; filed September 9, 2015]

xxi.    Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents [Docket No. 3197; filed September 9, 2015]

xxii.    Notice of Filing of Revised Exhibits to the Plan Supplement [Docket No. 3207; filed September 10, 2015]

Status:  The Debtors will provide a brief status update on this matter at the hearing. This matter is otherwise adjourned to the hearing on December 7, 2015 at 11:00 a.m. (EST).

8.    Debtors' Motion for Entry of an Order Authorizing the Debtors to Modify Retiree Benefits [Docket No. 3286; filed October 16, 2015] (the "**Modification Motion**")

Objection/Response Deadline: October 26, 2015 at 4:00 p.m. (EDT), extended to October 27, 2015 for the Official Committee of Medical Benefits Retirees.

Objections/Responses:  None at this time.

Status:  The Debtors will provide a brief status update on this matter at the hearing. This matter is otherwise adjourned to the hearing on December 7, 2015 at 11:00 a.m. (EST).

Dated: October 27, 2015
Wilmington, Delaware

*/s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Marisa A. Terranova (No. 5396)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone No.: (302) 651-7700
Facsimile No.: (302) 651-7701
Email: collins@rlf.com
terranova@rlf.com
schlauch@rlf.com

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
Carolyn P. Richter (GA Bar No. 574097)
Matthew R. Brooks (GA Bar No. 378018)
Benjamin R. Carlsen (GA Bar No. 940614)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.: (404) 885-3000
Facsimile No.: (404) 885-3900
Email: jeffrey.kelley@troutmansanders.com
ezra.cohen@troutmansanders.com
carolyn.richter@troutmansanders.com
matthew.brooks@troutmansanders.com
benjamin.carlsen@troutmansanders.com

*Counsel for the Debtors*