OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.
This is a consolidated report denoted in US Dollars including all bank accounts

| | | | |
|---|---|---|---|
| Debtor's Name: | ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al. | Bank: | See Appendix A |
| Bankruptcy Number: | 12-11564 (CSS) | Account Number: | See Appendix A |
| Date of Confirmation: | 12/19/2015 | Account Type: | See Appendix A |
| UNAUDITED | | | |
| Reporting Period (month/year): | Quarter Ended December 31, 2015 - This First Report Includes November and December 2015 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $ 132,186 |

**All receipts received by the debtor:**

| | |
|---|---:|
| Cash Sales: | $ - |
| Collection of Accounts Receivable: | $ 630 |
| Refund of Accounts Payable and Other Miscellaneous Recipts: | $ 18,548 |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ 285,979 |
| Capital Infusion pursuant to the Plan: | $ 1,907,000 |
| Total of cash received: | $ 2,212,157 |
| Total of cash available: | $ 2,344,343 |

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 1,555,859 |
| All other disbursements made in the ordinary course: | $ 403,598 |
| Total Disbursements | $ 1,959,457 |
| Ending Cash Balance - Unrestricted bank accounts | $ 384,886 |

NOTE: This is a consolidated report denoted in US Dollars including all bank accounts owned by the companies

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*

1/20/2016
Date

John Blount / President
Name/Title

Debtor's Name:
Bankruptcy Case Number:
**12/31/15**
**Consolidated Balance Sheet**
**UNAUDITED**

| | | D-I-P COMPANIES TOTAL |
|---|---|---:|
| **Assets:** | | |
| **Current Assets:** | | |
| Cash and cash equivalents | $ | 384,886 |
| Restricted cash, cash equiv. & other time deposits | $ | 166,759 |
| Short term investments | $ | - |
| Restricted investments | $ | - |
| Receivables: | | |
| Trade | $ | 1,157,000 |
| Related Parties | $ | 93,692,537 |
| Other | $ | 1,040,564 |
| **Total receivables** | | 95,890,101 |
| Inventories | $ | - |
| Deferred income taxes | $ | - |
| Prepayments and other curr assets | $ | 355,145 |
| **Total current assets** | | 96,796,892 |
| **Property and Equipment** | $ | 394,467 |
| **Investment in related party** | $ | (16,207,790) |
| **Other Assets:** | $ | - |
| Restricted cash, cash equiv. & other time deposits | $ | 242,000 |
| Restricted investments | $ | - |
| Intangible assets | $ | - |
| Goodwill | $ | - |
| Notes - related parties | $ | 55,946,606 |
| Org. & debt issue costs | $ | - |
| CSV - life insurance | $ | - |
| Deferred income taxes | $ | - |
| Deposits and other | $ | 58,841,440 |
| **Total other assets** | | 115,030,046 |
| **Total Assets** | | 196,013,614 |
| | | |
| **Liabilities & Stockholders' (Equity) Deficit:** | | |
| **Current Liabilities Not Subject to compromise:** | | |
| Current maturities of l-t debt | $ | - |
| Borrowings under revolving credit facility | $ | - |
| Book overdraft | $ | - |
| Accounts and notes payable | $ | 1,638,951 |
| Payables to related parties | $ | 57,860,987 |
| Accrued wages and benefits | $ | 3,001 |
| Accrued general taxes | $ | 50,430 |
| Accrued claims and | $ | - |
| insurance reserves | $ | 10,974,833 |
| Deferred tax liability | $ | - |
| Other accrued liabilities | $ | 1,685,937 |
| **Total Current Liabilities Not Subject to Compromise** | | 72,214,140 |
| **Non-Current Liabilities Not Subject to Compromise:** | | |
| Minority interest | | |
| Long term debt | $ | - |
| Postretirement obligation | $ | - |
| Deferred tax liability | $ | 3,865,130 |
| Insurance and claims | $ | 40,787,095 |
| Other long-term liabilities | $ | 953,808 |
| **Total Non-Current Liabilities not Subject to Compromi** | | 45,606,033 |
| **Total Liabilities Not Subject to Compromise** | | 117,820,173 |
| **Liabilities Subject to Compromise** | $ | 353,169,919 |
| **Stockholders' Deficit:** | | |
| Preferred Stock | $ | 214 |
| Common Stock | $ | 83,689,635 |
| Additional Paid-in-Capital | $ | 13,276,456 |
| Accumulated Deficit / Retained Earnings | $ | (361,391,261) |
| Treasury Stock | $ | - |
| Current Year-to-date Income | $ | (2,066,153) |
| Foreign Currency Translation | $ | (8,485,368) |
| Unearned Compensation | $ | - |
| **Total Stockholders' Deficit** | | (274,976,477) |
| **Total Liabilites & Stockholders' Equity/Deficit** | | 196,013,615 |

**Appendix A**

Debtor's Name:  ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Case Number:  12-11564 (CSS)

**31-Dec-15**

| Bank Accounts | USD | USD | USD | USD | CAD | CAD | USD |
|---|---|---|---|---|---|---|---|
| **UNAUDITED** | **Bank of America** | **Fifth Third** | **Renasant Bank** | **Fifth Third** | **Scotia** | **Scotia** | **SunTrust** |
| **Account # ending** | **9454** | **1919** | **01-9** | **8249** | **1115** | **0111** | **9550** |
| Restricted/unrestricted bank account | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Restricted - Escrow** |