OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor. This is a consolidated report denoted in US Dollars including all bank accounts

Debtor's Name: ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Number: 12-11564 (CSS)
Date of Confirmation: 12/19/2015
UNAUDITED
Reporting Period (month/year): Quarter Ended March 31, 2016

Bank: See Appendix A
Account Number: See Appendix A
Account Type: See Appendix A

| | $ |
|---|---|
| Beginning Cash Balance: | 384,886 |

**All receipts received by the debtor:**

| | $ |
|---|---|
| Cash Sales: | - |
| Collection of Accounts Receivable: | 8,133 |
| Transfer of funds from Restrcited to Unrestricted bank account | 242,000 |
| Refund of Accounts Payable and Other Miscellaneous Recipts: | 31,332 |
| Proceeds from Litigation (settlement or otherwise): | - |
| Sale of Debtor's Assets: | - |
| Capital Infusion pursuant to the Plan: | 496,500 |
| Total of cash received: | 777,965 |
| Total of cash available: | 1,162,851 |

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

| | $ |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | 98,235 |
| All other disbursements made in the ordinary course: | 410,519 |
| Total Disbursements | 508,754 |
| Ending Cash Balance - Unrestricted bank accounts | 654,097 |

NOTE: This is a consolidated report denoted in US Dollars including all bank accounts owned by the companies

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_[signature]_

4/29/2016
Date

John Blount / President
Name/Title

ASHINC Corporation, formerly Allied Systems Holdings, Inc. - DEBTORS-IN-POSSESSION (UNAUDITED)
Statement of Operations - Monthly - MOR 2 - November and December
03/31/16
UNAUDITED

| | ALLIED SYSTEMS LTD (L.P.) 12-11565 | ALLIED AUTOMOTIVE GROUP, INC. 12-11766 | ALLIED SYSTEMS (CANADA) COMPANY 12-11763 | GACS INCORPORATED 12-11777 | COMMERCIAL CARRIERS, INC. 12-11775 | ALLIED FREIGHT BROKER LLC 12-11769 | QAT, INC. 12-11779 | RMX LLC 12-11778 | F.J. BOUTELL DRIVEAWAY LLC 12-11767 | TRANSPORT SUPPORT, LLC 12-11776 | LOGISTIC SYSTEMS, LLC 12-11772 | LOGISTIC TECHNOLOGY, LLC 12-11771 | AXIS ARETA, LLC 12-11774 | AXIS GROUP, INC. 12-11770 | AXIS CANADA COMPANY 12-11763 | CT SERVICES, INC. 12-11762 | CORDIN TRANSPORT, LLC 12-11761 | TERMINAL SERVICES, LLC 12-11760 | ALLIED SYSTEMS HOLDINGS, INC. 12-11564 | D-I-P COMPANIES TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | 6,133 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | $ 6,133 |
| Operating expenses: | | | | | | | | | | | | | | | | | | | | |
| Salaries, wages & fringe | 650 | | | | | | | | | | | | | | | | | | | 577 |
| Operating supplies & exp. | 2,592 | | | | | | | | | | | | | | | | | | | 880 |
| Operating taxes & licenses | 18,804 | | | | | | | | | | | | | | | | | | | 25,300 |
| Insurance & claims | | | | | | | | | | 30 | | | | | | | | | 22,698 | 18,804 |
| Communications & utilities | | | | | | | | | | | | | | | | | | | | |
| Depr. & Amort. | | | | | | | | | | | | | | | | | | | | |
| Purch Transp | | | | | | | | | | | | | | | | | | | | |
| Rents | | | | | | | | | | | | | | | | | | | | |
| Other operating expenses | (7,562) | | 88,447 | | 4,328 | | | | | | | | | | | | | | | |
| Impairment of goodwill | | | | | | | | | | | | | | | 201 | | | | 6,598 | 6,598 |
| Gain on sale of assets, net | | | | | | | | | | | | | | | | | | | (209,927) | (124,513) |
| Total operating expenses | 14,714 | - | 88,447 | - | 4,328 | - | - | - | - | 30 | - | - | - | 201 | - | - | - | - | (180,054) | (72,334) |
| Operating (income)/loss | (6,581) | - | (88,447) | - | (4,328) | - | - | - | - | (30) | - | - | - | (201) | - | - | - | - | 180,054 | 80,467 |
| Other (income) expense: | | | | | | | | | | | | | | | | | | | | |
| (Gain) loss on sale of assets | | | | | | | | | | | | | | | | | | | | |
| Interest expense | | | 696 | | | | | | | | | | | | | | | | 4,998 | 5,999 |
| Unrealized loss (gain) on swap agreements | | | | | | | | | | | | | | | | | | | | |
| Unrealized income | | | | | | | | | | | | | | | 105 | | | | | |
| Other, net | | | | | | | | | | | | | | | | | | | | |
| (Gain)/loss on early extinguishment of debt | | | | | | | | | | | | | | | | | | | | |
| (Gain)/loss on currency exchange | | | | | | | | | | | | | | | | | | | | |
| Total other (income) expense | - | - | 696 | - | - | - | - | - | - | - | - | - | - | - | 105 | - | - | - | 4,998 | 5,999 |
| (Income) loss before taxes and reorganization items | (6,581) | - | (89,343) | - | (4,328) | - | - | - | - | (30) | - | - | - | (201) | (105) | - | - | - | 175,056 | 74,468 |
| Income tax expense (benefit) | | | | | | | | | | | | | | | | | | | | |
| (Income) loss before reorganization items | (6,581) | - | (89,343) | - | (4,328) | - | - | - | - | (30) | - | - | - | (201) | (105) | - | - | - | 175,056 | 74,468 |
| Reorganization items | | | 35,096 | | | | | | | | | | | | | | | | 12,161 | 47,257 |
| Net (income) loss | $ (6,581) | $ - | $ (124,439) | $ - | $ (4,328) | $ - | $ - | $ - | $ - | $ (30) | $ - | $ - | $ - | $ (201) | $ (105) | $ - | $ - | $ - | $ 162,895 | $ 27,211 |

ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Debtor's Name:  ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Case Numb 12-11564 (CSS)
Balance Sheet - MOR 3
03/31/16
Consolidated Balance Sheet
UNAUDITED

| | ALLIED SYSTEMS LTD (L.P.) 12-11565 | ALLIED AUTOMOTIVE GROUP, INC. 12-11768 | ALLIED SYSTEMS (CANADA) COMPANY 12-11773 | GACS INCORPORATED 12-11777 | COMMERCIAL CARRIERS, INC. 12-11775 | ALLIED FREIGHT BROKER LLC 12-11769 | GAT, INC. 12-11778 | RMX LLC 12-11776 | F.J. BOUTELL DRIVEAWAY LLC 12-11767 | TRANSPORT SUPPORT, LLC 12-11770 | LOGISTIC SYSTEMS, LLC 12-11772 | LOGISTIC TECHNOLOGY, LLC 12-11771 | AXIS ARETA, LLC 12-11774 | AXIS GROUP, INC. 12-11770 | AXIS CANADA COMPANY 12-11793 | CT SERVICES, INC. 12-11782 | CORDIN TRANSPORT, LLC 12-11781 | TERMINAL SERVICES, LLC 12-11780 | ALLIED SYSTEMS HOLDINGS, INC. 12-11564 | LIABILITIES SUBJECT TO COMPROMISE ADJUSTMENT | D+P COMPANIES TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | | | | | | | | | | | | | |
| **Current Assets:** | | | | | | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 286,129 | - | 870 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 367,099 | | $ 654,098 |
| Restricted cash, cash equiv. & other time deposits | | | | | | | | | | | | | | | | | | | 166,759 | | $ 166,759 |
| Short term investments | | | | | | | | | | | | | | | | | | | | | $ - |
| Restricted investments | | | | | | | | | | | | | | | | | | | | | $ - |
| Receivables: | | | | | | | | | | | | | | | | | | | | | |
| Trade | | | | | | | | | | | | | | | | | | | | | $ - |
| Related Parties | | | | | | | | | | | | | | | | | | | | | $ 1,157,000 |
| Other | (72,068,286) | 41,521,342 | (119,057,399) | 259,082 | 2,721,941 | (2,182,125) | (140,993) | (24,580) | 1,164,430 | (1,061,420) | 938,716 | (3,484) | (3,484) | 45,317,814 | (110,286) | 3,305,198 | 7,638,845 | (2,409,833) | 186,887,061 | 93,662,537 |
| Total receivables | (72,068,286) | 41,521,342 | (119,057,399) | 259,082 | 2,721,941 | (2,182,125) | (140,993) | (24,580) | 1,164,430 | (1,061,420) | 938,716 | (3,484) | (3,484) | 47,517,412 | (110,286) | 3,305,198 | 7,638,845 | (1,411,867) | 186,887,061 | | 995,564 |
| Inventories | | | | | | | | | | | | | | 42,598 | | | | 997,966 | | | 95,101 |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | | $ - |
| Prepayments and other curr assets | (71,782,157) | 41,521,342 | (119,058,529) | 259,082 | 2,721,941 | (2,182,125) | (140,993) | (24,580) | 1,164,430 | (1,061,420) | 938,716 | (3,484) | (3,484) | 47,520,133 | (20,286) | 3,333,860 | 7,640,563 | (1,179,822) | 187,420,919 | | $ 0 |
| Total current assets | 384,467 | | | | | | | | | | | | | | 2,721 | | | 28,682 | 1,718 | 232,045 | | $ 92,146 |
| Property and Equipment | | | | | | | | | | | | | | | | | | | | | $ 97,105 |
| Investment in related party | (8,663) | (68,300,014) | | 2,780,579 | | | | | | | | | | | 90,000 | | | | 10,000 | | $ 16,790,487 |
