OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.
This is a consolidated report denoted in US Dollars including all bank accounts

| | | | | |
|---|---|---|---|---|
| Debtor's Name: | ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al. | Bank: | See Appendix A | |
| Bankruptcy Number: | 12-11564 (CSS) | Account Number: | See Appendix A | |
| Date of Confirmation: | 12/19/2015 | Account Type: | See Appendix A | |
| UNAUDITED | | | | |
| Reporting Period (month/year): | Quarter Ended June 30, 2016 | | | |

| | |
|---|---|
| Beginning Cash Balance: | $ 654,097 |

**All receipts received by the debtor:**

| | |
|---|---|
| Cash Sales: | $ - |
| Collection of Accounts Receivable: | $ 4,644 |
| Transfer of funds from Restrcited to Unrestricted bank account | $ - |
| Refund of Accounts Payable and Other Miscellaneous Recipts: | $ 5,305 |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Capital Infusion pursuant to the Plan: | $ 439,000 |
| Total of cash received: | $ 448,949 |
| Total of cash available: | $ 1,103,046 |

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 167,824 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ 370,275 |
| Total Disbursements | $ 538,099 |
| Ending Cash Balance - Unrestricted bank accounts | $ 564,947 |

NOTE: This is a consolidated report denoted in US Dollars including all bank accounts owned by the companies

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/29/2016                John Blount / President
Date                     Name/Title

**ASHINC Corporation, formerly Allied Systems Holdings, Inc. - DEBTORS-IN-POSSESSION (UNAUDITED)**
**Balance Sheet - MOR 3**

**06/30/16**
**UNAUDITED**

| | | D-I-P COMPANIES TOTAL |
|---|---|---:|
| **Assets:** | | |
| **Current Assets:** | | |
| Cash and cash equivalents | $ | 564,948 |
| Restricted cash, cash equiv. & other time deposits | $ | 166,759 |
| Short term investments | $ | - |
| Restricted investments | $ | - |
| | $ | - |
| Receivables: | $ | - |
| Trade | $ | 1,157,000 |
| Related Parties | $ | 93,692,898 |
| Other | $ | 1,040,564 |
| **Total receivables** | | 95,890,462 |
| Inventories | $ | - |
| Deferred income taxes | $ | - |
| Prepayments and other curr assets | $ | 355,146 |
| **Total current assets** | | 96,977,315 |
| **Property and Equipment** | $ | 394,467 |
| | $ | - |
| **Investment in related party** | $ | (16,207,790) |
| | $ | - |
| **Other Assets:** | $ | - |
| Restricted cash, cash equiv. & other time deposits | $ | - |
| Restricted investments | $ | - |
| Intangible assets | $ | - |
| Goodwill | $ | - |
| Notes - related parties | $ | 55,946,606 |
| Org. & debt issue costs | $ | - |
| CSV - life insurance | $ | - |
| Deferred income taxes | $ | - |
| Deposits and other | $ | 58,841,441 |
| **Total other assets** | | 114,788,047 |
| **Total Assets** | | 195,952,038 |
| **Liabilities & Stockholders' (Equity) Deficit:** | | |
| **Current Liabilities Not Subject to compromise:** | | |
| Current maturities of l-t debt | $ | - |
| Borrowings under revolving credit facility | $ | - |
| Book overdraft | $ | - |
| Accounts and notes payable | $ | 1,774,607 |
| Payables to related parties | $ | 57,860,987 |

| | | |
|---|---|---:|
| Accrued wages and benefits | $ | 3,031 |
| Accrued general taxes | $ | 50,430 |
| Accrued claims and | $ | - |
| insurance reserves | $ | 10,974,833 |
| Deferred tax liability | $ | - |
| Other accrued liabilities | $ | 1,686,042 |
| | | |
| **Total Current Liabilities Not Subject to Compromise** | | 72,349,931 |

**Non-Current Liabilities Not Subject to Compromise:**

| | | |
|---|---|---:|
| Minority interest | | |
| Long term debt | $ | - |
| Postretirement obligation | $ | - |
| Deferred tax liability | $ | 3,865,130 |
| Insurance and claims | $ | 40,787,095 |
| Other long-term liabilities | $ | 953,808 |
| **Total Non-Current Liabilities not Subject to Compromise** | | 45,606,033 |
| | | |
| **Total Liabilities Not Subject to Compromise** | | 117,955,964 |
| | | |
| **Liabilities Subject to Compromise** | $ | 353,034,130 |

**Stockholders' Deficit:**

| | | |
|---|---|---:|
| Preferred Stock | $ | 214 |
| Common Stock | $ | 83,689,635 |
| Additional Paid-in-Capital | $ | 13,276,456 |
| Accumulated Deficit / Retained Earnings | $ | (363,457,414) |
| Treasury Stock | $ | - |
| Current Year-to-date Income | $ | (61,579) |
| Foreign Currency Translation | $ | (8,485,368) |
| Unearned Compensation | $ | - |
| **Total Stockholders' Deficit** | | (275,038,055) |
| | | |
| **Total Liabilites &  Stockholders' Equity/Deficit** | | 195,952,038 |

**Appendix A**

Debtor's Name:  <u>ASHINC Corporation,</u> formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Case Number:  <u>12-11564 (CSS)</u>
**30-Jun-16**

| **Bank Accounts** | **USD** | **USD** | **USD** | **USD** | **CAD** | **CAD** | **USD** |
|---|---|---|---|---|---|---|---|
| **UNAUDITED** | **Bank of America** | **Fifth Third** | **Renasant Bank** | **Fifth Third** | **Scotia** | **Scotia** | **SunTrust** |
| **Account # ending** | **9454** | **1919** | **01-9** | **8249** | **1115** | **0111** | **9550** |
| Restricted/unrestricted bank account | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Restricted - Escrow** |
| | | | ACCOUNT CLOSED | | | | ACCOUNT CLOSED |