**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.
This is a consolidated report denoted in US Dollars including all bank accounts

| | | | |
|---|---|---|---|
| Debtor's Name: | ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al. | Bank: | See Appendix A |
| Bankruptcy Number: | 12-11564 (CSS) | Account Number: | See Appendix A |
| Date of Confirmation: | 12/19/2015 | Account Type: | See Appendix A |
| UNAUDITED | | | |
| Reporting Period (month/year): | Quarter Ended September 30, 2016 | | |

| | |
|---|---:|
| Beginning Cash Balance: | $ 564,947 |

**All receipts received by the debtor:**

| | |
|---|---:|
| Cash Sales: | $ - |
| Collection of Accounts Receivable: | $ 19 |
| Transfer of funds from Restrcited to Unrestricted bank account | $ - |
| Refund of Accounts Payable and Other Miscellaneous Recipts: | $ 123,915 |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Capital Infusion pursuant to the Plan: | $ 435,831 |
| Total of cash received: | $ 559,765 |
| Total of cash available: | $ 1,124,712 |

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ 414,816 |
| Total Disbursements | $ 414,816 |
| Ending Cash Balance - Unrestricted bank accounts | $ 709,896 |

**NOTE: This is a consolidated report denoted in US Dollars including all bank accounts owned by the companies**

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_[signature]_

10/25/2016
Date

John Blount / President
Name/Title

ASHINC Corporation, formerly Allied Systems Holdings, Inc.
DEBTORS-IN-POSSESSION (UNAUDITED)
Balance Sheet - MOR 3
09/30/16
UNAUDITED

Debtor's Name: ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Case Number: 12-11564 (CSS)

|  | D-I-P COMPANIES TOTAL |
|---|---:|
| **Assets:** |  |
| **Current Assets:** |  |
| Cash and cash equivalents | $ 709,896 |
| Restricted cash, cash equiv. & other time deposits | $ 166,759 |
| Short term investments | $ - |
| Restricted investments | $ - |
| Receivables: |  |
| Trade |  |
| Related Parties | $ 1,157,000 |
| Other | $ 93,692,898 |
| Total receivables | $ 1,040,564 |
|  | $ 95,890,462 |
| Inventories | $ - |
| Deferred income taxes | $ 0 |
| Prepayments and other curr assets | $ 355,146 |
| **Total current assets** | $ 97,122,263 |
| Property and Equipment | $ 394,467 |
| Investment in related party | $ (16,207,790) |
| **Other Assets:** |  |
| Restricted cash, cash equiv. & other time deposits | $ - |
| Restricted investments | $ - |
| Intangible assets | $ - |
| Goodwill | $ - |
| Notes - related parties | $ - |
| Org. & debt issue costs | $ 55,946,606 |
| CSV - life insurance | $ - |
| Deferred income taxes | $ - |
| Deposits and other | $ - |
| Total other assets | $ 58,841,440 |
|  | $ 114,788,046 |
| **Total Assets** | $ 196,096,986 |
| **Liabilities & Stockholders' (Equity) Deficit:** |  |
| **Current Liabilities Not Subject to compromise:** |  |
| Current maturities of l-t debt | $ - |
| Borrowings under revolving credit facility | $ - |
| Book overdraft | $ - |
| Accounts and notes payable | $ 1,775,056 |
| Payables to related parties | $ 57,860,987 |
| Accrued wages and benefits | $ 3,031 |
| Accrued general taxes | $ 50,430 |
| Accrued claims and insurance reserves | $ - |
| Deferred tax liability | $ 10,974,833 |
| Other accrued liabilities | $ - |
|  | $ 1,686,042 |
| **Total Current Liabilities Not Subject to Compromise** | $ 72,350,380 |
| **Non-Current Liabilities Not Subject to Compromise:** |  |
| Minority interest |  |
| Long term debt | $ - |
| Postretirement obligation | $ - |
| Deferred tax liability | $ - |
| Insurance and claims | $ 3,865,130 |
| Other long-term liabilities | $ 40,787,095 |
| Total Non-Current Liabilities not Subject to Compromise | $ 953,808 |
|  | $ 45,606,033 |
| **Total Liabilities Not Subject to Compromise** | $ 117,956,413 |
| **Liabilities Subject to Compromise** | $ 353,034,130 |
| **Stockholders' Deficit:** |  |
| Preferred Stock |  |
| Common Stock | $ 214 |
| Additional Paid-in-Capital | $ 83,689,635 |
| Accumulated Deficit / Retained Earnings | $ 13,276,456 |
| Treasury Stock | $ (363,457,414) |
| Current Year-to-date Income | $ - |
| Foreign Currency Translation | $ 82,920 |
| Unearned Compensation | $ (8,485,368) |
| Total Stockholders' Deficit | $ - |
|  | $ (274,893,557) |
| **Total Liabilites & Stockholders' Equity/Deficit** | $ 196,096,986 |

**Appendix A**

Debtor's Name: ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Case Number: 12-11564 (CSS)
**30-Sep-16**
**Bank Accounts**

**UNAUDITED**
**Account # ending**
Restricted/unrestricted bank account

| | USD | USD | USD | CAD | CAD |
|---|---|---|---|---|---|
| | **Bank of America** | **Fifth Third** | **Fifth Third** | **Scotia** | **Scotia** |
| | **9454** | **1919** | **8249** | **1115** | **0111** |
| | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** |