IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASHINC CORPORATION, *et al.*[1] | ) | Case No. 12-11564 (CSS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF SUPPLEMENT TO THE POST-CONFIRMATION QUARTERLY
SUMMARY REPORT FOR THE QUARTER ENDED SEPTEMBER 30, 2016**

PLEASE TAKE NOTICE that on October 28, 2016, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**") filed the **Post-Confirmation Quarterly Summary Report for the Quarter Ended September 30, 2016** (the "**Quarterly Report**") [Docket No. 3695], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that following the filing of the Quarterly Report, the Office of the United States Trustee for the District of Delaware requested the Debtors file an appendix to the Quarterly Report regarding the disbursement schedule. Accordingly, the Debtors

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

RLF1 15619402v.1

- 2 -

hereby file the attached **Disbursement Schedule Appendix** (the "**Appendix**").  A true and correct copy of the Appendix is attached hereto as **Exhibit A**.

Dated: November 1, 2016
       Wilmington, Delaware

<u>/s/  *Marisa A. Terranova Fissel*</u>
Mark D. Collins (No. 2981)
Marisa A. Terranova Fissel (No. 5396)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
E-mail:  collins@rlf.com
E-mail:  terranova@rlf.com
E-mail:  schlauch@rlf.com

-and-

Jeffrey W. Kelley (GA Bar No. 412296)
Ezra H. Cohen (GA Bar No. 173800)
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone:  (404) 885-3000
Facsimile:   (404) 885-3900
E-Mail:  jeffrey.kelley@troutmansanders.com
E-Mail:  ezra.cohen@troutmansanders.com

*Counsel for Debtors and Debtors-in-Possession*