# Exhibit A

## Disbursement Schedule Appendix

Allied Systems Holding, Inc., et al.
111-12-11564 (CSS)

UST Program Payment Schedule
Jul 1 - Sep 30, 2016

| Debtor # | Allied Systems Ltd. LP 111-12-11565 04 | Allied Systems (Canada) Company 111-12-11773 20 | Allied Automotive Group Inc. 111-12-11768 51 | Axis Group Inc 111-12-11770 52 | Axis Canada Company 111-12-11783 59 | CT Services Inc 111-12-11782 61 | Cordin Transport 111-12-11781 62 | Terminal Services LLC 111-12-11780 77 | Transport Support LLC 111-12-11776 85 | Allied Systems Holdings, Inc. 111-12-11564 90 | Logistic Systems LLC 111-12-11772 45 | Logistic Technology LLC 111-12-11771 46 | Axis Areta LLC 111-12-11774 48 | GACS Incorporated 111-12-11777 78 | Commercial Carriers Inc. 111-12-11775 79 | Allied Freight Broker 111-12-11769 81 | QAT Inc 111-12-11779 82 | RMX LLC 111-12-11778 83 | F.J. Boutell Driveaway LLC 111-12-11767 84 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul 2016 Total Disbursements | 18,761 | 293 | - | - | 35 | - | - | - | - | 76,644 | - | - | - | - | - | - | - | - | - | |
| Aug 2016 Total Disbursements | 20,473 | 1,372 | - | - | 35 | - | - | - | - | 104,407 | - | - | - | - | - | - | - | - | - | 95,753 |
| Sep 2016 Total Disbursements | 9,881 | 579 | - | 26,186 | 38 | - | - | - | - | 161,050 | - | - | - | - | - | - | - | - | - | 126,287 |
| Qtr Total | 49,135 | 2,244 | - | 26,186 | 108 | - | - | - | - | 342,101 | - | - | - | - | - | - | - | - | - | 197,734 |
| | | | | | | | | | | | | | | | | | | | | 419,774 |