OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Ashinc Corp                          Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)                   Account Number: 5015439466

Date of Confirmation: 12/20/2016                    Account Type: Checking

Reporting Period (month/year): 1st Quarter 2017

| | |
|---|---|
| Beginning Cash Balance: | $ 0 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 8,980,837.43 |
| Total of cash received: | $ 8,980,837.43 |
| Total of cash available: | $ 8,980,837.43 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 674,726.77 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 4,220,191.11 |
| All other disbursements made in the ordinary course: *funds transferred to acct 9468 | $ 154,000.00 |
| Total Disbursements | $ 5,048,917.88 |
| Ending Cash Balance | $ 3,931,919.55 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5/11/17
Date                    Name/Title _____
                        Catherine E. Youngman, Chapter 11 Trustee

49075585.v1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp          Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)   Account Number: 5015439468

Date of Confirmation: 12/20/2016    Account Type: Checking

Reporting Period (month/year): 1st Quarter 2017

| | |
|---|---|
| Beginning Cash Balance: | $ 0 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 154,000.00 |
| Total of cash received: | $ 154,000.00 |
| Total of cash available: | $ 154,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ |
| All other disbursements made in the ordinary course: | $ 6,000.00 |
| Total Disbursements | $ 6,000.00 |
| Ending Cash Balance | $ 148,000.00 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5·10·17
Date

Name/Title _____
Catherine Youngman, Chapter 11 Trustee

49077084.v1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                     Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)              Account Number: 5015439467

Date of Confirmation: 12/20/2016               Account Type: Checking

Reporting Period (month/year): 1st Quarter 2017

| | |
|---|---|
| Beginning Cash Balance: | $ 0 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 2,000,000.00 |
| Total of cash received: | $ 2,000,000.00 |
| Total of cash available: | $ 2,000,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ $1,408,324.15 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 1,408,324.15 |
| Ending Cash Balance | $ 591,675.85 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5-15-17
Date                              Name/Title _____
                                  Catherine Youngman, Chapter 11 Trustee

49076129.v1

Catherine Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| | 2017 Q1 | |
| Cash (Unrestricted) | $ 4,671,595.40 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |

|  |  |  |
|---|---|---|
| Total Liabilities |  |  |
| **Equity** | | |
| Common Stock |  |  |
| Retained Earnings (Deficit) |  |  |
| Total Equity (Deficit) |  |  |
| Total Liabilities & Owners' Equity |  |  |