## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Ashinc Corp_          Bank: _Rabobank_

Bankruptcy Number: _12-11564 (CSS)_          Account Number: _5015439466_

Date of Confirmation: _12/20/2016_          Account Type: _Checking_

Reporting Period (month/year): _2nd Quarter 2017_

|  |  |
|---|---|
| Beginning Cash Balance: | $ 3,931,919.55 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 3,180.20 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 3,180.20 |
| Total of cash available: | $ 3,935,099.75 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 637,934.80 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 18,840.72 |
| All other disbursements made in the ordinary course: *funds transferred to acct 9468 | $ 0 |
| Total Disbursements | $ 656,775.52 |
| Ending Cash Balance | $ 3,278,324.23 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_8/11/17_
Date

Name/Title _____
Catherine E. Youngman, Chapter 11 Trustee

50433418.v1

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Ashinc Corp__          Bank: __Rabobank__

Bankruptcy Number: ___12-11564 (CSS)___          Account Number:__5015439467__

Date of Confirmation: __12/20/2016__          Account Type:__Checking__

Reporting Period (month/year): __2nd Quarter 2017__

|  |  |
|---|---|
| Beginning Cash Balance: | $ 591,675.85 |

All receipts received by the debtor:

|  |  |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 591,675.85 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 591,675.85 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

8.11.17
_____
Date

Name/Title_____
Catherine Youngman, Chapter 11 Trustee

50435059.v1

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Ashinc Corp_          Bank: _Rabobank_

Bankruptcy Number: _12-11564 (CSS)_          Account Number: _5015439468_

Date of Confirmation: _12/20/2016_          Account Type: _Checking_

Reporting Period (month/year): _2nd Quarter 2017_

| | |
|---|---|
| Beginning Cash Balance: | $ 148,000.00 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |

Total of cash available:          $ 148,000.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ |
| All other disbursements made in the ordinary course: | $ 10,000.00 |
| Total Disbursements | $ 10,000.00 |

Ending Cash Balance          $ 138,000.00

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_8·11·17_
Date

Name/Title _____
Catherine Youngman, Chapter 11 Trustee

50435186.v1

Catherine Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:     12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| | 2017 Q2 | |
| Cash (Unrestricted) | $ 4,008,255.64 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | . |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |

| | | |
|---|---|---|
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |