IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564-CSS<br><br>(Jointly Administered)<br><br>**Related to Docket No. 3867** |

**NOTICE OF CORRECTED EXHIBIT G TO PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) PURSUANT TO 11 U.S.C. §502, FED. R. BANKR. P. 3007 AND DEL. BANKR. L. R. 3007-1**

**FOX ROTHSCHILD LLP**

*/s/ L. John Bird*
L. John Bird, Esquire
Delaware Bar No. 5310
919 N. Market Street, Suite 300
Wilmington, DE 19801-3046
Telephone (302) 654-7444/Facsimile (302) 656-8920
lbird@foxrothschild.com
-and-
Martha B. Chovanes, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone (215) 299-2000/Facsimile (215) 299-2150
mchovanes@foxrothschild.com
Attorneys for Catherine E. Youngman, Plan Administrator

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

51321308.v1

## ASHINC CORPORATION, *et. al.*,
### Case No. 12-11564 (CSS)

### PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. BANKR. L.R. 3007-1

*All claimants are directed to review each of the attached exhibits as the Plan Administrator may have objected to their respective claims on multiple grounds.*

### CORRECTED EXHIBIT G

### EXPUNGE - SATISFIED CLAIMS

| Name of Claimant | Claim Number | Claim Amount As Filed | Claim Classification Status | Reason For Expungement |
|---|---|---|---|---|
| American International Group, Inc.[1]<br>Ryan G. Foley, Authorized Representative<br>180 Maiden Lane<br>37th Floor<br>New York, NY 10038 | 789 | Unliquidated | Administrative | This claim was settled by the parties pursuant to a settlement agreement as set forth in the Plan by the payment of $1 million on 12/21/16. As per the settlement agreement, this proof of claim is deemed withdrawn.[D.I. 3360-1]. |
| Central States, Southeast & Southwest Areas Pension Fund<br>9377 West Higgins Road<br>Rosemont, IL 60018<br>Attn: Peter Priede | 565 | $967,912,893.65 | Administrative | This claim was settled pursuant to section 5.15 of the First Amended Plan of Reorganization. In accordance with the settlement, the claimant was paid $270,000 on December 27, 2016. |
| Metropolitan Government of Nashville & Davidson Co.<br>c/o The Department of Law<br>PO Box 196300<br>Nashville, TN 37219-6358 | 887 | $17,997.82 | Administrative | Claim paid in full on December 26, 2016. |

---

[1] Amended to correct name and address of Claimant.

51119165.v2

| Name of Claimant | Claim Number | Claim Amount As Filed | Claim Classification Status | Reason For Expungement |
|---|---|---|---|---|
| Michigan Department of Treasury<br>Cadillac Place, Ste. 10-200<br>3030 Grand Blvd.<br>Detroit, MI 48202<br>And<br>Heather L. Donald<br>Asst. Attorney General<br>Cadillac Place, Ste. 10-200<br>3030 W. Grand Blvd.<br>Detroit, MI 48202 | 209 | $1,073.50 | Priority | Settled all secured, priority and administrative claims of State of Michigan on March 24, 2016 for the sum of $707.63 to be paid on the effective date of 12/20/16. Payment made on 12/23/16. |
| Michigan Department of Treasury<br>Cadillac Place, Ste. 10-200<br>3030 Grand Blvd.<br>Detroit, MI 48202<br>And<br>Heather L. Donald<br>Asst. Attorney General<br>Cadillac Place, Ste. 10-200<br>3030 W. Grand Blvd.<br>Detroit, MI 48202 | 870, 819, 848, 940 | $341.75 | Administrative | Settled all of the secured, priority and administrative claims of State of Michigan, on March 24, 2016 for the sum of $707.63 to be paid on the effective date, which was 12/20/16. Payment of $707.63 was made on 12/23/16. |
| Mississippi Department of Revenue - Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | 861 | $ 0.00 | Administrative | Claim 861 filed on 1/12/15 in the amount of $1,582.92 was amended on 7/6/15 to $0.00. Therefore the debt has been paid and the claim should be expunged. |
| Mississippi Department of Revenue – Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | 862 | $ 0.00 | Administrative | Claim 862 filed on 1/20/15 in the amount of $844.20 was amended on 7/6/15 to $0.00. Therefore the debt has been paid and the claim should be expunged. |
| Ohio Bureau of Workers' Compensation<br>PO Box 15567<br>Columbus, OH 43215-0567 | 917 | $128,393.22 | Administrative | This claim was settled on February 22, 2016 for an allowed administrative claim in the amount of $64,196.61. Such claim was paid on December 27, 2016. Accordingly the Claim has been satisfied and should be expunged. |
| Roberts, Merle M.<br>1203 Clearview Drive<br>Flushing, MI 48433 | 952 | $5,000.00 | Administrative | Pursuant to the Order Granting Debtor's Amended and Restated Motion Authorizing Debtors to Modify Retiree Benefits [D.I. 3382], claimant is entitled to receive only $1,000, which was paid by the Plan Administrator on 9/20/17. |

51119165.v2

| Name of Claimant | Claim Number | Claim Amount As Filed | Claim Classification Status | Reason For Expungement |
|---|---|---|---|---|
| Sinard, Odilia M. 30395 Glenmuer Farmington Hills, MI 48334 | 955 | $ 0.00 | Administrative | Claim 955 filed on 9/14/15 was for retiree benefits. Pursuant to the Order Granting Debtor's Amended and Restated Motion Authorizing Debtors to Modify Retiree Benefits [D.I. 3382], Claimant is entitled to receive only $1,000, which was paid by the Plan Administrator on 9/20/17. Accordingly the Claim should be expunged. |
| Tennessee Department of Environment and Conservation c/o TN Attorney General, Bky. Div. PO Box 20207 Nashville, TN 37202-0207 | 43 | $500.00 | Administrative | Payment was made on April 1, 2014 in payment of the 2013 annual tank fees. |
| Watkins, Lee B. deceased c/o Debra Watkins 2062 Francais Drive Shreveport, LA 71118 | 916 | $ Unliquidated | Administrative | Claim paid as part of settlement with Central States, Southeast & Southwest Areas Pension Fund pursuant to First Amended Plan of Reorganization. |

51119165.v2