## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Ashinc Corp__    Bank: __Rabobank__

Bankruptcy Number: __12-11564 (CSS)__    Account Number: __5015439468__

Date of Confirmation: __12/20/2016__    Account Type: __Checking__

Reporting Period (month/year): __3rd Quarter 2017__

    Beginning Cash Balance:    $ __138,000.00__

All receipts received by the debtor:

    Cash Sales:    $ __0__

    Collection of Accounts Receivable:    $ __0__

    Proceeds from Litigation (settlement or otherwise):    $ __0__

    Sale of Debtor's Assets:    $ __0__

    Capital Infusion pursuant to the Plan:    $ __0__

    Transfer funds from acct 5015439468 (correction)    $ __15,000.00__

    Total of cash received:    $ __15,000.00__

Total of cash available:    $ __153,000.00__

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $ __0__

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $ __0__

    All other disbursements made in the ordinary course:    $ __74,000.00__

    Total Disbursements    $ __74,000.00__

Ending Cash Balance    $ __79,000.00__

51406963.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____        Name/Title _____
Date                                                Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp               Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)        Account Number: 5015439467

Date of Confirmation: 12/20/2016         Account Type: Checking

Reporting Period (month/year): 3rd Quarter 2017

| | |
|---|---|
| Beginning Cash Balance: | $ 591,675.85 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Transfer from acct 515439466 (banking correction) | $ 80,000.00 |
| Total of cash received: | $ 80,000.00 |
| Total of cash available: | $ 671,675.85 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 71,121.00 |
| All other disbursements made in the ordinary course: | $ 60,000.00 |
| Transfer funds to acct 515439466 (banking correction) | $ 424,607.70 |
| Total Disbursements | $ 555,728.70 |
| Ending Cash Balance | $ 115,947.15 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

51405915.v1

Date _____ Name/Title _____

Catherine Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |

| | | |
|---|---|---|
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Ashinc Corp          Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)   Account Number: 5015439466

Date of Confirmation: 12/20/2016    Account Type: Checking

Reporting Period (month/year): 3rd Quarter 2017

| | |
|---|---|
| Beginning Cash Balance: | $ 3,278,324.23 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Transfer from acct 5015439467  (correction) | $ 424,607.70 |
| Total of cash received: | $ 424,607.70 |
| Total of cash available: | $ 3,702,931.93 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 424,352.14 |
| All other disbursements made in the ordinary course: | $ 5,000.00 |
| Transfer to acct 5015439468  (correction) | $ 15,000.00 |
| Transfer to acct 5015439467  (correction) | $ 80,000.00 |
| Total Disbursements | $ 524,352.14 |
| Ending Cash Balance | $ 3,178,579.79 |

50433418.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____        Name/Title _____
Date

Catherine E. Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number:  12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| | 2017 Q2 | |
| Cash (Unrestricted) | $ 4,008,255.64 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |