## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Ashinc Corp_                Bank: _Rabobank_

Bankruptcy Number: _12-11564 (CSS)_       Account Number: _5015439466_

Date of Confirmation: _12/20/2016_           Account Type: _Checking_

Reporting Period (month/year): _4th Quarter 2017_

| | |
|---|---|
| Beginning Cash Balance: | $ _3,178,579.79_ |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ _0_ |
| Collection of Accounts Receivable: | $ _0_ |
| Proceeds from Litigation (settlement or otherwise): | $ _0_ |
| Sale of Debtor's Assets: | $ _0_ |
| Capital Infusion pursuant to the Plan: | $ _0_ |
| Transfer from acct 5015439467   (correction) | $ _0_ |
| Total of cash received: | $ _0_ |
| Total of cash available: | $ _3,178,579.79_ |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ _0_ |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ _201,300.00_ |
| All other disbursements made in the ordinary course: | $ _42,305.02_ |
| Transfer to acct 5015439468   (correction) | $ _0_ |
| Transfer to acct 5015439467   (correction) | $ _0_ |
| Total Disbursements | $ _243,605.02_ |
| Ending Cash Balance | $ _2,934,974.77_ |

53489690.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/12/17
Date

Name/Title _____
Catherine E. Youngman, Chapter 11 Trustee

Debtor:   Ashinc Corp.

Case Number:    12-11564 (CSS)

| Assets | MONTH 2017 Q2 | MONTH |
|---|---|---|
| Cash (Unrestricted) | $ 4,008,255.64 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Ashinc Corp_____        Bank:__Rabobank

Bankruptcy Number: ___12-11564 (CSS)_____        Account Number:___5015439467

Date of Confirmation: _12/20/2016_____        Account Type:__Checking

Reporting Period (month/year): __4thd Quarter 2017_____

> Beginning Cash Balance:                          $_115,947.15

All receipts received by the debtor:

> Cash Sales:                                      $_0

> Collection of Accounts Receivable:               $__0

> Proceeds from Litigation (settlement or otherwise):  $__0

> Sale of Debtor's Assets:                         $__0

> Credit to account for stopped payments           $____15,000.00

> Capital Infusion pursuant to the Plan:           $_1,200,000.00

> Transfer from acct 515439466 (banking correction)  $__0

> Total of cash received:                          $___1,215,000.00_

Total of cash available:                            $___1,330,947.15

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

> Disbursements made under the plan, excluding the administrative
> claims of bankruptcy professionals:              $_0_

> Disbursements made pursuant to the administrative claims of
> bankruptcy professionals:                        $_1,200,000.00_

> All other disbursements made in the ordinary
> course:                                          $____0

> Transfer funds to  acct 515439468 (banking correction)  $____32,344.00

> Total Disbursements                              $__1,232,344.00

Ending Cash Balance                                 $____98,603.15

53489698.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date ____2/12/17____

Name/Title _____
Catherine Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
|  |  |  |
| Cash (Unrestricted) |  |  |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| *Total Current Assets* |  |  |
| Property, Plant & Equipment |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, Fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Deprec/Depletion |  |  |
| *Total Property, Plant & Equipment* |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Assets* |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** |  |  |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Postpetition Liabilities* |  |  |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** |  |  |
| Secured Debt - Per Plan |  |  |
| Priority Debt - Per Plan |  |  |

| | | |
|---|---|---|
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Ashinc Corp_          Bank: _Rabobank_

Bankruptcy Number: _12-11564 (CSS)_          Account Number: _5015439468_

Date of Confirmation: _12/20/2016_          Account Type: _Checking_

Reporting Period (month/year): _4th Quarter 2017_

 Beginning Cash Balance:          $ _79,000.00_

All receipts received by the debtor:

 Cash Sales:          $ _0_

 Collection of Accounts Receivable:          $ _0_

 Proceeds from Litigation (settlement or otherwise):          $ _0_

 Sale of Debtor's Assets:          $ _0_

 Capital Infusion pursuant to the Plan:          $ _0_

 Transfer funds from acct 5015439467 (correction)          $ _32,344.00_

 Total of cash received:          $ _32,344.00_

Total of cash available:          $ _111,344.00_

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

 Disbursements made under the plan, excluding the administrative
  claims of bankruptcy professionals:     $ _0_

 Disbursements made pursuant to the administrative claims of
  bankruptcy professionals:     $ _0_

 All other disbursements made in the ordinary
  course:     $ _75,344.00_

 Total Disbursements          $ _75,344.00_

Ending Cash Balance          $ _36,000.00_

53489711.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 2/12/17

Name/Title: Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |