

49 Market Street
Morristown, NJ 07960-5122
T: 973.992.4800  F: 973.992.9125
www.foxrothschild.com

Deirdre E. Moore, Esq.
Office Managing Partner

CATHERINE E. YOUNGMAN
Email Address: CYoungman@FoxRothschild.com

March 12, 2018

Via ECF
Clerk, U.S. Bankruptcy Court
824 Market St. N.
3rd Floor
Wilmington, DE  19801

Re:   Ashinc Corp. - Case No.  12-11564 (CSS)
      Quarterly Summary Report

Dear Sir/Madam:

Please see enclosed Quarterly Summary Report for the quarter ending December, 2016 which was prepared by Ashinc Corp. and provided to me on March 11, 2018 by Lorraine Kelly of Ashinc Corp. for filing in the above mentioned matter.

Pursuant to 28 U. S C. Section 1746 (2) I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Catherine E. Youngman
Fox Rothschild, LLC
Liquidating Trustee

Date:  March 12, 2018

54130125.v1

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida   Illinois
Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas   Washington

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.
This is a consolidated report denoted in US Dollars including all bank accounts

| | | | |
|---|---|---|---|
| Debtor's Name: | ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al | Bank: | See Appendix A |
| Bankruptcy Number: | 12-11564 (CSS) | Account Number: | See Appendix A |
| Date of Confirmation: | 12/19/2015 | Account Type: | See Appendix A |
| UNAUDITED | | | |
| Reporting Period (month/year): | For the Period October 1 - December 20, 2016 | | |

| | |
|---|---|
| Beginning Cash Balance: | $ 709,896 |

**All receipts received by the debtor:**

| | |
|---|---|
| Cash Sales: | $ - |
| Collection of Accounts Receivable: | $ 18,787 |
| Transfer of funds from Restrcited to Unrestricted bank account | $ - |
| Refund of Accounts Payable and Other Miscellaneous Recipts: | $ 6,202 |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Capital Infusion pursuant to the Plan: | $ 223,305 |
| Total of cash received: | $ 248,294 |
| Total of cash available: | $ 958,190 |

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ 249,993 |
| Total Disbursements | $ 249,993 |
| Ending Cash Balance - Unrestricted bank accounts | $ 708,197 |

NOTE: This is a consolidated report denoted in US Dollars including all bank accounts owned by the companies

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| 9/25/2017 | Catherine E. Youngman / Litigation Administrator & Plan Administrator, Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents |
| Date | Name/Title |

Debtor's Name: ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al.
Bankruptcy Case Number: 12-11564 (CSS)
12/20/16

**Consolidated Balance Sheet**　　　　　　　　　　　　　　　　　　**D-I-P COMPANIES**
**UNAUDITED**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TOTAL**

| | | |
|---|---|---:|
| **Assets:** | | |
| **Current Assets:** | | |
| Cash and cash equivalents | $ | 708,197 |
| Restricted cash, cash equiv. & other time deposits | $ | 166,759 |
| Short term investments | $ | - |
| Restricted investments | $ | - |
| Receivables: | | |
| Trade | $ | 1,157,000 |
| Related Parties | $ | 93,692,897 |
| Other | $ | 1,040,564 |
| **Total receivables** | $ | 95,890,461 |
| Inventories | $ | - |
| Deferred income taxes | $ | 0 |
| Prepayments and other curr assets | $ | 355,146 |
| **Total current assets** | $ | 97,120,563 |
| **Property and Equipment** | $ | 394,467 |
| **Investment in related party** | $ | (16,207,790) |
| **Other Assets:** | | |
| Restricted cash, cash equiv. & other time deposits | $ | - |
| Restricted investments | $ | - |
| Intangible assets | $ | - |
| Goodwill | $ | - |
| Notes - related parties | $ | 55,946,606 |
| Org. & debt issue costs | $ | - |
| CSV - life insurance | $ | - |
| Deferred income taxes | $ | - |
| Deposits and other | $ | 58,841,440 |
| **Total other assets** | | 114,788,046 |
| **Total Assets** | $ | 196,095,286 |
| | | |
| **Liabilities & Stockholders' (Equity) Deficit:** | | |
| **Current Liabilities Not Subject to compromise:** | | |
| Current maturities of l-t debt | $ | - |
| Borrowings under revolving credit facility | $ | - |
| Book overdraft | $ | - |
| Accounts and notes payable | $ | 1,775,056 |
| Payables to related parties | $ | 57,860,987 |
| Accrued wages and benefits | $ | 3,031 |
| Accrued general taxes | $ | 50,430 |
| Accrued claims and | $ | - |
| insurance reserves | $ | 10,974,833 |
| Deferred tax liability | $ | - |
| Other accrued liabilities | $ | 1,686,042 |
| **Total Current Liabilities Not Subject to Compromise** | $ | 72,350,380 |
| **Non-Current Liabilities Not Subject to Compromise:** | | |
| Minority interest | $ | - |
| Long term debt | $ | - |
| Postretirement obligation | $ | - |
| Deferred tax liability | $ | 3,865,130 |
| Insurance and claims | $ | 40,787,095 |
| Other long-term liabilities | $ | 953,808 |
| **Total Non-Current Liabilities not Subject to Compromise** | $ | 45,606,033 |
| **Total Liabilities Not Subject to Compromise** | $ | 117,956,413 |
| **Liabilities Subject to Compromise** | $ | 353,034,130 |
| **Stockholders' Deficit:** | | |
| Preferred Stock | $ | 214 |
| Common Stock | $ | 83,689,635 |
| Additional Paid-in-Capital | $ | 13,276,456 |
| Accumulated Deficit / Retained Earnings | $ | (363,457,414) |
| Treasury Stock | $ | - |
| Current Year-to-date Income | $ | 81,220 |
| Foreign Currency Translation | $ | (8,485,368) |
| Unearned Compensation | $ | - |
| **Total Stockholders' Deficit** | $ | (274,895,257) |
| **Total Liabilites & Stockholders' Equity/Deficit** | $ | 196,095,286 |

**Appendix A**

| | | | | | |
|---|---|---|---|---|---|
| Debtor's Name: | ASHINC Corporation, formerly Allied Systems Holdings, Inc., et al. | | | | |
| Bankruptcy Case Number: | 12-11564 (CSS) | | | | |
| **20-Dec-16** | | | | | |
| **Bank Accounts** | **USD** | **USD** | **USD** | **CAD** | **CAD** |
| **UNAUDITED** | **Bank of America** | **Fifth Third** | **Fifth Third** | **Scotia** | **Scotia** |
| **Account # ending** | **9454** | **1919** | **8249** | **1115** | **0111** |
| Restricted/unrestricted bank account | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** | **Unrestricted** |
| | CLOSED in 2017 | CLOSED in 2017 | CLOSED in 2017 | | |