OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp          Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)   Account Number: 5015439467

Date of Confirmation: 12/20/2016    Account Type: Checking

Reporting Period (month/year): 1st Quarter 2018

| | |
|---|---|
| Beginning Cash Balance: | $ 98,603.15 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Credit to account for stopped payments | $ 5,000.00 |
| Capital Infusion pursuant to the Plan: | $ 522,715.17 |
| Transfer from acct 515439466 (banking correction) | $ 0 |
| Total of cash received: | $ 527,715.17 |
| Total of cash available: | $ 626,318.32 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 265,671.86 |
| All other disbursements made in the ordinary course: | $ 10,000.00 |
| Transfer funds to acct 515439468 (banking correction) | $ 0 |
| Total Disbursements | $ 420,814.86 |
| Ending Cash Balance | $ 205,503.46 |

56967547.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____         Name/Title _____
Date                                         Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |

|  |  |  |
| --- | --- | --- |
| Unsecured Debt - Per Plan |  |  |
| Other (Attach List) - Per Plan |  |  |
| Total Prepetition Liabilities |  |  |
| Total Liabilities |  |  |
| **Equity** |  |  |
| Common Stock |  |  |
| Retained Earnings (Deficit) |  |  |
| Total Equity (Deficit) |  |  |
| Total Liabilities & Owners' Equity |  |  |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Ashinc Corp__     Bank: __Rabobank__

Bankruptcy Number: __12-11564 (CSS)__     Account Number: __5015439468__

Date of Confirmation: __12/20/2016__     Account Type: __Checking__

Reporting Period (month/year): __1st Quarter 2018__

    Beginning Cash Balance:     $ __36,000.00__

All receipts received by the debtor:

    Cash Sales:     $ __0__

    Collection of Accounts Receivable:     $ __0__

    Proceeds from Litigation (settlement or otherwise):     $ __0__

    Sale of Debtor's Assets:     $ __0__

    Capital Infusion pursuant to the Plan:     $ __0__

    Credit for stopped payments     $ __1,000.00__

    Total of cash received:     $ __1,000.00__

Total of cash available:     $ __37,000.00__

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:     $ __6,000.00__

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:     $ __0__

    All other disbursements made in the ordinary course:     $ __0__

    Total Disbursements     $ __6,000.00__

Ending Cash Balance     $ __31,000.00__

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____          Name/Title _____
Date                                              Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp              Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)       Account Number: 5015439466

Date of Confirmation: 12/20/2016        Account Type: Checking

Reporting Period (month/year): 4th Quarter 2017

| | |
|---|---|
| Beginning Cash Balance: | $ 2,934,974.77 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Credit for stopped payments | $ 5,000.00 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 2,939,974.77 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 343,909.78 |
| Transfer to acct 5015439468 (correction) | $ 0 |
| Transfer to acct 5015439467 (correction) | $ 0 |
| Total Disbursements | $ 343,909.78 |
| Ending Cash Balance | $ 2,596,064.99 |

56971246.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____          Name/Title _____
Date                                            Catherine E. Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: ___12-11564 (CSS)___

| Assets | MONTH | MONTH |
|---|---|---|
| | 2017 Q2 | |
| Cash (Unrestricted) | $ 4,008,255.64 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

|   |   |   |
|---|---|---|
| Priority Debt - Per Plan |   |   |
| Unsecured Debt - Per Plan |   |   |
| Other (Attach List) - Per Plan |   |   |
| Total Prepetition Liabilities |   |   |
| Total Liabilities |   |   |
| **Equity** |   |   |
| Common Stock |   |   |
| Retained Earnings (Deficit) |   |   |
| Total Equity (Deficit) |   |   |
| Total Liabilities & Owners' Equity |   |   |