## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp

Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)

Account Number: 5015439466

Date of Confirmation: 12/20/2016

Account Type: Checking

Reporting Period (month/year): 3rd Quarter 2018

| | |
|---|---|
| Beginning Cash Balance: | $ 2,561,488.80 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Credit for stopped payments | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 2,561,488.80 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0 |
| Transfer to acct 5015439468  (correction) | $ 0 |
| Transfer to acct 5015439467  (correction) | $ 0 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 2,561,488.80 |

78041101.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____  Name/Title _____
Date                                            Catherine E. Youngman, Chapter 11 Trustee


Debtor: __Ashinc Corp.__

Case Number: ___12-11564 (CSS)___

| Assets | MONTH | MONTH |
|---|---|---|
|  | 2017 Q2 |  |
| Cash (Unrestricted) | $ 4,008,255.64 |  |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| *Total Current Assets* |  |  |
| Property, Plant & Equipment |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, Fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Deprec/Depletion |  |  |
| *Total Property, Plant & Equipment* |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Assets* |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Postpetition Liabilities* |  |  |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan |  |  |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc CorpBank: Rabobank

Bankruptcy Number: 12-11564 (CSS)Account Number: 5015439467

Date of Confirmation: 12/20/2016Account Type: Checking

Reporting Period (month/year): 3rd Quarter 2018

| | |
|---|---|
| Beginning Cash Balance: | $ 147,869.46 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Credit to account for voided checks | $ 8,862.00 |
| Capital Infusion pursuant to the Plan: | $ 588,199.19 |
| Total of cash received: | $ 597,061.19 |
| Total of cash available: | $ 744,930.65 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 4,875.00 |
| All other disbursements made in the ordinary course: | $ 683,796.29 |
| Transfer funds to acct 515439468 (banking correction) | $ 0 |
| Total Disbursements | $ 688,796.29 |
| Ending Cash Balance | $ 56,134.36 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

78017228.v1

Date _____          Name/Title _____
                                        Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: ___12-11564 (CSS)___

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |

| | | |
|---|---|---|
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                               Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)                        Account Number: 5015439468

Date of Confirmation: 12/20/2016                         Account Type: Checking

Reporting Period (month/year): 3rd Quarter 2018

| | |
|---|---|
| Beginning Cash Balance: | $ 32,000.00 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Credit for stopped payments | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 32,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 1,000.00 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 31,000.00 |

78020517.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____            Name/Title_____
Date                                Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: ___12-11564 (CSS)___

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |