## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: _Ashinc Corp_                    Bank: _Rabobank_

Bankruptcy Number: ___12-11564 (CSS)___        Account Number: ___5015439466___

Date of Confirmation: _12/20/2016_              Account Type: _Checking_

Reporting Period (month/year): ___4ᵗʰ Quarter 2018___

      Beginning Cash Balance:                     $ _2,561,488.80_

All receipts received by the debtor:

      Cash Sales:                                 $ _0_

      Collection of Accounts Receivable:          $ _0_

      Proceeds from Litigation (settlement or otherwise):   $ _0_

      Sale of Debtor's Assets:                    $ _0_

      Capital Infusion pursuant to the Plan:      $ _0_

      Transfer from acct 5015439466 (corrections)   $ _78,267.76_

      Total of cash received:                     $ _0_

Total of cash available:                        $ _2,639,756.56_

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

      Disbursements made under the plan, excluding the administrative
          claims of bankruptcy professionals:       $ _0_

      Disbursements made pursuant to the administrative claims of
          bankruptcy professionals:                 $ _0_

      All other disbursements made in the ordinary
          course:                                    $ _0_

      Transfer to acct 5015439468   (correction)   $ _0_

      Transfer to acct 5015439467   (correction)   $ _42,691.57_

      Total Disbursements                         $ _0_

Ending Cash Balance                             $ _2,597,064.99_

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

___1/2ƴ'9___
Date

Name/Title_____
Catherine E. Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:    12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |