## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                        Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)                 Account Number: 5015439466

Date of Confirmation: 12/20/2016                  Account Type: Checking

Reporting Period (month/year): 1st Quarter 2019

|  |  |  |
|---|---|---|
| Beginning Cash Balance: | $ 2,597,064.99 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 223,362.48 |
| Transfer from acct 5015439466 (corrections) | $ 0 |
| Total of cash received: | $ 0 |

Total of cash available:                          $ 2,820,427.47

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 1,644,145.37 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0 |
| Transfer to acct 5015439468 (correction) | $ 0 |
| Transfer to acct 5015439467 (funded into wrong account) | $ 223,361.48 |
| Total Disbursements | $ 0 |

Ending Cash Balance                               $ 952,920.62

93729261.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____

Date

Name/Title _____

Catherine E. Youngman, Chapter 11 Trustee

Debtor: _Ashinc Corp._

Case Number: _12-11564 (CSS)_

| Assets | MONTH | MONTH |
|---|---|---|
| | | |
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |

| | | |
|---|---|---|
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                    Bank: Rabobank

Bankruptcy Number: ___ 12-11564 (CSS) ___    Account Number: 5015439467

Date of Confirmation: 12/20/2016             Account Type: Checking

Reporting Period (month/year): 1st Quarter 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 4,419.57 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 145,831.70 |
| Transfer from acct 515439466 (wired into wrong acct) | $ 223,361.48 |
| Reversal of wires initiated from wrong account | $ 76,804.14 |
| Total of cash received: | $ |
| Total of cash available: | $ 450,416.89 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 76,804.14 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 220,151.81 |
| All other disbursements made in the ordinary course: | $ 0 |
| Transfer funds to acct 515439466 (banking correction) | $ 0 |
| Transfer funds to acct 515439466 (banking correction) | $ 0 |
| Total Disbursements | $ 296,955.95 |
| Ending Cash Balance | $ 153,460.94 |

93727751.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Date

Name/Title_____
Catherine Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                     Bank:   Rabobank

Bankruptcy Number:    12-11564 (CSS)           Account Number:   5015439468

Date of Confirmation: 12/20/2016               Account Type:   Checking

Reporting Period (month/year):    1st Quarter 2019

       Beginning Cash Balance:                 $ 31,000.00

All receipts received by the debtor:

       Cash Sales:                              $ 0

       Collection of Accounts Receivable:       $ 0

       Proceeds from Litigation (settlement or otherwise):    $ 0

       Sale of Debtor's Assets:                 $ 0

       Capital Infusion pursuant to the Plan:   $ 0

       Transfer to  account 5015439467 (correction)    $ 0

       Reverse of wire for admin claim payment  $ 0

       Total of cash received:                  $ 0

Total of cash available:                         $ 31,000.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

       Disbursements made under the plan, excluding the administrative
           claims of bankruptcy professionals:      $ 0

       Disbursements made pursuant to the administrative claims of
           bankruptcy professionals:               $ 0

       All other disbursements made in the ordinary
           course:                                 $ 0

       Transfer from account 5015439467         $ 0

       Total Disbursements                              $ 0

Ending Cash Balance                                      $ 31,000.00

93730636.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Date

Name/Title_____
Catherine Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| | | |
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |

| | | |
|---|---|---|
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |