OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Ashinc Corp__    Bank: __Rabobank__

Bankruptcy Number: __12-11564 (CSS)__    Account Number: __5015439466__

Date of Confirmation: __12/20/2016__    Account Type: __Checking__

Reporting Period (month/year): __2nd Quarter 2019__

    Beginning Cash Balance:    $ __952,920.62__

All receipts received by the debtor:

    Cash Sales:    $ __0__

    Collection of Accounts Receivable:    $ __0__

    Proceeds from Litigation (settlement or otherwise):    $ __0__

    Sale of Debtor's Assets:    $ __0__

    Capital Infusion pursuant to the Plan:    $ __0__

    Transfer from acct 5015439466 (corrections)    $ __0__

    Total of cash received:    $ __0__

Total of cash available:    $ __952,920.62__

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:    $ __88,362.00__

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:    $ __0__

    All other disbursements made in the ordinary
        course:    $ __0__

    Total Disbursements    $ __0__

Ending Cash Balance    $ __864,558.62__

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

99430928.v1

Date _____    Name/Title _____
                         Catherine E. Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |

| | | |
|---|---|---|
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                     Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)              Account Number: 5015439467

Date of Confirmation: 12/20/2016               Account Type: Checking

Reporting Period (month/year): 2nd Quarter 2019

    Beginning Cash Balance:                                    153,460.94

All receipts received by the debtor:

    Cash Sales:                                                $ 0

    Collection of Accounts Receivable:                         $ 0

    Proceeds from Litigation (settlement or otherwise):        $ 0

    Sale of Debtor's Assets:                                   $ 0

    Capital Infusion pursuant to the Plan:                     $ 50,000.00

    Transfer from acct 515439466 (wired into wrong acct)       $ 0

    Total of cash received:                                    $

Total of cash available:                                       $ 203,460.94

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:                $ 59,631.17

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                          $ 0

    All other disbursements made in the ordinary
        course:                                            $ 0

    Transfer funds to acct 515439466 (banking correction)      $ 0

    Transfer funds to acct 515439466 (banking correction)      $ 0

    Total Disbursements                                        $ 59,631.17

Ending Cash Balance                                            $ 143,829.77

99492034.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____          Name/Title_____
Date                              Catherine Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                    Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)             Account Number: 5015439468

Date of Confirmation: 12/20/2016              Account Type: Checking

Reporting Period (month/year): 2nd Quarter 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 31,000.00 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Transfer to account 5015439467 (correction) | $ 0 |
| Reverse of wire for admin claim payment | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 31,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0 |
| Transfer from account 5015439467 | $ 0 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 31,000.00 |

99554168.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____                    Name/Title _____
Date                                            Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |

| | | |
|---|---|---|
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |