**OFFICE OF THE UNITED STATES TRUSTEE – REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp

Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)

Account Number: 9466

Date of Confirmation: 12/20/2016

Account Type: Checking

Reporting Period (month/year): 3rd Quarter 2019

Beginning Cash Balance: $ 864,558.62

All receipts received by the debtor:

Cash Sales: $ 0

Collection of Accounts Receivable: $ 0

Proceeds from Litigation (settlement or otherwise): $ 0

Sale of Debtor's Assets: $ 0

Capital Infusion pursuant to the Plan: $ 0

Transfer from acct 5015439466 (corrections) $ 0

Total of cash received: $ 0

Total of cash available: $ 864,558.62

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals: $ 0

Disbursements made pursuant to the administrative claims of
bankruptcy professionals: $ 0

All other disbursements made in the ordinary
course: $ 0

Total Disbursements $ 0

Ending Cash Balance $ 864,558.62

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

103423992.v1

10·16·9
Date

Name/Title
Catherine E. Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:  12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |

| | | |
|---|---|---|
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:_Ashinc Corp_____          Bank:___Rabobank____

Bankruptcy Number: ____12-11564 (CSS)_____          Account Number:_          9468

Date of Confirmation: _12/20/2016_____          Account Type:__Checking___

Reporting Period (month/year): __3rd Quarter 2019_____

    Beginning Cash Balance:          $ 31,000.00

All receipts received by the debtor:

    Cash Sales:          $__0

    Collection of Accounts Receivable:          $__0

    Proceeds from Litigation (settlement or otherwise):          $__0

    Sale of Debtor's Assets:          $__0

    Capital Infusion pursuant to the Plan:          $__0

    Reverse of wire for admin claim payment          $__0

    Total of cash received:          $__0

Total of cash available:          $_31,000.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:          $__0__

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:          $__0__

    All other disbursements made in the ordinary
        course:          $___10,000.00___

    Total Disbursements          $____10,000.00

Ending Cash Balance          $____21,000.00

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date _____ 10·16·09 _____

Name/Title _____
Catherine Youngman, Chapter 11 Trustee

Debtor: ___Ashinc Corp.___

Case Number: ___12-11564 (CSS)___

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                    Bank:   Rabobank

Bankruptcy Number:    12-11564 (CSS)          Account Number:          9467

Date of Confirmation:   12/20/2016            Account Type:   Checking

Reporting Period (month/year):    3rd Quarter 2019

    Beginning Cash Balance:                    $ 143,829.77

All receipts received by the debtor:

    Cash Sales:                                $  0

    Collection of Accounts Receivable:         $  0

    Proceeds from Litigation (settlement or otherwise):   $  0

    Sale of Debtor's Assets:                   $  0

    Capital Infusion pursuant to the Plan:     $  1,210,729.28

    Total of cash received:                    $

Total of cash available:                       $  1,354,559.05

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:        $  1,217,368.45

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                  $     8,966.00

    All other disbursements made in the ordinary
      course:                                $        0

    Transfer funds to acct 515439466 (banking correction)   $        0

    Transfer funds to acct 515439466 (banking correction)   $        0

    Total Disbursements                        $  1,226,334.45

Ending Cash Balance                            $   128,224.60

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true

103433249.v1

and correct to the best of my knowledge and belief.

Date _____ 10·16·19 _____

Name/Title _____

Catherine Youngman, Chapter 11 Trustee

Debtor: _Ashinc Corp._

Case Number: _12-11564 (CSS)_

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |

| | | |
|---|---|---|
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |