## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                     Bank: Rabobank/ Mechanics Bank

Bankruptcy Number: 12-11564 (CSS)              Account Number: 5015439466

Date of Confirmation: 12/20/2016               Account Type: Checking

Reporting Period (month/year): 4th Quarter 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 864,558.62 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 863,558.62 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 0 |
| Correction (bank error) | $ 1,000.00 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 863,558.62 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

106701408.v1

Date _____   Name/Title _____
                     Catherine E. Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
|  |  |  |
| Cash (Unrestricted) |  |  |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| *Total Current Assets* |  |  |
| **Property, Plant & Equipment** |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, Fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Deprec/Depletion |  |  |
| *Total Property, Plant & Equipment* |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Assets* |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** |  |  |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Postpetition Liabilities* |  |  |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** |  |  |
| Secured Debt - Per Plan |  |  |
| Priority Debt - Per Plan |  |  |
| Unsecured Debt - Per Plan |  |  |

| | | |
|---|---|---|
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Ashinc Corp__    Bank: __Rabobank/Mechanics Bank__

Bankruptcy Number: __12-11564 (CSS)__    Account Number: __5015439467__

Date of Confirmation: __12/20/2016__    Account Type: __Checking__

Reporting Period (month/year): __4TH Quarter 2019__

|  |  |
|---|---|
| Beginning Cash Balance: | $ 128,244.60 |

All receipts received by the debtor:

|  |  |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 199,831.26 |
| Total of cash received: | $ 199,831.26 |
| Total of cash available: | $ 328,055.86 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

|  |  |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 212,062.62 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 12,365.95 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 224,428.57 |
| Ending Cash Balance | $ 103,627.29 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__1/6/20__    Name/Title _____
Date

106833439.v1

Catherine Youngman, Chapter 11 Trustee

Debtor: __Ashinc Corp.__

Case Number: __12-11564 (CSS)__

| Assets | MONTH | MONTH |
|---|---|---|
|  |  |  |
| Cash (Unrestricted) |  |  |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| *Total Current Assets* |  |  |
| Property, Plant & Equipment |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, Fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Deprec/Depletion |  |  |
| *Total Property, Plant & Equipment* |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Assets* |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Postpetition Liabilities* |  |  |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan |  |  |
| Priority Debt - Per Plan |  |  |
| Unsecured Debt - Per Plan |  |  |
| Other (Attach List) - Per Plan |  |  |
| Total Prepetition Liabilities |  |  |
| Total Liabilities |  |  |

| Equity | | |
|---|---|---|
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                          Bank: Rabobank/ Mechanics Bank

Bankruptcy Number: 12-11564 (CSS)                   Account Number: 5015439468

Date of Confirmation: 12/20/2016                    Account Type: Checking

Reporting Period (month/year): 4th Quarter 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 31,000.00 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Reverse of wire for admin claim payment | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 31,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 0 |
| All other disbursements made in the ordinary course: | $ 10,000.00 |
| Total Disbursements | $ 10,000.00 |
| Ending Cash Balance | $ 21,000.00 |

106833645.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/15/00
Date

Name/Title _____
Catherine Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |