**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                                  Bank:   Rabobank/ Mechanics Bank

Bankruptcy Number:   12-11564 (CSS)                Account Number:_____9466

Date of Confirmation: 12/20/2016                         Account Type: Checking

Reporting Period (month/year):   4th Quarter 2019

    Beginning Cash Balance:                                         $  863,558.62

All receipts received by the debtor:

    Cash Sales:                                                                  $  0

    Collection of Accounts Receivable:                           $  0

    Proceeds from Litigation (settlement or otherwise):  $  0

    Sale of Debtor's Assets:                                             $  0

    Capital Infusion pursuant to the Plan:                       $  0

    Total of cash received:                                                $  0

Total of cash available:                                                        $  863,558.62

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:                    $  500,000.00

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                                    $      0

    All other disbursements made in the ordinary
        course:                                                               $      0

    Total Disbursements                                                 $      0

Ending Cash Balance                                                        $  363,558.62

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

109962357.v1

4/28/2020
Date

Name/Title_____
Catherine E. Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:    12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
|  |  |  |
| Cash (Unrestricted) |  |  |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| *Total Current Assets* |  |  |
| Property, Plant & Equipment |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, Fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Deprec/Depletion |  |  |
| *Total Property, Plant & Equipment* |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Assets* |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| *Total Postpetition Liabilities* |  |  |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan |  |  |
| Priority Debt - Per Plan |  |  |

| | | |
|---|---|---|
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                          Bank:   Rabobank/Mechanics Bank

Bankruptcy Number:   12-11564 (CSS)                 Account Number:         9467

Date of Confirmation:  12/20/2016                   Account Type:  Checking

Reporting Period (month/year):   1st Quarter 2020

    Beginning Cash Balance:                           $ 103,627.29

All receipts received by the debtor:

    Cash Sales:                                       $  0

    Collection of Accounts Receivable:                $  0

    Proceeds from Litigation (settlement or otherwise): $  0

    Sale of Debtor's Assets:                          $  0

    Capital Infusion pursuant to the Plan:            $  1,678,034.55

    Total of cash received:                           $  1,678,034.55

Total of cash available:                              $  1,781,661.84

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:           $  1,223,471.59

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                     $    452,917.55

    All other disbursements made in the ordinary
        course:                                       $        0

    Total Disbursements                               $  1,676,389.14

Ending Cash Balance                                   $    105,272.70

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_4/28/2020_  
Date            Name/Title_____  
                Catherine Youngman, Chapter 11 Trustee

Debtor: _Ashinc Corp._

Case Number: _12-11564 (CSS)_

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

|  |  |  |
|---|---|---|
| Priority Debt - Per Plan |  |  |
| Unsecured Debt - Per Plan |  |  |
| Other (Attach List) - Per Plan |  |  |
| Total Prepetition Liabilities |  |  |
| Total Liabilities |  |  |
| **Equity** |  |  |
| Common Stock |  |  |
| Retained Earnings (Deficit) |  |  |
| Total Equity (Deficit) |  |  |
| Total Liabilities & Owners' Equity |  |  |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp            Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)     Account Number: 9468

Date of Confirmation: 12/20/2016      Account Type: Checking

Reporting Period (month/year): 1st Quarter 2020

    Beginning Cash Balance:                                $ 21,000.00

All receipts received by the debtor:

    Cash Sales:                                            $ 0

    Collection of Accounts Receivable:                     $ 0

    Proceeds from Litigation (settlement or otherwise):    $ 0

    Sale of Debtor's Assets:                               $ 0

    Capital Infusion pursuant to the Plan:                 $ 0

    Reverse of wire for admin claim payment                $ 0

    Total of cash received:                                $ 0

Total of cash available:                                   $ 21,000.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $ 0

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $ 0

    All other disbursements made in the ordinary course:    $ 0

    Total Disbursements                                    $ 0

Ending Cash Balance                                        $ 21,000.00

109953707.v1


Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

  4/28/2020

Date                    Name/Title

Catherine Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |

| | | |
|---|---|---|
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |