## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                         Bank: Rabobank/ Mechanics Bank

Bankruptcy Number: 12-11564 (CSS)                  Account Number: 9466

Date of Confirmation: 12/20/2016                   Account Type: Checking

Reporting Period (month/year): 2nd Quarter 2020

| | |
|---|---|
| Beginning Cash Balance: | $ 363,558.62 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 363,558.62 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals (bank fees) | $ 1,000.00 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 362,558.62 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

112057932.v1

7/8/2020
Date

Name/Title _____
Catherine E. Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |

| | | |
|---|---|---|
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Ashinc Corp__                         Bank: __Rabobank/Mechanics Bank__

Bankruptcy Number: __12-11564 (CSS)__        Account Number: __9467__

Date of Confirmation: __12/20/2016__                  Account Type: __Checking__

Reporting Period (month/year): __1st Quarter 2020__

    Beginning Cash Balance:                                          $ __105,272.70__

All receipts received by the debtor:

    Cash Sales:                                                                    $ __0__

    Stop payment on stale check                                      $ __25.00__

    Proceeds from Litigation (settlement or otherwise):   $ __0__

    Sale of Debtor's Assets:                                              $ __0__

    Capital Infusion pursuant to the Plan:                         $ __0__

    Total of cash received:                                                 $ __0__

Total of cash available:                                                       $ __105,297.70__
70

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:                       $ __8,569.77__

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                                        $ __5,072.05__

    All other disbursements made in the ordinary
        course:                                                                     $ __0__

    Total Disbursements                                                    $ __13,641.82__

Ending Cash Balance                                                        $ __91,655.88__

112095595.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/8/2020
Date

Name/Title
Catherine Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

|  |  |  |
|---|---|---|
| Priority Debt - Per Plan |  |  |
| Unsecured Debt - Per Plan |  |  |
| Other (Attach List) - Per Plan |  |  |
| Total Prepetition Liabilities |  |  |
| Total Liabilities |  |  |
| **Equity** | | |
| Common Stock |  |  |
| Retained Earnings (Deficit) |  |  |
| Total Equity (Deficit) |  |  |
| Total Liabilities & Owners' Equity |  |  |

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                             Bank: Rabobank

Bankruptcy Number: 12-11564 (CSS)                      Account Number: 9468

Date of Confirmation: 12/20/2016                       Account Type: Checking

Reporting Period (month/year): 2nd Quarter 2020

    Beginning Cash Balance:                              $ 21,000.00

All receipts received by the debtor:

    Cash Sales:                                          $ 0

    Collection of Accounts Receivable:                   $ 0

    Proceeds from Litigation (settlement or otherwise):  $ 0

    Sale of Debtor's Assets:                             $ 0

    Capital Infusion pursuant to the Plan:               $ 0

    Reverse of wire for admin claim payment              $ 0

    Total of cash received:                              $ 0

Total of cash available:                                 $ 21,000.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $ 0

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $ 0

    Correction in ledger error course:                   $ 1,000.000

    Total Disbursements                                  $ 0

Ending Cash Balance                                      $ 20,000.00

112093751.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>7/8/2020</u>
Date

Name/Title

Catherine Youngman, Chapter 11 Trustee

Debtor: <u>Ashinc Corp.</u>

Case Number: <u>12-11564 (CSS)</u>

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |

| | | |
|---|---|---|
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |