## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:_Ashinc Corp_____          Bank:__Mechanics Bank_

Bankruptcy Number: ___12-11564 (CSS)_____          Account Number:__          9466_

Date of Confirmation: _12/20/2016_____          Account Type:__Checking_

Reporting Period (month/year): __3rd Quarter 2020_____

        Beginning Cash Balance:          $__362,558.62_

All receipts received by the debtor:

        Cash Sales:          $__0_

        Collection of Accounts Receivable:          $__0_

        Proceeds from Litigation (settlement or otherwise):          $__0_

        Sale of Debtor's Assets:          $__0_

        Capital Infusion pursuant to the Plan:          $__0_

        Total of cash received:          $___0_

Total of cash available:          $__362,558.62_

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

        Disbursements made under the plan, excluding the administrative
            claims of bankruptcy professionals:          $____0

        Disbursements made pursuant to the administrative claims of
            bankruptcy professionals (bank fees)          $__800.00

        All other disbursements made in the ordinary
            course:          $____0

        Total Disbursements          $____0

Ending Cash Balance          $_361,758.62_

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/20/2020
Date

Name/Title _____

Catherine E. Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| | | |
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |

| | | |
|---|---|---|
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:_ Ashinc Corp_          Bank:__ Mechanics Bank

Bankruptcy Number: ___ 12-11564 (CSS) _____     Account Number:_          9467

Date of Confirmation: _12/20/2016_____     Account Type:__ Checking

Reporting Period (month/year): __3rd Quarter 2020_____

Beginning Cash Balance:                    $   91,655.88

All receipts received by the debtor:

Cash Sales:                                $  0

Stop payment on stale check                $  0

Proceeds from Litigation (settlement or otherwise):   $  0

Sale of Debtor's Assets:                   $  0

Capital Infusion pursuant to the Plan:     $  819,903.50

Total of cash received:                    $  0

Total of cash available:                   $  911,559.38
70

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:       $      738,837.28

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:                  $        4,883.91

All other disbursements made in the ordinary
course:                                    $          0

Total Disbursements                        $      743,721.19

Ending Cash Balance                        $      167,838.19

115384623.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_10/20/2020_
Date                              Name/Title_____
                                  Catherine Youngman, Chapter 11 Trustee

Debtor:   Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
|  |  |  |
| Cash (Unrestricted) |  |  |
| Cash (Restricted) |  |  |
| Accounts Receivable (Net) |  |  |
| Inventory |  |  |
| Notes Receivable |  |  |
| Prepaid Expenses |  |  |
| Other (Attach List) |  |  |
| Total Current Assets |  |  |
| Property, Plant & Equipment |  |  |
| Real Property & Improvements |  |  |
| Machinery & Equipment |  |  |
| Furniture, Fixtures & Office Equipment |  |  |
| Vehicles |  |  |
| Leasehold Improvements |  |  |
| Less: Accumulated Deprec/Depletion |  |  |
| Total Property, Plant & Equipment |  |  |
| Due from Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| Total Assets |  |  |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** |  |  |
| Accounts Payable |  |  |
| Taxes Payable |  |  |
| Notes Payable |  |  |
| Professional Fees |  |  |
| Secured Debt |  |  |
| Due to Affiliates & Insiders |  |  |
| Other (Attach List) |  |  |
| Total Postpetition Liabilities |  |  |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** |  |  |
| Secured Debt - Per Plan |  |  |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                    Bank:  Mechanichs Bank

Bankruptcy Number:  12-11564 (CSS)            Account Number:        9468

Date of Confirmation:  12/20/2016            Account Type:  Checking

Reporting Period (month/year):  3rd Quarter 2020

      Beginning Cash Balance:                  $ 20,000.00

All receipts received by the debtor:

      Cash Sales:                              $  0

      Collection of Accounts Receivable:       $  0

      Proceeds from Litigation (settlement or otherwise):   $  0

      Sale of Debtor's Assets:                 $  0

      Capital Infusion pursuant to the Plan:   $  0

      Reverse of wire for admin claim payment   $  0

      Total of cash received:                  $  0

Total of cash available:                     $ 20,000.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

      Disbursements made under the plan, excluding the administrative
          claims of bankruptcy professionals:    $  0

      Disbursements made pursuant to the administrative claims of
          bankruptcy professionals:              $  0

      Total Disbursements                      $  0

Ending Cash Balance                          $  20,000.00

115383625.v1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

__10/20/2020_____
Date

Name/Title

Catherine Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |

| | | |
|---|---|---|
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |