# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| ASHINC CORPORATION, *et al.*[1] | : Case No. 12-11564-CSS |
| Debtors. | : Jointly Administered |
| | : Related to Docket No. 4132 |

## ORDER GRANTING PLAN ADMINISTRATOR'S FOURTEENTH MOTION FOR AN ORDER EXTENDING THE DEADLINE FOR THE FILING OF OBJECTIONS TO CLAIMS, INCLUDING ADMINISTRATIVE CLAIMS

Upon the motion (the "Motion") of Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator (the "Administrator") for ASHINC Corporation ("ASHINC") and related debtors (together, ASHINC and the related debtors are the "Debtors"), for entry of an order pursuant to Sections 1.2(47), 5.8, 7.1(b), 7.5(a), and 10.1 of the Modified First Amended Joint Chapter 11 Plan of Reorganization which was confirmed by Order entered on December 9, 2015 [D.I. 3383], and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, extending by approximately 120 days the (i) December 23, 2020 deadline to file objections to administrative claims (the "Administrative Claims Deadline"), and the (ii) February 3, 2021 deadline to object to other claims (the "Claims Objection Deadline"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors and their creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion be, and hereby is, GRANTED; and it is further

ORDERED that the Administrative Claims Objection Deadline is hereby further extended to and including April 22, 2021, without prejudice to the Administrator's right to seek further extensions; and it is further

ORDERED that the Claims Objection Deadline is hereby extended to and including June 3, 2021, without prejudice to the Administrator's right to seek furthers extensions; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 6th, 2021
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Active\116900002.v1-12/7/20