OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                                  Bank: Mechanics Bank

Bankruptcy Number: 12-11564 (CSS)                           Account Number: *****9466

Date of Confirmation: 12/20/2016                            Account Type: Checking

Reporting Period (month/year): 1st Quarter 2021

| | |
|---|---:|
| Beginning Cash Balance: | $ 360,558.62 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $ 0 |
| Collection of Accounts Receivable: | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 360,558.62 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals (bank fees) | $ 1,200.00 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 0 |
| Ending Cash Balance | $ 359,358.62 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5/11/2021
Date

Name/Title _C_____
Catherine E. Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |

122610336.1

|  |  |  |
|---|---|---|
| Unsecured Debt - Per Plan |  |  |
| Other (Attach List) - Per Plan |  |  |
| Total Prepetition Liabilities |  |  |
| Total Liabilities |  |  |
| **Equity** | | |
| Common Stock |  |  |
| Retained Earnings (Deficit) |  |  |
| Total Equity (Deficit) |  |  |
| Total Liabilities & Owners' Equity |  |  |

122610336.1

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: __Ashinc Corp__     Bank: __Mechanics Bank__

Bankruptcy Number: __12-11564 (CSS)__     Account Number: __*****9467__

Date of Confirmation: __12/20/2016__     Account Type: __Checking__

Reporting Period (month/year): __1st Quarter 2021__

| | |
|---|---|
| Beginning Cash Balance: | $ 2,969,378.21 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0 |
| Stop payment on stale check | $ 0 |
| Proceeds from Litigation (settlement or otherwise): | $ 0 |
| Sale of Debtor's Assets: | $ 0 |
| Capital Infusion pursuant to the Plan: | $ 0 |
| Total of cash received: | $ 0 |
| Total of cash available: | $ 2,969,378.21 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 1,071,704.96 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 161,155.67 |
| All other disbursements made in the ordinary course: | $ 0 |
| Total Disbursements | $ 1,232,860.63 |
| Ending Cash Balance | $ 1,736,517.58 |

122610956.1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

5/11/2021
Date                                    Name/Title
                                        Catherine Youngman, Chapter 11 Trustee

Debtor: Ashinc Corp.

Case Number: 12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |

122610956.1

| Liabilities Subject to Compromise (Prepetition Liabilities) | | |
|---|---|---|
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

122610956.1

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Ashinc Corp                                  Bank: Mechanics Bank

Bankruptcy Number: 12-11564 (CSS)                           Account Number: ******9468

Date of Confirmation: 12/20/2016                            Account Type: Checking

Reporting Period (month/year): 1st Quarter 2021

    Beginning Cash Balance:                                                $ 18,000.00

All receipts received by the debtor:

    Cash Sales:                                                            $ 0

    Collection of Accounts Receivable:                                     $ 0

    Proceeds from Litigation (settlement or otherwise):                    $ 0

    Sale of Debtor's Assets:                                               $ 0

    Capital Infusion pursuant to the Plan:                                 $ 0

    Reversal of check 223 – uncashed                                       $ 1,000.00

    Total of cash received:                                                $ 1,000.00

    Total of cash available:
                                                                                       $ 19,000.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
        claims of bankruptcy professionals:                            $ 0

    Disbursements made pursuant to the administrative claims of
        bankruptcy professionals:                                      $ 0

    Total Disbursements                                                    $ 0

Ending Cash Balance                                                                    $ 19,000.00

122609914.1

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

05/11/2021
Date                                    Name/Title _____

                        Catherine Youngman, Chapter 11 Trustee

Debtor:  Ashinc Corp.

Case Number:   12-11564 (CSS)

| Assets | MONTH | MONTH |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | | |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | | |

122609914.1

| Liabilities Subject to Compromise (Prepetition Liabilities) | | |
|---|---|---|
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

122609914.1