IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING THE MOTION OF THE CHAPTER 11 TRUSTEE FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING THE TAKING OF DOCUMENT DISCOVERY AND DEPOSITION TESTIMONY FROM YUCAIPA**

The undersigned counsel to Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "**Litigation Trustee**"), hereby certifies as follows:

1. On July 31, 2020, the Litigation Trustee filed a Motion for an Order Pursuant to Bankruptcy Rule 2004 – and/or Sections 105(a) and 524(e) of the Bankruptcy Code – Authorizing the Taking of Document Discovery and Deposition Testimony from the Yucaipa Funds (the "**Rule 2004 Motion**") [D.I. 4086].

2. The Yucaipa Funds (as defined in the Rule 2004 Motion) filed an objection to the Rule 2004 Motion on September 4, 2020 [D.I. 4105 and 4106], and the Trustee filed a reply in support of the motion on September 21, 2020 [D.I. 4118].

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

3. A hearing on the Rule 2004 Motion was held on September 24, 2020, at which time the Court denied the motion without prejudice, noting that the matter was premature and should await the summary judgment argument in adversary proceedings numbers 13-50530 and 14-50971 (the "**Adversary Proceedings**") before revisiting.

4. A hearing on the summary judgment motions in the Adversary Proceedings was held on February 4, 2021, and the Court entered an Opinion and Order on May 4, 2021 granting in part and denying in part the parties' respective summary judgment motions.[2]

5. By letter dated May 10, 2021, the Litigation Trustee sought renewal of the Rule 2004 Motion [D.I. 4152] and Yucaipa and the Litigation Trustee made supplemental letter submissions on May 20, 2021 [D.I. 4160 and 4161].

6. On June 23, 2021, the Court entered Judgment in favor of the Litigation Trustee and against Yucaipa.[3]

7. On June 25, 2021, Yucaipa filed a Motion for a Stay of the Effectiveness and Enforcement of Judgment Pending Appeal.[4]

8. A hearing on the Stay Motion was held on July 6, 2021, at which time the Court denied the Motion. At the conclusion of the hearing on the Stay Motion, the Court indicated that it would enter an Order granting the Rule 2004 Motion and directed the filing of a Certificate of Counsel and Proposed Order.

9. A proposed order granting the Rule 2004 Motion (the "**Proposed Order**") is attached as **Exhibit A**. On July 6, 2021, a draft of the Proposed Order was circulated to Yucaipa's

---

[2] The "**Opinion**" (13-50530, D.I. 825; 14-50971, D.I. 563) and "**Order**" (13-50530, D.I. 826; 14-50971, D.I. 564).

[3] The "**Judgment**" (13-50530, D.I. 841; 14-50971, D.I. 579).

[4] The "**Stay Motion**" (13-50530, D.I. 845; 14-50971, D.I. 583).

counsel, and the parties subsequently conferred over the language on July 7, 2021. Yucaipa's counsel has approved the form of the Proposed Order attached.

**WHEREFORE**, the Litigation Trustee respectfully request that the Proposed Order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: July 8, 2021

                              FOX ROTHSCHILD LLP

           By:       */s/ Seth A. Niederman*
                              Seth A. Niederman (No. 4588)
                              Citizens Bank Center
                              919 North Market Street, Suite 300
                              Wilmington, DE 19801
                              Telephone: (302) 654-7444
                              sniederman@foxrothschild.com

                              -and-

                              JOSEPH HAGE AARONSON LLC
                              Gregory P. Joseph
                              Douglas J. Pepe
                              Gila S. Singer
                              485 Lexington Avenue, 30th Floor
                              New York, NY 10017
                              Telephone: (212) 407-1200

                              -and-

                              ZAIGER LLC
                              Jeffrey H. Zaiger
                              2187 Atlantic Street, 9th Floor
                              Stamford, CT 06902
                              Telephone: (203) 347-7180

                              *Counsel for Litigation Trustee*

124294359.1