## Schedule A – Document and Information Requests

1. The dates, amounts, and the names of the recipients for any and all distributions made by YAAF 1 since December 1, 2016.

2. Any and all supporting documentation reflecting that any distributions made by YAAF 1 since December 1, 2016 were in compliance with the terms of YAAF 1's Third Amended and Restated Limited Partnership Agreement dated March 4, 2005.

3. An accounting for the value of cash and other assets presently held by YAAF 1.