IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ASHINC CORPORATION, *et al.*[1] | : | Case No. 12-11564-CSS |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Related to Docket No. 4173 |

**ORDER GRANTING PLAN ADMINISTRATOR AND LIQUIDATION TRUSTEE'S
MOTION TO EXTEND THE TERM OF THE LITIGATION TRUST**

Upon the motion (the "Motion") of Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator (the "Litigation Trustee") for ASHINC Corporation ("ASHINC") and related debtors (together, ASHINC and the related debtors are the "Debtors"), for entry of an order pursuant to Sections 5.8, 5.10, and 5.11 of the Modified First Amended Joint Chapter 11 Plan of Reorganization which was confirmed by Order entered on December 9, 2015 [D.I. 3383], Article I and Sections 3.2 and 9.1 of the Litigation Trust Agreement dated as of December 20, 2016, and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure extending the term of the Litigation Trust (the "Litigation Trust Deadline") for an additional two (2) years to and through December 20, 2023; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

123680662.2

further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their creditors and the Litigation Trust Beneficiaries; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion be, and hereby is, GRANTED as set forth herein; and it is further

ORDERED that the Litigation Trust shall be extended to and through December 20, 2023, without prejudice to the Litigation Trustee's right to seek further extensions; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 13th, 2021  
Wilmington, Delaware

CHRISTOPHER S. SONTCHI  
UNITED STATES BANKRUPTCY JUDGE

123680662.2