**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE THAT** on July 19, 2021, counsel to Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa") served a copy of the documents responsive to the Document Requests set forth on Schedule A to the *Order Granting Motion of the Chapter 11 Trustee for an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Taking of Document Discovery and Deposition Testimony from Yucaipa* [Docket No. 4184] via email on the individuals set forth below.

| | |
|---|---|
| Catherine E. Youngman, Esq. | Douglas J. Pepe, Esq. |
| Fox Rothschild LLP | Gila S. Singer, Esq. |
| 49 Market Street | Joseph Hage Aaronson LLC |
| Morristown, NJ 07960 | 485 Lexington Avenue, 30th Floor |
| cyoungman@foxrothschild.com | New York, NY 10017 |
| (Litigation Trustee) | dpepe@jha.com |
| | (Litigation Trustee) |
| Seth A. Niederman, Esq. | |
| Fox Rothschild LLP | Jeffrey H. Zaiger, Esq. |
| Citizens Bank Center | Zaiger LLC |
| 919 N. Market Street, Suite 1600 | 432 Park Avenue, Suite 19ª |
| Wilmington, DE 19801 | New York, NY 10022 |
| sniederman@foxrothschild.com | jzaiger@zaigerllc.com |
| (Litigation Trustee) | (Litigation Trustee) |

*/s/ Peter J. Keane*
Peter J. Keane  (Bar No. 5503)