# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>                Plaintiff,<br><br>BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>                Intervenors,<br><br>                v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,<br><br>                Defendants. | Adv. Proc. No. 13-50530 (CSS) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                Plaintiff, | Adv. Pro. No. 14-50971 (CSS) |

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,

Defendants.

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE THAT** on August 23, 2021, counsel to Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P served a copy of the following documents:

- *Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. Production to the Trustee's First Set of Document Requests*

via email on the individuals set forth below.

Catherine E. Youngman, Esq.  
Fox Rothschild LLP  
49 Market Street  
Morristown, NJ 07960  
cyoungman@foxrothschild.com  
(Litigation Trustee)

Seth A. Niederman, Esq.  
Fox Rothschild LLP  
Citizens Bank Center  
919 N. Market Street, Suite 1600  
Wilmington, DE 19801  
sniederman@foxrothschild.com  
(Litigation Trustee)

Douglas J. Pepe, Esq.  
Gila S. Singer, Esq.  
Joseph Hage Aaronson LLC  
485 Lexington Avenue, 30th Floor  
New York, NY 10017  
dpepe@jha.com  
(Litigation Trustee)

Jeffrey H. Zaiger, Esq.  
Zaiger LLC  
432 Park Avenue, Suite 19ª  
New York, NY 10022  
jzaiger@zaigerllc.com  
(Litigation Trustee)

*/s/ Peter J. Keane*  
Peter J. Keane  (Bar No. 5503)