# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS,<br><br>　　　　　　Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>　　　　　　Intervenors,<br><br>　　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 13-50530 (CSS) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 14-50971 (CSS) |

## JUDGMENT

**WHEREAS**, this action came on for trial before the Court on March 1-4, 7, and 17, 2022, Honorable Christopher S. Sontchi, United States Bankruptcy Judge, presiding;

**WHEREAS,** the Trustee's remaining claims[1] for: (i) Breach of Fiduciary Duty (Estate Claim 7) and, in the alternative to Breach of Fiduciary Duty; (ii) Breach of the Implied Covenant of Good Faith and Fair Dealing (Lender Claim 3); and (iii) Equitable Subordination (Estate Claim 1/Lender Claim 1), having been duly tried;

**WHEREAS,** the Court's Findings of Fact and Conclusions of Law, dated **May 2, 2022**, having been duly rendered;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** the plaintiffs take nothing.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: May 2, 2022

---

[1] Following the parties' respective motions for summary judgment, on May 4, 2021, the Court issued an Opinion (Adv. Pro. 13-50530, D.I. 825; Adv. Pro. 14-50971, D.I. 563) and entered an Order (Adv. Pro. 13-50530, D.I. 826; Adv. Pro. 14-50971, D.I. 564) granting in part and denying in part the motion for summary judgment of Plaintiff Catherine E. Youngman, as Litigation Trustee for ASHINC Corporation and related debtors (the "Trustee"), and granting in part and denying in part the motion for summary judgment of Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Thereafter, on June 23, 2021, the Court entered a Judgment awarding the Trustee damages in the amount of $132,431,957.00 (inclusive of pre-judgment interest), plus post-judgment interest on Estate Claim 5 (Breach of Contract), and Estate Claims 10, 11, and 13 (Fraudulent Transfers and Disallowance of Claims). *See* Adv. Pro. 13-50530, D.I. 841; Adv. Pro. 14-50971, D.I. 579. The only claims (the "Remaining Claims") that remained and that were ultimately tried are the Trustee's claims for: (i) Breach of Fiduciary Duty (Estate Claim 7) and, in the alternative to Breach of Fiduciary Duty; (ii) Breach of the Implied Covenant of Good Faith and Fair Dealing (Lender Claim 3); and (iii) Equitable Subordination (Estate Claim 1/Lender Claim 1). This Judgment solely pertains to these Remaining Claims.