# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ASHINC CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (MFW)<br>(Jointly Administered)<br><br>Related D.I. 4228<br><br>**Obj. Deadline: September 30, 2022 by 4:00 p.m. ET**<br>**Hearing Date:  To Be Determined** |

### STIPULATION REGARDING OBJECTION DEADLINE AND HEARING DATE FOR YUCAIPA'S MOTION FOR ORDER AUTHORIZING AND EFFECTING SETOFF OF MUTUAL OBLIGATIONS, OR, IN THE ALTERNATIVE, EFFECTING RECOUPMENT

This Stipulation is entered into by and between Plaintiff Catherine E. Youngman, in her capacity as the Litigation Trustee and Plan Administrator for ASHINC Corporation and related debtors (the "Trustee"), and Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa");

WHEREAS, on August 19, 2022, Yucaipa filed the *Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel)Fund I, L.P.'s Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment* (the "Motion") [D.I. 4228];

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

WHEREAS, Yucaipa originally noticed the Motion for a hearing on September 29, 2022 at 10:30 a.m. (ET), with an objection deadline of September 2, 2022 by 4:00 p.m. (ET);

WHEREAS, on August 31, 2022, the Parties entered into a Stipulation extending the deadline for the Trustee to object to the Motion to September 23, 2022 by 4:00 p.m. (ET) and the deadline for Yucaipa to file its reply in support of the Motion to October 10, 2022 at 4:00 p.m. (ET) [D.I. 4232];

WHEREAS, on September 2, 2022, Yucaipa filed a Notice of Rescheduled Hearing on the Motion for a hearing on October 13, 2022 at 11:00 a.m. [D.I. 4233];

NOW THEREFORE, it is hereby stipulated and agreed, by and between Yucaipa and the Trustee, as follows:

1. The deadline for the Trustee to object to the Motion is extended to September 30, 2022 by 4:00 p.m. (ET). The deadline for Yucaipa to file its reply in support of the Motion is October 17, 2022 at 4:00 p.m. (ET).

2. The hearing on the Motion is continued to a date to be determined based upon the Court's availability.

Dated: September 23, 2022

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **ZAIGER LLC** |
| | Jeffrey H. Zaiger |
| /s/ Seth A. Niederman | Judd A. Linden |
| Seth A. Niederman (DE Bar No. 4588) | 2187 Atlantic Street, 9th Floor |
| 919 N. Market Street, Suite 300 | Stamford, CT 06902 |
| Wilmington, DE 19801 | Telephone: (917) 572-7701 |
| Telephone: (302) 654-7444 | jzaiger@zaigerllc.com |
| sniederman@foxrothschild.com | |
| | |
| **JOSEPH HAGE AARONSON LLC** | **COHEN & GRESSER LLP** |
| Gregory P. Joseph | Douglas J. Pepe |
| Gila S. Singer | 800 Third Avenue |
| 485 Lexington Avenue, 30th Floor | New York, NY 10022 |
| New York, NY 10017 | Telephone: (212) 957-7605 |
| Telephone: (212) 407-1200 | dpepe@cohengresser.com |
| gjoseph@jhany.com | |

*Counsel for Catherine E. Youngman, Litigation Trustee and Plan Administrator*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
　　　　dbertenthal@pszjlaw.com
　　　　pkeane@pszjlaw.com

-and-

**GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP**
Patricia L. Glaser (admitted pro hac vice)
Gali Grant (admitted pro hac vice)
Matthew P. Bernstein (admitted pro hac vice)
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Fax: (310) 556-2920
Email: pglaser@glaserweil.com
　　　　ggrant@glaserweil.com
　　　　mbernstein@glaserweil.com

*Counsel for Yucaipa*