# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.*,[1] | Case No. 12-11564 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 30th day of September, 2022, I caused a copy of the following to be served upon on the parties on the attached service list in the manner indicated:

- Second Notice of Rescheduled Hearing on Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.s Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment [Docket No. 4235].

Dated: September 30, 2022           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       pkeane@pszjlaw.com

*Counsel for Yucaipa*

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58- 0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90- 0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45 5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38 2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

*FIRST CLASS MAIL*
20 Oak Hollow Office Building
c/o Friedman Management Company
Attn: Teanna L. Liess
34975 W. 12 Mile Road
Farmington Hills, MI 48331

**FIRST CLASS MAIL**
ASHINC Corporation
150 E. Ponce De Leon Avenue, Suite 375
Decatur, GA 30030

**FIRST CLASS MAIL**
Avenue Capital Group
11 W 42nd St Fl 9
New York, NY 10036

**FIRST CLASS MAIL**
Bank of America
Attn: Kathleen Ross
SVP, Senior Client Manager
135 South Lasalle Street
Chicago, IL 60603

**FIRST CLASS MAIL**
Bennett Management Corporation
Attn: James Bennett/Chad Quinn
281 Tresser Boulevard
Stamford, CT 06901

**FIRST CLASS MAIL**
Black Diamond Capital Management LLC
Attn: Richard Ehrlich
1 Sound Shore Drive, Suite 200
Greenwich, CT 06830

**FIRST CLASS MAIL**
BNSF Railway Company
Attn: Jason Spencer
3001 LOU MENK, BULIDING A
Fort Worth, TX 76131

**FIRST CLASS MAIL**
Central Pennsylvania Teamsters
Pension Fund
c/o Stevens & Lee, P.C.
Attn: Frank Sabatino/John Kilgannon
1818 Market St., 29th Floor
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Central Pennsylvania Teamsters
Pension Fund
c/o Stevens & Lee, P.C.
919 N Market St, Ste 1300
Wilmington, DE 19801-3092

**FIRST CLASS MAIL**
Central States Pension Fund
Attn: Robert A. Coco
Attn: Brad R. Berliner
Central States Law Dept.
9377 West Higgins Rd.
Rosemont, IL 60018-4938

**FIRST CLASS MAIL**
City of Memphis, Ellis Co., Tarrant Co.
Northwest ISD
c/o Linebarger Goggan Blair & Simpson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207

**FIRST CLASS MAIL**
Commonwealth of Pennsylvania
1600 Arch St Ste 300
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Connolly Gallagher LLP
1201 N Market St Ste 2000
Wilmington, DE 19801

**FIRST CLASS MAIL**
Credit Capital Investments, LLC
Attn: Robert Murray
51 JFK Parkway
Short Hills, NJ 07078

**FIRST CLASS MAIL**
CSX Transportation, Inc.
c/o McGuirewoods LLP
Attn: Ethridge B Ricks
210 N Tryon St, Ste 3000
Charlotte, NC 28202

**FIRST CLASS MAIL**
Dallas County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207

**FIRST CLASS MAIL**
Del Mar Asset Management, LP
Attn: Morris W. Macleod
122 E 42nd St, RM 2105
New York, NY 10068

**FIRST CLASS MAIL**
Delaware Secretary Of State
Division Of Corporations
Franchise Tax Division
PO Box 898
Dover, DE 19903

**FIRST CLASS MAIL**
Delaware State Treasury
Attn: Chip Flowers
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**FIRST CLASS MAIL**
Division Of Unemployment Ins.
Department Of Labor
4425 N. Market Street
Wilmington, DE 19802

**FIRST CLASS MAIL**
Doshi Legal Group, P.C.
Attn: Amish R. Doshi
1979 Marcus Ave, Ste 210E
Lake Success, NY 11042

**FIRST CLASS MAIL**
Doug Belden
Tax Collector of Hillsborough County
c/o Brian T. FitzGerald
Senior Assistant County Attorney
PO Box 1110
Tampa, FL 33601-1110

**FIRST CLASS MAIL**
Drum Special Situation Partners III LP
Attn: Joseph Russick
107 Elm Street, 10th Floor
Stamford, CT 06902

**FIRST CLASS MAIL**
Estate of Luella Hudson
c/o Moore Law Group LLC
Attn: Charles C. Dawson, Jr., Esq.
4984 Overton Road
Birmingham, AL 35210

**FIRST CLASS MAIL**
Fidelity National Bank
1120 Commerce Dr
Decatur, GA 30030

**FIRST CLASS MAIL**
Florida Self-Insurers Guaranty Assoc. Inc.
c/o Williams Gautier Gwynn DeLoach & Sorenson, P.A.
Attn: James E. Sorenson
PO Box 4128
Tallahassee, FL 32315-4128

