**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*[1], | Case No. 12-11564 (MFW) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR ORAL ARGUMENT
ON OCTOBER 28, 2022 AT 10:30 A.M. (EASTERN TIME)

## HEARING CANCELLED – THIS MATTER HAS BEEN RESCHEDULED TO NOVEMBER 21, 2022 AT 3:00 P.M.

**MATTERS GOING FORWARD - ORAL ARGUMENT**

1.    Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment [Docket No. 4228; Filed on August 19, 2022]

    Related Documents:

        A.    Stipulation Between Catherine E. Youngman and Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. Regarding Objection Deadline And Hearing Date for Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment [Docket No. 4232; Filed August 31, 2022]

        B.    Notice of Rescheduled Hearing on Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.s

---

[1]    The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

        Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment [Docket No. 4233; Filed September 2, 2022]

C.      Stipulation Regarding Objection Deadline and Hearing Date for Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment Between Catherine E. Youngman and Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. [Docket No. 4234; Filed September 23, 2022]

D.      Second Notice of Rescheduled Hearing on Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.s Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment [Docket No. 4235; filed September 30, 2022]

E.      The Litigation Trustee's Response in Opposition to Yucaipa's Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment [Docket No. 4238; filed September 30, 2022]

F.      Reply in Support of Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. Motion for Order Authorizing and Effecting Setoff of Mutual Obligations, or, in the Alternative, Effecting Recoupment [Docket No. 4239; filed September 30, 2022]

Status: This matter has been adjourned to November 21, 2022 at 3:00 p.m.

Dated:  October 26, 2022
       Wilmington, DE

**FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman
Seth A. Niederman, Esq. (DE Bar No. 4588)
919 North Market Street, Suite 300
Wilmington, DE  19899-2323
Phone: (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

**JOSEPH HAGE AARONSON LLC**
Gregory P. Joseph
Douglas J. Pepe
Gila S. Singer
485 Lexington Avenue, 30th Floor
New York, NY  10017
Phone: (212) 407-1200
gjoseph@jha.com

-and-

**ZAIGER LLC**
Jeffrey H. Zaiger
Judd A. Linden
2187 Atlantic Street, 9th Floor
Stamford, CT 572-7702
Phone: (917) 572-7701
jzaiger@zaigerllc.com

-and-

**COHEN & GRESSER LLP**
Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Phone: (212) 957-7605
dpepe@cohengresser.com

*Attorneys for Catherine E. Youngman, Litigation Trustee and Plan Administrator*