UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on Juune 20, 2021, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Hearing on Plan Administrator and Litigation Trustee's Motion for an Order Extending the Term of the Litigation Trust [Docket No. 4246-2]**

Dated: June 21, 2021

Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 21st day of June, 2023 by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. ( L.P.) (58-1710028); AXALLC, LLC (f/k/a Axis Areta, LLC) (45-5215545); ASCCO Canada Company (f/k/a Axis Canada Company) (87568828); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc (59-2876863); RMX LLC (31-0961359); Transport Support LLC (338-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

# **EXHIBIT A**

| | | |
|---|---|---|
| BANK OF AMERICA<br>BETH RUSHER<br>BETH.RUSHER@BANKOFAMERICA.COM | BANK OF AMERICA<br>BRIAN MARSH<br>BRIAN.MARSH@BAML.COM | BANK OF AMERICA<br>KATHLEEN ROSS<br>KATHLEEN.ROSS@BAML.COM |
| BANK OF AMERICA<br>MARY KUZMA<br>MARY.KUZMA@BAML.COM | BANK OF AMERICA<br>SHARON SADILEK<br>SHARON.SADILEK@BAML.COM | BLACK DIAMOND CAPITAL MANAGEMENT LLC<br>RICHARD EHRLICH<br>REHRLICH@BDCM.COM |
| BNSF RAILWAY COMPANY<br>RACHEL BELUE<br>JASON.SPENCER2@BNSF.COM | CENTRAL PENNSYLVANIA TEAMSTERS<br>FRANK SABATINO<br>FCS@STEVENSLEE.COM | CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND<br>JOHN KILGANNON<br>JCK@STEVENSLEE.COM |
| CENTRAL STATES LAW DEPT.<br>BRAD R. BERLINER<br>BBERLINER@CENTRALSTATESFUNDS.ORG | CENTRAL STATES PENSION FUND<br>ROBERT A. COCO<br>RCOCO@CENTRALSTATESFUNDS.ORG | COMMONWEALTH OF PENNSYLVANIA<br>CHRISTOPHER R. MOMJIAN<br>CRMOMJIAN@ATTORNEYGENERAL.GOV |
| CONNOLLY GALLAGHER LLP<br>CHRISTINA M. THOMPSON<br>CTHOMPSON@CONNOLLYGALLAGHER.COM | CONNOLLY GALLAGHER LLP<br>KAREN BIFFERATO<br>KBIFFERATO@CONNOLLYGALLAGHER.COM | CONNOLLY GALLAGHER LLP<br>KELLY M. CONLAN<br>KCONLAN@CONNOLLYGALLAGHER.COM |
| CSX TRANSPORTATION, INC.<br>DANIEL F. BLANKS<br>BRICKS@MCGUIREWOODS.COM22369 | DALLAS COUNTY<br>ELIZABETH WELLER<br>DALLAS.BANKRUPTCY@PUBLICANS.COM | DELAWARE STATE TREASURY<br>CHIP FLOWERS<br>STATETREASURER@STATE.DE.US |
