

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

June 22, 2023

**BY ECF AND ELECTRONIC MAIL**

The Honorable Mary F. Walrath
United States Bankruptcy Judge
District of Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

    Re:  **ASHINC Corp., Case No. 12-11564 -MFW**

Dear Judge Walrath:

    Please accept this Status Report regarding the above referenced bankruptcy proceeding. After many months of negotiating, the parties are in the final stages of documenting a global settlement agreement that will resolve all matters related to the adversary actions pending in the bankruptcy proceeding. We anticipate that the settlement agreement will be executed in the coming weeks. In order to facilitate the terms of the anticipated settlement agreement and distribute the settlement funds pursuant to the Litigation Proceeds Waterfall approved by the Court, the Litigation Trust will seek to have the term of the Litigation Trust extended for an additional two (2) years.

    We will keep the Court apprised of any developments and are available at the Court's convenience if it has any questions.

                          Respectfully submitted,

                          */s/ Seth A. Niederman*
                          Seth A. Niederman (No. 4588)

cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

146907489.1