UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 21, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Hearing on Plan Administrator and Litigation Trustee's Motion for an Order Extending the Term of the Litigation Trust [Docket No. 4246-2]**

Dated: June 22, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 22nd day of June, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. ( L.P.) (58-1710028); AXALLC, LLC (f/k/a Axis Areta, LLC) (45-5215545); ASCCO Canada Company (f/k/a Axis Canada Company) (87568828); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveaway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc (59-2876863); RMX LLC (31-0961359); Transport Support LLC (338-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

# **EXHIBIT A**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST & SOUTHWEST<br>PPRIEDE@CENTRALSTATES.ORG | LOS ANGELES COUNTY TREASURER AND<br>BANKRUPTCY@TTC.LACOUNTY.GOV | MCKENNA LONG & ALDRIDGE LLP<br>DCARRIGAN@MCKENNALONG.COM |
| MINNESOTA DEPARTMENT OF REVENUE<br>MDOR.COLLECTION@STATE.MN.US | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV | MONDRESS MONACO PARR LOCKWOOD PLLC<br>MMONACO@MMPL-LAW.COM |
| NATIONAL RAILROAD PASSENGER CORPORATION<br>DOBERIJ@AMTRAK.COM | NATIONAL RAILROAD PASSENGER CORPORATION<br>DOBERJ@AMTRAK.COM | PENSION BENEFIT GUARANTY CORPORATION<br>KHALSA.KARTAR@PBGC.GOV |
| PENSION BENEFIT GUARANTY CORPORATION<br>KIM.ERIN@PBGC.GOV | STATE OF MICHIGAN<br>DONALDH@MICHIGAN.GOV | STATE OF MICHIGAN<br>DONLADH@MICHIGAN.GOV |
| THE CITY OF NEW YORK<br>ASCHWARTZ@SBS.NYC.GOV | TRUCK DRIVERS LOCAL UNION NO. 449<br>JEFFBRYLSKI449@AOL.COM | TRUCKING EMPLOYEES OF NORTH JERSEY<br>BKARFUNKEL@NEWANDNEWLAW.COM |

