## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.*, | Case No. 12-11564 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 4246** |

### LIMITED RESPONSE OF YUCAIPA AMERICAN ALLIANCE FUND I, L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P. TO PLAN ADMINISTRATOR AND LITIGATION TRUSTEE'S MOTION FOR AN ORDER EXTENDING THE TERM OF THE LITIGATION TRUST

Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., (collectively "Yucaipa"), through their undersigned counsel, hereby submit this limited response (the "Limited Response") to the *Plan Administrator and Litigation Trustee's Motion for an Order Further Extending the Term of the Litigation Trust* [Docket No. 4246] (the "Motion"). In further support of the Limited Response, Yucaipa respectfully states as follows:

### Response

1.    Yucaipa does not oppose the relief sought in the Motion.  Yucaipa files this Limited Response only to confirm that Yucaipa and the Trustee are continuing to negotiate and finalize the terms of a comprehensive settlement of the claims between them.  The terms of the negotiated settlement proposal contemplate that the Trust would receive all consideration and that the Adversary Proceedings would be fully resolved by no later than December 31, 2023.  Since the Trustee may be required to perform certain functions on behalf of the Trust after the expiration of the current term even under the contemplated settlement schedule, Yucaipa does not oppose the Motion.

Dated:  June 29, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

                                         */s/ Laura Davis Jones*
                                         Laura Davis Jones (DE Bar No. 2436)
                                         David M. Bertenthal (CA Bar No. 167624)
                                         Peter J. Keane (DE Bar No. 5503)
                                         919 N. Market Street, 17th Floor
                                         P.O. Box 8705
                                         Wilmington, DE 19899-8705 (Courier 19801)
                                         Telephone: (302) 652-4100
                                         Fax: (302) 652-4400
                                         Email: ljones@pszjlaw.com
                                                 dbertenthal@pszjlaw.com
                                                 pkeane@pszjlaw.com

                                         -and-

                                         GLASER WEIL FINK HOWARD AVCHEN &
                                         SHAPIRO LLP
                                         Patricia L. Glaser (*admitted pro hac vice*)
                                         Gali Grant (*admitted pro hac vice*)
                                         Matthew P. Bernstein (*admitted pro hac vice*)
                                         10250 Constellation Blvd., 19th Floor
                                         Los Angeles, CA 90067
                                         Telephone: (310) 553-3000
                                         Fax: (310) 556-2920
                                         Email: pglaser@glaserweil.com
                                                 ggrant@glaserweil.com
                                                 mbernstein@glaserweil.com

                                         *Counsel for Yucaipa*