IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*,[1] | Case No. 12-11564 (CSS) (Jointly Administered) |
| Debtors. | Related to D.I. 4246 |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION OF THE PLAN ADMINISTRATOR AND LITIGATION TRUSTEE FOR AN ORDER FURTHER EXTENDING THE TERM OF THE LITIGATION TRUST

The undersigned hereby certifies that on June 20, 2023, Catherine E. Youngman, the Litigation Trustee and Plan Administrator (the "Plan Administrator") filed the *Motion for Entry of an Order Further Extending the Term of the Litigation Trust* [Docket No. 4246] (the "Motion"), with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion was a proposed form of order granting the relief requested in the Motion (the "Proposed Order").

The undersigned further certifies that, pursuant to the *Notice of Motion and Hearing* filed with the Motion, objections to the Motion were to be filed no later than July 3, 2023 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

The undersigned further certifies that, as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the Plan Administrator or has appeared on the Court's docket in these cases.[2]

WHEREFORE, the Plan Administrator respectfully requests that the Court enter the Proposed Order, substantially in the form filed with the Motion and granting the relief requested in the Motion, be entered at the earliest convenience of the Court.

Dated: July 5, 2023
      Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (DE 4588)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sniederman@foxrothschild.com

*Counsel to the Plan Administrator*

---

[2] On June 29, 2023, the Yucaipa parties filed a Limited Response to the Motion at D.I. 4250, which specifically states that the Limited Response is not an objection and that the Yucaipa parties do not oppose the relief sought in the Motion.