# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*,[1] | Case No. 12-11564 (CSS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 10, 2023 AT 2:00 P.M.

## HEARING CANCELLED WITH THE COURT'S PERMISSION

**MATTERS UNDER CNO**

1. Plan Administrator and Litigation Trustee's Motion for an Order Further Extending the Term of the Litigation Trust [Filed June 20, 2023; D.I. 4246]

    Response Deadline:   July 3, 2023, 2022 at 4:00 p.m.

    Related Documents:

    A.  Certification of No Objection [Filed July 5, 2023; D.I. 4251]

    B.  Order Granting Plan Administrator and Litigation Trustee's Motion for an Order Further Extending the Term of the Litigation Trust [Entered July 6, 2023; D.I. 4252]

    Status:   Order entered.  The hearing is cancelled with the Court's permission.

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

Dated: July 6, 2023                **FOX ROTHSCHILD LLP**

By:    */s/ Seth A. Niederman*
        Seth A. Niederman (DE No. 4588)
        919 North Market Street, Suite 300
        Wilmington, DE 19899-2323
        Telephone: (302) 654-7444
        Facsimile: (302) 656-8920
        sniederman@foxrothschild.com

        *Counsel for the Litigation Trustee and Plan Administrator*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Agenda was served via the Court's CM/ECF electronic noticing system on all parties registered to receive such notice, on July 6, 2023.

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)