**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (MFW)<br>(Jointly Administered) |

**STATUS REPORT**

Catherine Youngman, the Litigation Trustee and Plan Administrator (the "Trustee") has two open items that need to be addressed before the case can be closed. The Trustee is working with Omni Agents Solutions to distribute the remaining funds. The Trustee also has unclaimed life insurance proceeds that will need to be deposited into court after a motion is filed.

The Trustee anticipates being able to accomplish these tasks within 90 – 120 days and file a final report.

The Trustee will keep the Court apprised of any developments and are available at the Court's convenience if it has any questions.

*(Signature page follows)*

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

**FOX ROTHSCHILD LLP**

/s/ *Seth A. Niederman*

Seth A. Niederman, Esq.
Delaware Bar No. 4588
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Tel. (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

*Counsel for the Litigation Trustee and Plan Administrator*

Dated: March 11, 2025