**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ASHINC Corporation, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 12-11564 (MFW)<br>(Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 3, 2025 AT 3:00 P.M. (EASTERN TIME)

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THIS HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

## MATTERS UNDER CNO

1. Motion for Entry of an Order Further Extending the Term of the Litigation Trust [D.I. 4271; Filed on November 12, 2025]]

   Response Deadline: November 26, 2025 at 4:00 p.m.

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58-0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90-0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45-5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38-2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582). The location of the Debtors' corporate headquarters and the Debtors' address for service of process is 2302 Parklake Drive, Bldg. 15, Ste. 600, Atlanta, Georgia 30345.

Responses Received: None

Related Documents:

A. Proposed Order Granting Motion for Entry of an Order Further Extending the Term of the Litigation Trust [D.I. 4271- 1; Filed on November 12, 2025]]

B. Certification of No Objection [D.I. 4272; Filed on December 1, 2025]

Status: Certification of No Objection has been filed.

Dated: December 1, 2025
Wilmington, DE

**FOX ROTHSCHILD LLP**

/s/ Seth A. Niederman
Seth A. Niederman, Esq. (DE Bar No. 4588)
1201 N. Market Street, Suite 1201
Wilmington, DE 19801
Phone: (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

*Attorneys for Catherine E. Youngman, Litigation Trustee and Plan Administrator*