| **Other Assets:** | | | | | | | | | | | | | | | | | | | | | |
| Restricted cash, cash equiv. & other time deposits | | | | | | (4,086,547) | | | | | | | | | | | | | | | |
| Restricted investments | | | | | | | | | | | | | | 18,111,763 | | 4,311,564 | | | 30,981,528 | |  $(16,680,790) |
| Intangible assets | | | | | | | | | | | | | | | | | | | | | |
| Goodwill | | | | | | | | | | | | | | | | | | | | | $ 1,707,627 |
| Notes - related parties | | | | | | | | | | | | | | (650,417) | | | | | | $(265,574,017) | |
| Org. & debt issue costs | | | | | | | | | | | | | | (2,779) | | | | | | $ (8,707,027) |
| CSV - life insurance | | | | | | | | | | | | | | 1,144 | | | 1,280 | | | | $ 57,860,907 |
| Deferred income taxes | | | | | | | | | | | | | | | | | | | | | $ 3,031 |
| Deposits and other | 58,730,327 | | | | | | | | | | | | | 111,745 | (0) | 578 | | | 46,029 | | $ 50,400 |
| Total other assets | 58,730,327 | | | | | | | | | | | | | | 100,000 | | | | 55,946,606 | | $ 10,952,033 |
| **Total Assets** | (12,674,026) | (26,778,672) | (119,056,529) | 3,039,661 | 2,721,941 | (2,182,125) | (4,227,540) | (24,580) | 1,164,430 | (1,061,420) | 938,716 | (3,484) | (3,484) | 65,731,896 | (20,286) | 7,652,260 | 7,640,563 | (1,169,822) | 274,353,330 | 1,668,042 | 190,027 |
| | | | | | | | | | | | | | | | | | | | | | 114,768,046 |
| **Liabilities & Stockholders' (Equity) Deficit:** | | | | | | | | | | | | | | | | | | | | | |
| **Current Liabilities Not Subject to compromise:** | | | | | | | | | | | | | | | | | | | | | |
| Current maturities of l-t debt | | | | | | | | | | | | | | | | | | | | | |
| Borrowings under revolving credit facility | | | | | | | | | | | | | | | | | | | | | |
| Book overdraft | 2,332,399 | | 89,964 | | | | (476) | (175) | | | | | | | | | | | 265,574,017 | (265,574,017) |
| Accounts and notes payable | | | | (325) | 3,913 | (326) | (330) | | 30 | | | | | | | | 5,870 | (260,000) | 348,694,716 | (347,351,726) | 72,304,031 |
| Payables to related parties | 394,817 | (134,597) | 57,860,987 | | | | (512) | | 800 | 6,140 | | (522,717) | (5,372,282) | (650,417) | | | | | 8,707,027 | (8,707,027) | 1,702,807 |
| Accrued wages and benefits | | | | | 10 | | | | | 681 | | | | 1,144 | | | | | | | 57,860,907 |
| Accrued claims and insurance reserves | 10,401,706 | | 461,380 | | | | | | | | | | | 111,745 | 0 | 578 | 1,280 | | 46,029 | | 3,031 |
| Deferred tax liability | | (306) | | | (100) | | (10) | | (800) | (800) | | | | (33,434) | | | | | | | 50,400 |
| Other accrued liabilities | | | | | | | | | | | | | | | | | | | | | 10,922,033 |
| Total Current Liabilities Not Subject to Compromise | 13,128,924 | (134,903) | 58,412,351 | (325) | 3,823 | (326) | (1,328) | (175) | 30 | 6,221 | | (3,484) | (13,648) | (573,741) | (13,648) | 233,589 | 4,590 | | 74,567,643 | (73,070,682) | 1,670,842 |
| **Non-Current Liabilities Not Subject to Compromise:** | | | | | | | | | | | | | | | | | | | | | |