**FIRST CLASS MAIL**
Ford Motor Company
c/o Miller Canfield
Attn: Stephen S. LaPlante, Esq.
150 West Jefferson, Suite 2500
Detroit, MI 48226-4415

**FIRST CLASS MAIL**
Freight Drivers and Helpers Local
Union No. 557 Pension Fund
c/o Abato, Rubenstein and Abato, P.A.
Attn: Corey Bott/Meghan Marek
809 Gleneagles Court, Suite #320
Baltimore, MD 21286

**FIRST CLASS MAIL**
Honigman Miller Schwartz and Cohn LLP
Attn: Lawrence J. Murphy
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226

**FIRST CLASS MAIL**
Howard County, Maryland
c/o Allyson H. Owens, Assistant County
Solicitor
Howard County Office of Law
3450 Courthouse Drive
Ellicott City, MD 21043

**FIRST CLASS MAIL**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL**
International Business Machines Corp.
Attn: Marie-Josee Dube
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
**CANADA**

**FIRST CLASS MAIL**
International Business Machines Corp.
c/o Satterlee Stephens Burke & Burke LLP
Attn: Christopher R. Belmonte
Attn: Pamela A. Bosswick
230 Park Avenue, Suite #1130
New York, NY 10169

**FIRST CLASS MAIL**
Iron Mountain Information Mgmt Inc.
Attn: Joseph Corrigan
1 Federal St FL 7
Boston, MA 02111

**FIRST CLASS MAIL**
JP Morgan Chase
Attn: Client Service Officer
10410 Highland Manor Drive
Floor 3, FL3-3317
Tampa, FL 33610

**FIRST CLASS MAIL**
Kilpatrick & Associates, P.C.
Attn: Richardo I. Kilpatrick
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

**FIRST CLASS MAIL**
Landis Rath & Cobb LLP
Attn: Adam G. Landis, Esq.
Attn: Kerri K. Mumford, Esq.
919 Market Street, Suite 1800
Wilmington, DE 19899

**FIRST CLASS MAIL**
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

**FIRST CLASS MAIL**
Latham & Watkins LLP
Attn: Robert A. Klyman, Esq.
Attn: Glen B. Collyer, Esq.
Attn: Gregory O. Lunt, Esq.
355 S Grand Ave, Ste 1000
Los Angeles, CA 90071-3419

**FIRST CLASS MAIL**
Latham & Watkins LLP
Attn: Sara E. Barr, Esq.
330 N. Wabash Ave., Suite 2700
Chicago, IL 60611-4497

**FIRST CLASS MAIL**
LSREF2 Clover Property 6, LLC
c/o Gebhardt & Smith LLP
Attn: Lisa Bittle Tancredi
One South Street
Baltimore, MD 21202

**FIRST CLASS MAIL**
Mark Gendregske
52 S Holcomb Rd
Clarkston, MI 48346

**FIRST CLASS MAIL**
Mayer Brown LLP
Attn: Craig E. Reimer, Esq.
71 South Wacker Drive
Chicago, IL 60606

**FIRST CLASS MAIL**
Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475

**FIRST CLASS MAIL**
MJX Asset Management
Attn: Fred Taylor
12 East 49th Street, 29th Floor
New York, NY 10017

**FIRST CLASS MAIL**
Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek Abbott
1201 North Market Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
N.A.T.S.
North American Transaction Services
c/o Roetzel & Andress, LPA
Attn: Patricia B. Fugee
One SeaGate, Suite 1700
Toledo, OH 43604

**FIRST CLASS MAIL**
New England Teamsters & Trucking
Pension Fund
c/o Feinberg, Campbell & Zack, P.C.
Attn: Catherine M. Campbell, Esq.
177 Milk Street, Suite 300
Boston, MA 02109

**FIRST CLASS MAIL**
New York City Economic Development
Corp.
c/o Michael A. Cardozo
Corporation Counsel of the City of New
York
Attn: Zachary B. Kass, Esq.
100 Church Street
New York, NY 10007

**FIRST CLASS MAIL**
NYS Department of Taxation and Finance
c/o Robert L. Cook, Esq.
District Tax Attorney
340 East Main St.
Rochester, NY 14604

**FIRST CLASS MAIL**
Office of Unemployment Compensation
Tax Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Attn: Joseph Kots
625 Cherry St, Room 203
Reading, PA 19602-1152