| DOSHI LEGAL GROUP, P.C.<br>AMISH R. DOSHI<br>AMISH@DOSHILEGAL.COM | DOUG BELDEN<br>BRIAN T. FITZGERALD<br>FITZGERALDB@HILLSBOROUGHCOUNTY.ORG | DRUM SPECIAL SITUATION PARTNERS III LP<br>JOSEPH RUSSICK<br>RUSSICK@DRUMCAPITAL.COM |
| ESTATE OF LUELLA HUDSON<br>CHARLES C. DAWSON, JR.<br>CDAWSON@MLGLLC.COM | FIDELITY NATIONAL BANK<br>HERB MCCOY<br>HERB.MCCOY@LIONBANK.COM | FIDELITY NATIONAL BANK<br>KATHERINE MILLER<br>KATHERINE.MILLER@LIONBANK.COM |
| FIDELITY NATIONAL BANK<br>LAURIE CARTER<br>LAURIE.CARTER@LIONBANK.COM | FORD MOTOR COMPANY<br>STEPHEN S. LAPLANTE<br>LAPLANTE@MILLERCANFIELD.COM | FOX ROTHSCHILD LLP<br>SETH A. NIEDERMAN<br>SNIEDERMAN@FOXROTHSCHILD.COM |
| FREIGHT DRIVERS AND HELPERS LOCAL<br>COREY BOTT<br>CSBOTT@ABATO.COM | FREIGHT DRIVERS AND HELPERS LOCAL<br>MEGHAN MAREK<br>MMAREK@ABATO.COM | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLC<br>GALI GRANT<br>GGRANT@GLASERWEIL.COM |
| GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLC<br>MATTHEW P. BERNSTEIN<br>MBERNSTEIN@GLASERWEIL.COM | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLC<br>PATRICIA L. GLASER<br>PGLASER@GLASERWEIL.COM | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>LAWRENCE J. MURPHY<br>LMURPHY@HONIGMAN.COM |
| INTERNATIONAL BUSINESS MACHINES CORP.<br>CHRISTOPHER R. BELMONTE<br>CBELMONTE@SSBB.COM | INTERNATIONAL BUSINESS MACHINES CORP.<br>MARIE-JOSEE DUBE<br>MJDUBE@CA.IBM.COM | INTERNATIONAL BUSINESS MACHINES CORP.<br>PAMELA A. BOSSWICK<br>PBOSSWICK@SSBB.COM |
| IRON MOUNTAIN INFORMATION MGMT INC.<br>JOSEPH CORRIGAN<br>BANKRUPTCY2@IRONMOUNTAIN.COM | JP MORGAN CHASE<br>GARY SPRAGUE<br>GARY.M.SPRAGUE@JPMCHASE.COM | JP MORGAN CHASE<br>TAMMY TANNER<br>TAMMY.M.TANNER@JPMCHASE.COM |
| KILPATRICK & ASSOCIATES, P.C.<br>RICHARDO KILPATRICK<br>ECF@KAALAW.COM | LANDIS RATH & COBB LLP<br>ADAM G. LANDIS<br>LANDIS@LRCLAW.COM | LANDIS RATH & COBB LLP<br>KERRI K. MUMFORD<br>MUMFORD@LRCLAW.COM |
| LATHAM & WATKINS LLP<br>GLEN B. COLLYER<br>GLEN.COLLYER@LW.COM | LATHAM & WATKINS LLP<br>GREGORY O. LUNT, ESQ.<br>GREGORY.LUNT@LW.COM | LATHAM & WATKINS LLP<br>MELINDA C. FRANEK<br>MELINDA.FRANEK@LW.COM |