Parties Served: 15

# EXHIBIT B

| | | |
|---|---|---|
| 41 AUTO SALES, INC.<br>11606 US HWY 41<br>CHAMPION, MI 49814 | ALASKA TEAMSTER-EMPLOYER PENSION TRUST<br>ATTN: DENNIE CASTILLO<br>520 E 34TH AVE., STE. 107<br>ANCHORAGE, AK 99503 | AMERICAN INTERNATIONAL GROUP, INC.<br>& RELATED AIG PROPERTY CASUALTY SUBSIDIARY<br>ATTN: RYAN G. FOLEY<br>180 MAIDEN LANE, 37TH FLOOR<br>NEW YORK, NY 10038 |
| CENTRAL STATES, SOUTHEAST & SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | DANIEL KEITH STALEY<br>106 WEDGEFIELD AVE<br>WINSTON-SALEM, NC 27106 | DANIEL KEITH STALEY<br>C/O MIKE POWERS<br>TEAMSTER LOCAL 509<br>WEST COLUMBIA, SC 29172 |
| DARREN JOHNSTON<br>1325 CHADFORD RD.<br>IRMO, SC 29063 | DEPARTMENT OF TREASURY/ REVENUE/ AG<br>ATTN: STATE OF MI-CD<br>P.O. BOX 30456<br>LANSING, MI 48909-7955 | FORSYTH COUNTY TAX COLLECTOR<br>ATTN: JOHN T. BURGISS<br>P.O. BOX 082<br>WINSTON-SALEM, NC 27102 |
| GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS<br>LOCAL UNION 509<br>C/O MIKE POWERS<br>1213 STATE ST.<br>CAYCE, SC 29003 | HOLMES AUTO TRANSPORT, INC.<br>ATTN: CRAIG HOLMES<br>3451 OSAGE TERRACE<br>SARASOTA, FL 34231 | JACKSON AIR + HYDRAULIC INC<br>ATTN: KAREN WILLIAMS<br>P.O. BOX 180142<br>RICHLAND, MS 39218 |
| JIM'S TRUCK & TRAILER<br>ATTN: DEBBIE REMLINGER<br>1269 BREEZY LANE<br>WINONA, MN 55987 | JOHN A. BOURRE<br>ADDRESS REDACTED | JONATHAN M. MORRIS<br>144 HUNTERS RIDGE DRIVE<br>LEXINGTON, SC 29072 |
| K. WINTER SANITATION INC<br>2816 6TH LINE<br>INNISFIL, ON  L9S 4S4<br>CANADA | KENNETH C. MAILLOUX<br>ADDRESS REDACTED | LEE B. WATKINS<br>C/O DEBRA WATKINS<br>2062 FRANCAIS DRIVE<br>SHREVEPORT, LA 71118-3947 |
| LOS ANGELES COUNTY TREASURER AND<br>TAX COLLECTOR<br>ATTN: MANLING KUO<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | MCKENNA LONG & ALDRIDGE LLP<br>ATTN: DANIEL CARRIGAN<br>RE: NATIONAL RAILROAD PASSENGER CORPORATION<br>1900 K STREET, NW<br>WASHINGTON, DC 20006 | MERLE M. ROBERTS<br>1203 CLEARVIEW DR.<br>FLUSHING, MI 48433 |
| METROPOLITAN GOVERNMENT OF NASHVILLE  C/O<br>METRO TRUSTEE<br>ATTN: JESSICA DAVEY<br>P.O. BOX 196358<br>NASHVILLE, TN 37219-6358 | METROPOLITAN GOVERNMENT OF NASHVILLE<br>C/O THE DEPARTMENT OF LAW<br>ATTN: ANDREW D. MCCLANAHAN<br>P.O. BOX 196300<br>NASHVILLE, TN 37219-6300 | MIKE POWERS<br>RE: GENERAL DRIVERS, WAREHOUSEMEN AND HE<br>LOCAL UNION 509<br>1213 STATE ST.<br>CAYCE, SC 29003 |
| MINISTRY OF JUSTICE<br>ROBSON SQUARE PROVINCIAL COURT<br>SUITE 100-800 HORNBY ST.<br>VANCOUVER, BC V6Z 2C5<br>CANADA | MINNESOTA DEPARTMENT OF REVENUE<br>PO BOX 64447 - BKY<br>ST PAUL, MN 55164-0447 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>ATTN: NIKESHIA AGEE<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>ATTN: NIKESHIA AGEE<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 | MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL<br>ATTN: MICHAEL MORRIS<br>P.O. BOX 899<br>JEFFERSON CITY, MO 65102 | MISSOURI DEPARTMENT OF REVENUE<br>ATTN: MARIA ROBINETT<br>BOX 475<br>JEFFERSON CITY, MO 65105 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: MARIA ROBINETT<br>BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MONDRESS MONACO PARR LOCKWOOD PLLC<br>ATTN: MICHAEL P. MONACO<br>2101 - 4TH AVE., SUITE 2170<br>SEATTLE, WA 98121 | NATIONAL RAILROAD PASSENGER CORPORATION<br>C/O AMTRAK LAW DEPARTMENT<br>ATTN: JEAN DOBER, ESQ., ASSOCIATE GENERAL<br>60 MASSACHUSETTS AVENUE, N.E.<br>WASHINGTON, DC 20002 |