| Minority interest | | | | | | | | | | | | | | | | | | | | | |
| Long-term debt | | | | | | | | | | | | | | | | 234,167 | 5,870 | (260,000) | 348,694,716 | (347,351,726) | 72,303,931 |
| Postretirement obligation | | | | | | | | | | | | | | | | | | | | | |
| Deferred tax liability | | | | | | | | | | | | | | | | | | | | | |
| Insurance and claims | 40,787,926 | | | | | | | | | | | | | 114,210 | | | | | | | |
| Other long-term liabilities | 5,682,404 | | | | | | | | | | | | | | | | | | 3,750,920 | (8,707,027) | 3,886,303 |
| Total Non-Current Liabilities not Subject to Compro | 46,469,499 | | | | | | | | | | | | | 114,210 | (0) | | | | 953,808 | | 40,785,925 |
| Total Liabilities Not Subject to Compromise | 59,598,423 | (134,903) | 58,412,351 | (325) | 3,823 | (326) | (1,328) | (175) | 30 | 6,221 | | (3,484) | (13,648) | (459,531) | (13,648) | 234,167 | 5,870 | (260,000) | 4,704,728 | | 45,490,228 |
| Liabilities Subject to Compromise | | | | | | | | | | | | | | | | | | | 353,599,444 | (353,034,130) | 117,995,954 |
| **Stockholders' Deficit:** | | | | | | | | | | | | | | | | | | | | | |
| Preferred Stock | | | | | | | | | | | | | | | | | | | 353,034,130 | | 353,034,130 |
| Common Stock | | | | | | | | | | | | | | 500 | | | | | 214 | | |
| Additional Paid-in-Capital | 132,340,427 | 71,572,492 | 11,936,903 | 1,000 | 9,350 | 1,000 | 1,000 | 6,000 | 12,390 | 1,000 | | 519,233 | 5,368,798 | 32,574,575 | (360,705) | 7,426,744 | 43,000 | 5,000 | 100,000 | | 83,904 |
| Accumulated Deficit / Retained Earnings | (207,571,980) | (47,280,978) | (54,115,953) | 3,130,927 | 1,466,763 | 881,013 | (4,313,332) | 83,257 | 2,759,912 | 2,181,333 | 951,081 | (522,717) | (5,372,282) | 33,616,553 | 253,761 | (10,650) | 1,512,486 | (722,542) | (70,847,974) | | 13,272,506 |
| Treasury Stock | | (50,355,283) | (125,232,569) | (91,941) | 1,246,333 | (3,063,812) | 86,119 | (113,662) | (1,806,902) | (3,249,944) | (12,365) | | | (201) | | | 6,079,207 | (192,280) | (7,342,551) | | (363,435) |
| Current Year-to-date Income | (6,581) | | | | | | | | | | | | | | (105) | | | | | | |
| Foreign Currency Translation | 3,065,694 | | (124,438) | | (4,328) | | | | (30) | | | | | | 100,409 | | | | 162,895 | | |
| Unearned Compensation | | | (9,932,782) | | | | | | | | | | | | | | | | | | |
| Total Stockholders' Deficit | (72,272,449) | (26,643,769) | (177,468,880) | 3,039,986 | 2,718,118 | (2,181,799) | (4,226,213) | (24,405) | 1,164,400 | (1,067,641) | 938,716 | (3,484) | (3,484) | 66,191,427 | (6,640) | 7,418,094 | 7,634,693 | (909,822) | (79,246,115) | | (274,944,405) |
| **Total Liabilities & Stockholders' Equity/Deficit** | (12,674,026) | (26,778,672) | (119,056,529) | 3,039,661 | 2,721,941 | (2,182,125) | (4,227,541) | (24,580) | 1,164,430 | (1,061,420) | 938,716 | (3,484) | (3,484) | 65,731,897 | (20,286) | 7,652,261 | 7,640,563 | (1,169,822) | 274,353,329 | | 196,043 |