**FIRST CLASS MAIL**
Palacios ISD, Jackson County, & Harris County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
4828 Loop Central Drive, Suite 600
Houston, TX 77081

**FIRST CLASS MAIL**
Par-Four Investment Management
Attn: Joe Matteo
Attn: Michael Bailey
50 Tice Boulevard
Woodcliff Lake, NJ 07677

**FIRST CLASS MAIL**
Pension Benefit Guaranty Corporation
Attn: Erin C. Kim
Office of Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

**FIRST CLASS MAIL**
Richards, Layton & Finger, P.A.
Attn: Mark Collins/Marisa Terranova Fissel
Attn: Brendan J. Schlauch
One Rodney Square
920 North King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
Ricoh USA Inc
dba Ikon Office Solutions
Recovery & Bankruptcy Group
Attn: Olivia Moody
3920 Arkwright Road, Suite 400
Macon, GA 31210

**FIRST CLASS MAIL**
Schulte Roth & Zabel LLP
Attn: Adam C. Harris/Robert J. Ward
Attn: Victoria A. Lepore/David M. Hillman
919 Third Avenue
New York, NY 10022

**FIRST CLASS MAIL**
Scotia Bank
Attn: Homaira Rahimi
Attn: Rhonda Fairley
20 Queen Street West, 4th floor
Toronto, ON M5H 3R3
**CANADA**

**FIRST CLASS MAIL**
Scroggins & Williamson, P.C.
Attn: J. Robert Williamson
Attn: Ashley Reynolds Ray
4401 Northside Pkwy NW, STE 450
Atlanta, GA 30327-3011

**FIRST CLASS MAIL**
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**FIRST CLASS MAIL**
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

**FIRST CLASS MAIL**
Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

**FIRST CLASS MAIL**
ShipCarsNow
Attn: Jeffrey J. Grandstaff
1400 Douglas St., MS 0430
Omaha, NE 68179

**FIRST CLASS MAIL**
Sidley Austin LLP
Attn: Matthew Clemente
One South Dearborn Street
Chicago, IL 60603

**FIRST CLASS MAIL**
Sidley Austin LLP
Attn: Michael G. Burke
Attn: Brian J. Lohan
Attn: Dennis Kao
787 Seventh Avenue
New York, NY 10019

**FIRST CLASS MAIL**
Spectrum Group Management LLC
Attn: Peter Locke/Shawn Shivalkar/Jeffrey Schaffer
Attn: Stephen Jacobs
1250 Broadway, Room 1900
New York, NY 10001-3732

**FIRST CLASS MAIL**
Spectrum Investment Partners LP
Attn: Shawn Shivalkar
1250 Broadway, 19th Floor
New York, NY 10001

**FIRST CLASS MAIL**
Stanfield Capital Partners
5909 Peachtree Dunwoody Road
Suite 800
Atlanta, GA 30328

**FIRST CLASS MAIL**
State of Delaware
Division Of Revenue
Carvel State Office Building
820 North French Street
Wilmington, DE 1980

**FIRST CLASS MAIL**
State of Florida
Department of Environmental Protection
Attn: Jonathan H. Alden
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000

**FIRST CLASS MAIL**
State of Michigan, Dept. Of Treasury
Attn: Heather Donald, AAG
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

**FIRST CLASS MAIL**
Sullivan Hazeltine Allison LLC
Attn: William D. Sullivan
Attn: William A. Hazeltine
Attn: Elihu E. Allinson
901 North Market Street, Suite 1300
Wilmington, DE 19801

**FIRST CLASS MAIL**
Teamster Joint Council No. 83 of
Virginia Pension Fund
c/o Steptoe & Johnson, LLP
Attn: Edward R. Mackiewicz & Joshua R. Taylor
1330 Connecticut Ave., NW
Washington, DC 20036

**FIRST CLASS MAIL**
Teamsters Pension Trust Fund
of Philadelphia & Vicinity
c/o Stevens & Lee, P.C.
Attn: Frank Sabatino/John Kilgannon
1818 Market St., 29th Floor
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Teamsters Pension Trust Fund
of Philadelphia & Vicinity
c/o Stevens & Lee, P.C.
919 N Market St, Ste 1300
Wilmington, DE 19801-3092

**FIRST CLASS MAIL**
Tennessee Deparment of Labor &
Workforce Dev-Unemployment Insurance
c/o TN Attorney General Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202

**FIRST CLASS MAIL**
The Bank of New York Mellon
Attn: Tequlla English
Loan Processing COE
2001 Bryan Street, 10th floor
Dallas, TX 75201