| | | |
|---|---|---|
| LATHAM & WATKINS LLP<br>ROBERT A. KLYMAN<br>ROBERT.KLYMAN@LW.COM | LATHAM & WATKINS LLP<br>SARA E. BARR<br>SARAH.BARR@LW.COM | LSREF2 CLOVER PROPERTY 6, LLC<br>LISA BITTLE TANCREDI<br>LTANCREDI@GEBSMITH.COM |
| MAYER BROWN LLP<br>CRAIG E. REIMER<br>CREIMER@MAYERBROWN.COM | MISSOURI DEPARTMENT OF REVENUE<br>STEVEN A. GINTHER<br>DEECF@DOR.MO.GOV | MJX ASSET MANAGEMENT<br>FRED TAYLOR<br>FRED.TAYLOR@MJXAM.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>DEREK C. ABBOTT<br>DABBOTT@MNAT.COM | N.A.T.S.<br>PATRICIA B. FUGEE<br>PFUGEE@RALAW.COM | NYS DEPARTMENT OF TAXATION AND FINANCE<br>ROBERT L. COOK<br>ROBERT.COOK@TAX.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LINDA RICHENDERFER<br>LINDA.RICHENDERFER@USDOJ.GOV | OFFICE OF UNEMPLOYMENT COMPENSATION TAX<br>JOSEPH KOTS<br>RA-IL-UCTS-BANKRUPT@STATE.PA.US | PACHULSKI STANG ZIEHL & JONES LLP<br>DAVID M. BERTENTHAL<br>DBERTENTHAL@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>PETER J. KEANE<br>PKEANE@PSZJLAW.COM | PALACIOS ISD, JACKSON COUNTY, & HARRIS COUNTY<br>JOHN P. DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| PAR-FOUR INVESTMENT MANAGEMENT<br>JOE MATTEO<br>MATTEO@PAR4INVESTMENT.COM | PAR-FOUR INVESTMENT MANAGEMENT<br>MICHAEL BAILEY<br>BAILEY@PAR4INVESTMENT.COM | PENSION BENEFIT GUARANTY CORPORATION<br>EFILE AT PBGC<br>EFILE@PBGC.GOV |
| PENSION BENEFIT GUARANTY CORPORATION<br>ERIN KIM<br>KIM.ERIN@PBGC.GOV | RICHARDS, LAYTON & FINGER, P.A.<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS, LAYTON & FINGER, P.A.<br>MARISA A. TERRANOVA FISSEL<br>TERRANOVA@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A.<br>MARK D. COLLINS<br>COLLINS@RLF.COM | SCHULTE ROTH & ZABEL LLP<br>ADAM C. HARRIS<br>ADAM.HARRIS@SRZ.COM | SCHULTE ROTH & ZABEL LLP<br>DAVID M. HILLMAN, ESQ.<br>DAVID.HILLMAN@SRZ.COM |
| SCHULTE ROTH & ZABEL LLP<br>ROBERT J. WARD, ESQ.<br>ROBERT.WARD@SRZ.COM | SCHULTE ROTH & ZABEL LLP<br>VICTORIA A. LEPORE<br>VICTORIA.LEPORE@SRZ.COM | SCOTIA BANK<br>HOMAIRA RAHIMI<br>HOMAIRA.RAHIMI@SCOTIABANK.COM |
| SCOTIA BANK<br>RHONDA FAIRLEY<br>RHONDA.FAIRLEY@SCOTIABNK.COM | SCROGGINS & WILLIAMSON, P.C.<br>J. ROBERT WILLIAMSON<br>RWILLIAMSON@SWLAWFIRM.COM | SECURITIES & EXCHANGE COMMISSION<br>NYROBANKRUPTCY@SEC.GOV |
| SHIPCARSNOW<br>JEFFREY J. GRANDSTAFF<br>JJGRANDSTAFF@SHIPCARNOW.COM | SIDLEY AUSTIN LLP<br>BRIAN J. LOHAN<br>BLOHAN@SIDLEY.COM | SIDLEY AUSTIN LLP<br>MATTHEW CLEMENTE<br>MCLEMENTE@SIDLEY.COM |
| SIDLEY AUSTIN LLP<br>MICHAEL G. BURKE<br>MGBURKE@SIDLEY.CO | SPECTRUM GROUP MANAGEMENT LLC<br>PETER LOCKE<br>PLOCKE@SPECTRUMGP.COM | SPECTRUM GROUP MANAGEMENT LLC<br>PETER LOCKE<br>PLOCKE@SPECTRUMGP.COM |
| SPECTRUM GROUP MANAGEMENT LLC<br>STEPHEN JACOBS<br>SJACOBS@SPECTRUMGP.COM | SPECTRUM INVESTMENT PARTNERS LP<br>SHAWN SHIVALKAR<br>SSHIVALKAR@SPECTRUMGP.COM | STATE OF FLORIDA<br>DEITRA HENDERSON<br>DEITRA.HENDERSON@DEP.STATE.FL.US |
| STATE OF FLORIDA<br>DEP.DEFENSE@DEP.STATE.FL.US | STATE OF FLORIDA<br>JONATHAN H. ALDEN<br>JONATHAN.ALDEN@DEP.STATE.FL.US | STATE OF MICHIGAN, DEPT. OF TREASURY<br>DONALDH@MICHIGAN.GOV |
| SULLIVAN HAZELTINE ALLISON LLC<br>ELIHU E. ALLINSON<br>ZALLINSON@SHA-LLC.COM | SULLIVAN HAZELTINE ALLISON LLC<br>WILLIAM D. SULLIVAN<br>BSULLIVAN@SHA-LLC.COM | TEAMSTERS PENSION TRUST FUND<br>FRANK SABATINO<br>FCS@STEVENSLEE.COM |