| | | |
|---|---|---|
| NAVISTAR, INC.<br>F/K/A INTERNATIONAL TRUCK AND ENGINE CORP<br>ATTN: STACEY L. PRANGE, ESQ.<br>2701 NAVISTAR DRIVE<br>LISLE, IL 60532 | NYS DEPT. OF TAXATION AND FINANCE<br>ATTN: BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | NYS DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 |
| ODILIA SINAID<br>30395 GLENMUER<br>FARMINGTON HILLS, MI 48334 | OHIO BUREAU OF WORKERS' COMPENSATION<br>ATTN: LARRY RHODEBECK, BWC ATTORNEY<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>ATTN: ERIN C. KIM, ATTORNEY<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: EVA MILANOWSKI<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | QUINTEX SERVICES LTD.<br>ATTN: MICKI KEMBALL<br>332 NASSAU ST. NORTH<br>WINNIPEG, MB R3L 0R8<br>CANADA | SOUTH CAROLINA DEPARTMENT OF REVENUE<br>ATTN: TASHA B. THOMPSON<br>P.O.BOX 12265<br>COLUMBIA, SC 29211-9979 |
| STATE BOARD OF EQUALIZATION<br>ATTN: J.R WILLIAMS<br>SPECIAL OPERATIONS BRANCH, MIC: 55<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279-0055 | STATE OF MI-CD<br>DEPARTMENT OF TREASURY/REVENUE/AG<br>P.O. BOX 30456<br>LANSING, MI 48202 | STATE OF MI-CD<br>DEPARTMENT OF TREASURY/REVENUE/AG<br>P.O. BOX 30456<br>LANSING, MI 48909-7955 |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: BILL SCHUETTE<br>CADILLAC PLACE, STE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: HEATHER L. DONALD<br>CADILLAC PLACE, STE 10-200<br>3030 W. GRAND BLVD<br>DETROIT, MI 48202 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: HEATHER L. DONALD<br>CADILLAC PLACE, STE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: HEATHER L. DONALD<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: HEATHER L. DONALD<br>CADILLAC PLACE, SUITE 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>ATTN: SANDRA BRAUN<br>COLLECTIONS DIVISION<br>TREASURY BUILDING<br>LANSING, MI 48922 |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY, COLLECTIONS DIVISION<br>ATTN: SANDRA BRAUN<br>CADILLAC PLACE, SUITE 10-200<br>3030 WEST GRAND BOULEVARD<br>DETROIT, MI 48202 | STATE OF MICHIGAN<br>DEPT. OF ATTORNEY GENERAL<br>ATTN: HEATHER L. DONALD<br>3030 WEST GRAND BLVD.<br>DETROIT, MI 48202 | STATE OF MICHIGAN, UIA TAX OFFICE<br>DEPT. OF LICENSING & REGULATORY AFFAIRS<br>POC UNIT - SUITE 11-500<br>3024 W GRAND BLVD.<br>DETROIT, MI 48202 |
| STATE OF MICHIGAN, UIA TAX OFFICE<br>DEPT. OF LICENSING & REGULATORY AFFAIRS<br>POC UNIT - SUITE 11-500<br>3024 W GRAND BLVD.<br>DETROIT. MI 48202 | STATE OF MI-CO<br>MICHIGAN DEPT. OF TREASURY/REVENUE/AG<br>PO BOX 30456<br>LANSING, MI 48909-7955 | TENNESSEE DEPARTMENT OF ENVIRONMENT<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 |
| TERRY GWYNN JARVIS<br>C/O MIKE POWERS<br>TEAMSTERS LOCAL 509<br>2604 FISH HATCHERY RD.<br>WEST COLUMBIA, SC 29172 | TERRY JARVIS<br>115 SUNNYBROOK CT.<br>TOBACCOVILLE, NC 27050 | THE CENTRAL PENNSYLVANIA TEAMSTERS PENSIO<br>C/O STEVENS & LEE, P.C.<br>ATTN: JOHN C. KILGANNON<br>1818 MARKET STREET, 29TH FLOOR<br>PHILADELPHIA, PA 19103 |
| THE CITY OF NEW YORK<br>DEPARTMENT OF SMALL BUSINESS SERVICES<br>ATTN: JOSHUA NELSON<br>NEW YORK CITY ECONOMIC DEVELOPMENT CORPOR<br>110 WILLIAM ST.<br>NEW YORK, NY 10038 | THE CITY OF NEW YORK<br>DEPARTMENT OF SMALL BUSINESS SERVICES<br>C/O NEW YORK CITY ECONOMIC DEVELOPMENT CORP<br>ATTN: JOSHUA NELSON, SENIOR VICE PRESIDENT<br>110 WILLIAM STREET<br>NEW YORK, NY 10038 | THOMAS MADAK<br>1141 SHERIDAN CT.<br>FT. WAYNE, IN 46807 |
| TIMOTHY LANE SARGENT<br>305 SPRING ST.<br>KING, NC 27021 | TIMOTHY LANE SARGENT<br>C/O MIKE POWERS<br>LOCAL UNION 509<br>2604 FISH HATCHERY RD.<br>WEST COLUMBIA, SC 29172 | TOM MADAK<br>1141 SHERIDAN CT.<br>FT. WAYNE, IN 46807 |

| | | |
|---|---|---|
| TOWN OF GARYSBURG<br>ATTN: JUANITA OWENS<br>P.O. BOX 278<br>GARYSBURG, NC 27831 | TRUCK DRIVERS LOCAL UNION NO. 449<br>ATTN: JEFF BRYLSKI<br>2175 WILLIAM ST.<br>BUFFALO, NY 14206 | TRUCKING EMPLOYEES OF NORTH JERSEY<br>WELFARE FUND, INC. - PENSION FUND<br>ATTN: BENJAMIN A. KARFUNKEL<br>707 SUMMIT AVE.<br>UNION CITY, NJ 07087 |
| TRUCKING EMPLOYEES OF NORTH JERSEY<br>WELFARE FUND, INC. - PENSION FUND<br>C/O NEW & KARFUNKEL, P.C.<br>ATTN: BENJAMIN A. KARFUNKEL<br>1129 BLOOMFIELD AVE., SUITE 215<br>WEST CALDWELL, NY 07006 | | |

Parties Served: 70