**Appendix A**

Debtor's Name: ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Case Number: 12-11564 (CSS)
**31-Mar-16**
**Bank Accounts**

**UNAUDITED**
**Account # ending**
Restricted/unrestricted bank account

| USD | USD | USD | USD | CAD | CAD | USD |
|---|---|---|---|---|---|---|
| Bank of America 9454 Unrestricted | Fifth Third 1919 Unrestricted | Renasant Bank 01-9 Unrestricted | Fifth Third 8249 Unrestricted | Scotia 1115 Unrestricted | Scotia 0111 Unrestricted | SunTrust 9550 Restricted - Escrow ACCOUNT CLOSED |

**Allied Systems Holding, Inc., et al.**
111-12-11564 (CSS)

UST Program Payment Schedule
Jan 1 - Mar 31, 2016

| Debtor # | Rates | Allied Systems Ltd, LP 111-12-11565 | Allied Systems (Canada) Company 111-12-11773 | Allied Automotive Group Inc 111-12-11768 | Axis Group Inc 111-12-11770 | Axis Canada Company 111-12-11793 | CT Services Inc 111-12-11792 | Cordin Transport 111-12-11791 | Terminal Services LLC 111-12-11790 | Transport Support LLC 111-12-11776 | Allied Systems Holdings, Inc. 111-12-11564 | Logistic Systems LLC 111-12-11772 | Logistic Technology LLC 111-12-11771 | Axis Areta LLC 111-12-11774 | GACS Incorporated 111-12-11777 | Commercial Carriers, Inc. 111-12-11775 | Allied Freight Broker 111-12-11769 | QAT Inc 111-12-11779 | BMX LLC 111-12-11778 | F.J. Boutell Driveaway LLC 111-12-11767 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 04 | 20 | 61 | 62 | 59 | 61 | 62 | 77 | 85 | 90 | 45 | 46 | 48 | 78 | 79 | 81 | 82 | 83 | 84 | |
| Jan 2016 Total Disbursements | | 18,224 | 309 | - | - | 35 | - | - | - | - | 138,906 | | | | | | | | | | 157, |
| Feb 2016 Total Disbursements | | 2,592 | 104,198 | - | 201 | - | - | - | - | - | 92,991 | | | | | | | | | | 199, |
| Mar 2016 Total Disbursements | | 15,382 | 21,184 | - | - | 35 | - | - | - | - | 110,346 | | | | | | | | | | 151, |
| Qtr Total | | 36,198 | 125,691 | - | 201 | 70 | - | - | - | 30 | 342,243 | | | | | | | | | | 506, |
| Invoiced Assessment | | Rates have not been provided by US Trustee | | | | | | | | | | | | | | 4,328 | | | | | 4,328 |
| <$14,999 | 325 | | | | | | | | | | | | | | | | | | | | |
| 15,000-74,999 | 650 | 650 | | 325 | 325 | 325 | 325 | 325 | 325 | 325 | | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 5,525 |
| 75,000-149,999 | 975 | | 975 | | | | | | | | | | | | | | | | | | 975 |
| 150,000-224,999 | 1,625 | | | | | | | | | | | | | | | | | | | | |
| 225,000-299,999 | 1,950 | | | | | | | | | | | | | | | | | | | | |
| 300,000-999,999 | 4,875 | | | | | | | | | | 4,875 | | | | | | | | | | 4,875 |
| 1.0-2M | 6,500 | | | | | | | | | | | | | | | | | | | | |
| 2.0-3M | 9,750 | | | | | | | | | | | | | | | | | | | | |
| 3.0-5M | 10,400 | | | | | | | | | | | | | | | | | | | | |
| 5.0-15M | 13,000 | | | | | | | | | | | | | | | | | | | | |
| 15.0-30M | 20,000 | | | | | | | | | | | | | | | | | | | | |
| >30.0M | 30,000 | | | | | | | | | | | | | | | | | | | | |
| | | 650 | 975 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 4,875 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 325 | 11,7 |