**FIRST CLASS MAIL**
The CIT Group
Attn: Michael Aliberto/Karen Scowcroft
Eleven West 42nd Street
New York, NY 10017

**FIRST CLASS MAIL**
The CIT Group/Business Credit, Inc.
c/o Duane Morris LLP
Attn: Richard W. Riley/Sommer L. Ross
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

**FIRST CLASS MAIL**
The CIT Group/Business Credit, Inc.
c/o Fried, Frank, Harris, Shriver &
Jacobson LLP
Attn: Gary L. Kaplan/Carl I. Stapen
One New York Plaza
New York, NY 10004

**FIRST CLASS MAIL**
The City of Philadelphia
City of Philadelphia Law Department
Attn: Megan N. Harper
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595

**FIRST CLASS MAIL**
Robert P. Bermingham
General Counsel
The Yucaipa Companies
9130 West Sunset Boulevard
Los Angeles, CA 90069

**FIRST CLASS MAIL**
THL Credit Loan Opportunity Ltd.
Attn: Legal Dept. or Kathleen Zarn
227 West Monroe St., Suite 3200
Chicago, IL 60606

**FIRST CLASS MAIL**
TNATINC
c/o Batiste & Wilder
Attn: James F. Wallington
1150 Connecticut Ave., N.W.
Suite 315
Washington, DC 20036

**FIRST CLASS MAIL**
TNATINC
c/o Cohen, Weiss & Simon
Attn: Richard Seltzer
900 Third Ave., 21st Floor
New York, NY 10036

**FIRST CLASS MAIL**
TNATINC
c/o Cooch & Taylor, P.A.
Attn: Legal Department
1000 West Street, 10th Floor
Brandywine Bldg, PO Box 1680
Wilmington, DE 19899

**FIRST CLASS MAIL**
TNATINC
c/o International Brotherhood of Teamsters
Attn: Edward Gleason
25 Louisiana Avenue, N.W.
Washington, DC 20001

**FIRST CLASS MAIL**
Troutman Sanders LLP
Attn: Jeffrey Kelley/Ezra Cohen
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, GA 30308-2216

**FIRST CLASS MAIL**
U.S. Attorney's Office
1007 Orange Street
Suite 700
Wilmington, DE 19801

**FIRST CLASS MAIL**
Union Pacific Railroad Company
Attn: Mary Ann Kilgore/Shawn Lanka
1400 Douglas St., MS 1580
Omaha, NE 68179

**FIRST CLASS MAIL**
United States Trustee
Attn: David L. Buchbinder
844 King Street, Suite 2207
Wilmington, DE 19801

**FIRST CLASS MAIL**
Venor Capital Management LP
Attn: Michael Scott
7 Times Square, Suite 4303
New York, NY 10036

**FIRST CLASS MAIL**
Voya Investment Management LLC
Attn: Mark Haak
7337 East Doubletree Ranch Road
Scottsdale, AZ 85258-2034

**FIRST CLASS MAIL**
Western Conf. of Teamsters Pension Trust
Fund
c/o Reid, Pedersen, McCarthy & Ballew
LLP
Attn: Russell J. Reid
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119

**FIRST CLASS MAIL**
Yucaipa American Alliance
(Parallel) Fund I, LP
Yucaipa American Alliance Fund I, LP
Attn: Robert Bermingham
9130 W. Sunset Blvd.
Los Angeles, CA 90069

**BY EMAIL**

**EMAIL**
Catherine E. Youngman, Esq.
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07960
cyoungman@foxrothschild.com
(Litigation Trustee)

**EMAIL**
Douglas J. Pepe
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022
dpepe@cohengresser.com
(Litigation Trustee)

**EMAIL**
Gregory P. Joseph
Joseph Hage Aaronson LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
Email: gjoseph@jha.com
(Litigation Trustee)

**EMAIL**
Gila S. Singer, Esq.
Joseph Hage Aaronson LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
gsinger@jha.com
(Litigation Trustee)

**EMAIL**
Jeffrey H. Zaiger, Esq.
Zaiger LLC
432 Park Avenue, Suite 19[a]
New York, NY 10022
jzaiger@zaigerllc.com
(Litigation Trustee)

**EMAIL**
Jordan A. Rice, Esq.
MoloLamken LLP
300 North LaSalle Street
Chicago, IL 60654
jrice@mololamken.com
(Litigation Trustee)

**EMAIL**
Robert K. Kry, Esq.
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
rkry@mololamken.com
(Litigation Trustee)

**EMAIL**
Seth A. Niederman, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1600
Wilmington, DE 19801
sniederman@foxrothschild.com
(Litigation Trustee)