| | | |
|---|---|---|
| TEAMSTERS PENSION TRUST FUND<br>JOHN KILGANNON<br>JCK@STEVENSLEE.COM | TENNESSEE DEPARMENT OF LABOR<br>C/O TN ATTORNEY GENERAL OFFICE<br>AGBANKDELAWARE@AG.TN.GOV | THE BANK OF NEW YORK MELLON<br>MELINDA VALENTINE<br>MELINDA.VALENTINE@BNYMELLON.COM |
| THE BANK OF NEW YORK MELLON<br>MICHAEL A. SCRIVNER<br>ASICOMPLIANCE@BNYMELLON.COM | THE CIT GROUP/BUSINESS CREDIT, INC.<br>CARL I. STAPEN<br>CARL.STAPEN@FRIEDFRANK.COM | THE CIT GROUP/BUSINESS CREDIT, INC.<br>GARY L. KAPLAN<br>GARY.KAPLAN@FRIEDFRANK.COM |
| THE CIT GROUP/BUSINESS CREDIT, INC.<br>RICHARD W. RILEY<br>RWRILEY@DUANEMORRIS.COM | THE CIT GROUP/BUSINESS CREDIT, INC.<br>SOMMER L. ROSS<br>SLROSS@DUANEMORRIS.COM | THE CITY OF PHILADELPHIA<br>MEGAN N. HARPER<br>MEGAN.HARPER@PHILA.GOV |
| THL CREDIT LOAN OPPORTUNITY LTD.<br>KATHLEEN ZARN<br>ZARNK@MCDMGMT.COM | TNATINC<br>EDWARD GLEASON<br>EGLEASON@TEAMSTER.ORG | TNATINC<br>JAMES F. WALLINGTON<br>JWALLINGTON@BAPWILD.COM |
| TNATINC<br>RICHARD SELTZER<br>RSELTZER@CWSNY.COM | TROUTMAN SANDERS LLP<br>EZRA COHEN<br>EZRA.COHEN@TROUTMANSANDERS.COM | TROUTMAN SANDERS LLP<br>JEFFREY KELLEY<br>JEFFREY.KELLEY@TROUTMANSANDERS.COM |
| UNION PACIFIC RAILROAD COMPANY<br>MARY ANN KILGORE<br>MKILGORE@UP.COM | UNION PACIFIC RAILROAD COMPANY<br>SHAWN LANKA<br>SDLANKA@UP.COM | VENOR CAPITAL MANAGEMENT LP<br>MICHAEL SCOTT<br>MSCOTT@VENORCAPITAL.COM |
| YUCAIPA AMERICAN ALLIANCE<br>LEGAL@YUCAIPACO.COM | | |

Parties Served:  109

# **EXHIBIT B**

| | | |
|---|---|---|
| 20 OAK HOLLOW OFFICE BUILDING<br>C/O FRIEDMAN MANAGEMENT COMPANY<br>ATTN: TEANNA L. LIESS<br>34975 W. 12 MILE ROAD<br>FARMINGTON HILLS, MI 48331 | ASHINC CORPORATION<br>150 E. PONCE DE LEON AVENUE, SUITE 375<br>DECATUR, GA 30030 | AVENUE CAPITAL GROUP<br>11 W 42ND ST FL 9<br>NEW YORK, NY 10036 |
| BENNETT MANAGEMENT CORPORATION<br>ATTN: JAMES BENNETT/CHAD QUINN<br>281 TRESSER BOULEVARD<br>STAMFORD, CT 06901 | CENTRAL PENNSYLVANIA TEAMSTERS<br>PENSION FUND<br>C/O STEVENS & LEE, P.C.<br>919 N MARKET ST, STE 1300<br>WILMINGTON, DE 19801-3092 | CITY OF MEMPHIS, ELLIS CO., TARRANT CO.<br>NORTHWEST ISD<br>C/O LINEBARGER GOGGAN BLAIR & SIMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX 75207 |
| CREDIT CAPITAL INVESTMENTS, LLC<br>ATTN: ROBERT MURRAY<br>51 JFK PARKWAY<br>SHORT HILLS, NJ 07078 | DEL MAR ASSET MANAGEMENT, LP<br>ATTN: MORRIS W. MACLEOD<br>122 E 42ND ST, RM 2105<br>NEW YORK, NY 10068 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>PO BOX 898<br>DOVER, DE 19903 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19802 | FLORIDA SELF-INSURERS GUARANTY ASSOC. INC.<br>C/O WILLIAMS GAUTIER GWYNN DELOACH & SORENS<br>ATTN: JAMES E. SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | HOWARD COUNTY, MARYLAND<br>C/O ALLYSON H. OWENS, ASSISTANT COUNTY SOL<br>HOWARD COUNTY OFFICE OF LAW<br>3450 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JP MORGAN CHASE<br>ATTN: CLIENT SERVICE OFFICER<br>10410 HIGHLAND MANOR DRIVE<br>FLOOR 3, FL3-3317<br>TAMPA, FL 33610 | MARK GENDREGSKE<br>52 S HOLCOMB RD<br>CLARKSTON, MI 48346 |
| NEW ENGLAND TEAMSTERS & TRUCKING<br>PENSION FUND<br>C/O FEINBERG, CAMPBELL & ZACK, P.C.<br>ATTN: CATHERINE M. CAMPBELL, ESQ.<br>177 MILK STREET, SUITE 300<br>BOSTON, MA 02109 | NEW YORK CITY ECONOMIC DEVELOPMENT CORP.<br>C/O MICHAEL A. CARDOZO<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>ATTN: ZACHARY B. KASS, ESQ.<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | RICOH USA INC<br>DBA IKON OFFICE SOLUTIONS<br>RECOVERY & BANKRUPTCY GROUP<br>ATTN: OLIVIA MOODY<br>3920 ARKWRIGHT ROAD, SUITE 400<br>MACON, GA 31210 |
| SECRETARY OF THE TREASURY<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | STANFIELD CAPITAL PARTNERS<br>5909 PEACHTREE DUNWOODY ROAD<br>SUITE 800<br>ATLANTA, GA 30328 |
| STATE OF DELAWARE<br>DIVISION OF REVENUE<br>CARVEL STATE OFFICE BUILDING<br>820 NORTH FRENCH STREET<br>WILMINGTON, DE 1980 | TEAMSTER JOINT COUNCIL NO. 83 OF<br>VIRGINIA PENSION FUND<br>C/O STEPTOE & JOHNSON, LLP<br>ATTN: EDWARD R. MACKIEWICZ & JOSHUA R. TAYLOR<br>1330 CONNECTICUT AVE., NW<br>WASHINGTON, DC 20036 | TEAMSTERS PENSION TRUST FUND<br>OF PHILADELPHIA & VICINITY<br>C/O STEVENS & LEE, P.C.<br>919 N MARKET ST, STE 1300<br>WILMINGTON, DE 19801-3092 |
| THE CIT GROUP<br>ATTN: MICHAEL ALIBERTO/KAREN SCOWCROFT<br>ELEVEN WEST 42ND STREET<br>NEW YORK, NY 10017 | THE YUCAIPA COMPANIES<br>ATTN: DEREX WALKER<br>9130 WEST SUNSET BOULEVARD<br>LOS ANGELES, CA 90069 | TNATINC<br>C/O COOCH & TAYLOR, P.A.<br>ATTN: LEGAL DEPARTMENT<br>1000 WEST STREET, 10TH FLOOR<br>BRANDYWINE BLDG, PO BOX 1680<br>WILMINGTON, DE 19899 |
| U.S. ATTORNEY'S OFFICE<br>1007 ORANGE STREET<br>SUITE 700<br>WILMINGTON, DE 19801 | VOYA INVESTMENT MANAGEMENT LLC<br>ATTN: MARK HAAK<br>7337 EAST DOUBLETREE RANCH ROAD<br>SCOTTSDALE, AZ 85258-2034 | WESTERN CONF. OF TEAMSTERS PENSION TRUST<br>C/O REID, PEDERSEN, MCCARTHY & BALLEW LLP<br>ATTN: RUSSELL J. REID<br>100 WEST HARRISON STREET<br>NORTH TOWER, SUITE 300<br>SEATTLE, WA 98119 |

Parties Served: 30